**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 8 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES COURT
FOR THE NEW MEXICO DISTRICT COURTS

**Resolutions: 23-113 (DIS-ENROLLMENT)**

**24cv862 WJ-KK**

VALERIE VANAYA ESPINOZA

Petitioner-Appellant Case

v.

MESCALERO APACHE TRIBE,

MESCALERO TRIBAL COUNCIL members elected 2021-2024

in their official capacity as council member(s).

BUREAU OF INDIAN AFFAIRS – MESCALERO AGENCY

MESCALERO CONSERVATION

MESCALERO TRIBAL COURT

MESCALERO APACHE TRIBALE CHILD SUPPORT ENFORCEMENT OFFICE

MESCALERO TRIBAL MEMBERS, specifically,

Respondents-Appellees

FILED ON THE 28th DAY OF AUGUST in the YEAR 2024

US District Court District of New Mexico

Pete V. Domenici U.S. Courthouse 333 Lomas Blvd NW, Suite 270

Albuquerque, NM 87102

**MESCALERO TRIBAL COUNCIL** members elected 2021-2024, in their official capacity as council member(s).

1

Robert Gabe Aguilar, Nelva Cervantes, Bernalyn "Gina" Via-Cochise, Miralene "Garilee" Blaylock, Robert Rice, Duane Duffy, Sharolyn "Sher" Skin, Idella Starr, Euphrasia Platta, Jacob Daukei, Eddie Martinez, Owen Little, Alfred LaPaz, Ardena Orosco, Marilee Saenz, Anthony Mendez, Fernando Rocha, Dorlyn Simmons, Danny Breuninger, Larry Brusuelas Jr., Caroline Blake, and Thora Walsh-Padilla.

**MESCALERO TRIBAL SECURITY:**

George Rocha and Percy Benally

**BUREAU OF INDIAN AFFAIRS - MESCALERO AGENCY**

Victim's Advocate Robyn Aguilar, Sherry Kazhe, Officer Decker, Officer Leonard Vasquez, Chief Vepley, Lieutenant Justin Apachito, Officer James Satterfield, and Acting Chief Dean Owen, Officer Colin Piltcher, Officer Chama, Officer Bloomquest

**FEDERAL BURAEU OF INVESTIGATIONS SOUTHERN OFFICES**

FBI Special Investigator-James Scott, FBI Agent-Kyle Serafin. FBI Agent-Lisa Hill.

**MESCALERO APACHE TRIBAL CONSERVATION**

Chief Conservation Officer Tyner Cervantes, Conservation Lieutenant Eugene Evans, All Conservation staff employed during 2019-current.

**MESCALERO TRIBAL COURT**

Chief Judge Debra S. Doll, Esq LLM., Children's Court Judge Janice Merino, Associate/Chief Judge David LittleWind, Civil Court Judge-Pamela Morgan, Esperanza Gallager-Court Administrator, Criminal Court Clerk-Mary Thomas Chino, Rory Chino-Bailiff, Lamuel Rocha-Security, Ivan Scott-Process Server, Zandra Smith-Head Court Clerk, Chief Judge Leanard Kanesewah.

**MESCALERO TRIBAL CHILD SUPPORT ENFORCEMENT OFFICE**

Kateri Cervantes-Director and Terrilee Smith-Diaz-Assis. Director

**INN OF THE MOUNTAIN GODS CASINO AND RESORT STAFF AND SECURITY**

Frizzell Frizzell Jr., Elena Artiaga, Herman Saenz, Lucas Carrillo Jr., Dean Peso, Randell Bell, Francis Foy, Houston Geronimo, Randy Bell.

**MESCALERO TRIBAL MEMBERS**

Harriette Aguilar, Lisa Schludecker, Shawnee Holmes, Terry Chino, Raul Davis, Josh Davis, Teresa Mendez, Shelly Martos, Sharon Chino, Carlys Mitchell, Melissa Chavez, Daniel McFadden, Maria Saenz, Gina Makil, any member that has written letters against Petitioners.

**NON-TRIBAL/AFFILIATES:**

Judge Debra Doll, esq., Roberta Frizzell, Sharon Scott, Cameron Holmes, Helen Chavez and Jim Schludecker.

**WITNESSES:** Pedro Ivan Espinoza, Tree Escalanti, Thomas Hernandez, Eldred Lee, CriCri Mangas, Angelique Hernandez, Antoinette Hernandez, Helena Peso, Lyman Peso, Alan Duffy, Tobias Spitty, Mark Hicks, Nettie Folsom, Gailda Tenorio, Earldina Botella, Muriel Hernandez, Mirium Folsom, Shelly Pino, Blessing Pino, Wheeler Morgan, Denett Carl Mangas

## PETITION FOR TRIBAL WRIT OF HABEAS CORPUS

**PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.**

COMES NOW, Valerie Vanaya Espinoza from here forth referred to as "Petitioner". Petitioner, DOB 08/26/1979, a

previous member of the Mescalero Apache Tribe, from here forth referred to as (MAT), Previous Census #02662. Petitioner

does qualify for the Indigent Defense Act (Section 31-16-3 NSA 1178). Petitioner hereby pleads with the 2nd Judicial Court

for a Tribal Writ of Habeas Corpus-Relief from the **MAT Resolutions 23-113 DIS-ENROLLMENT** The writ should be

issued based on the following:

**FACTUAL AND PROCEDURAL BACKGROUND**

In 1968, Congress exercised its authority and enacted ICRA (Indian Civil Rights Act), which extends much of the Bill of

Rights to tribes by statute. ICRA also contains an explicit federal habeas remedy: "The privilege of the writ of habeas

corpus shall be available to any person, in a court of the United States, to test the legality of his/her detention by order of an

Indian tribe." 25 U.S.C. § 1303. Id. at 714 (citing Poodry 22 TAVARES V. WHITEHOUSE in support of the proposition

that "habeas relief does address more than actual physical custody, and includes parole, probation, release on one's own

recognizance pending sentencing or trial, and permanent banishment". Poodry, 85 F.3d at 901 "detention" under § 1303,

because even under Poodry's logic, the Second Circuit limited habeas jurisdiction only to permanent banishment orders, not

temporary exclusion orders. Ramah Navajo Sch. Bd., Inc., 458 U.S. at 846; Cohen's § 2.02, at 113. Instead, the dissent

claims that to preserve the balance Congress struck "between the protection of tribal sovereignty and the vindication of civil

rights," "we ought simply to apply the standard of federal habeas law." Dissent 49. Poodry, 85 F.3d at 891. In Cauliflower,

we relied on the broad scope of the general federal habeas statutes to conclude that "it is competent for a federal court in a

habeas corpus proceeding to inquire into the legality of the detention of an Indian pursuant to an order of an Indian court."

Courts instruct most cases, recognizing that a habeas petitioner need only show "that he/she is subject to a significant

restraint upon his liberty" for the US Congress to take jurisdiction. Wilson v. Belleque, 554 F.3d 816, 822 (9th Cir. 2009).

Rule of law signifies a legal-political regime to protect the rights of citizens from arbitrary and abusive use of government

power. The rule of law guarantees government accountability and protects the social rights of individuals. The existence of

an independent and transparent judiciary is a fundamental aspect of the rule of law, including Tribal Land. United States

Court of Appeals 2nd Circuit held that, while banishment was not a criminal punishment, it was a sufficient restraint on

liberty to qualify as "detention" under ICRA, thereby establishing federal court §1303 habeas jurisdiction. id. at 41a, and

the dissent concluded that petitioner easily satisfies that standard. "Banishment is a uniquely severe punishment," and,

accordingly, it "has generally been held to satisfy the 'in custody' requirement of the general habeas laws." Id. at 42a

(quoting Cohen's Handbook of Federal Indian).

Sentencing Limitation. The Indian Civil Rights Act ((25 U.S.C. § 1301 (Definitions); § 1302 (Constitutional rights); § 1303 (Habeas corpus)) provides that tribal courts cannot "impose for conviction of any one offense any penalty or punishment greater than imprisonment for a term of one year and is to include the due process provisions of the Indian Civil Rights Act, 525 U.S.C. § 1302. The Mescalero Apache Tribe is a tribe recognized by the United States with powers of self-government. Petitioner, alleges -that the Tribal Council deprived her from providing for her children, one an enrolled tribal member, the right to honor their traditions, the practice of traditions which is essential to her daughters identities as Native Americans, especially to her teenage daughter, who by right should be stepping into her Coming of Age Ceremonies, a Sacred Puberty Rite of Passage that was taken due to this **DIS-ENROLLMENT** and ill treatment against their mother, the Petitioner. The act of the Tribal Council **DIS-ENROLLMENT** the Petitioner from the reservation also affects her four children and three grandchildren, who are tribal members, the youngest daughter is not enrolled but they are avid participants in their culture. Petitioner rights are also deprived land use, to collect medicine/roots from her homelands, prayer practices, political rights and residential rights, rights to enjoy by tribal members, in violation of the provision in the Indian Civil Rights Act that "No Indian tribe in exercising its powers of self-government shall not deny to any person within its jurisdiction the equal protection of the laws or deprive any person of liberty or property without due process of law." 25 U.S.C. § 130. The petitioner also states that the banishment of her husband from their home on the MAT Reservation for 1,190 days, has caused a breakdown of family structure, stability and a nurturing, safe environment for their children.

## JURISDICTION AND IMMUNITY ISSUES

Federal courts have jurisdiction under 28 U.S.C. 1343 over suits alleging violation of the Act of 1968, federal jurisdiction can be brought under an Act of Congress; and if it goes to that extreme the Act of 1968 is applicable, tribal immunity is thereby waived or limited. Tribes have been permitted to retain their sovereign status subject to the federal government's authority to revoke, limit or otherwise modify tribal immunity (protection from something, especially an obligation or penalty.) at its discretion. To date, the petitioner has been **Dis-enrolled** from the Mescalero Apache Reservation for **426 days**. 426 days of violations to petitioners' constitutional rights; The petitioners individual rights protected by law from unjust governmental oppression and conspiracy.

## PERSONAL SUMMARY

I, Valerie Vanaya Espinoza, am a member by birth of the MAT, born to a Mescalero Apache woman, on a tribe that is Matriarchal. My mother, Helena Marie Yazza Peso, a MAT Member, the daughter of, Late-Valerie V. Marden-MAT member

4

and late-Nevin Yazza-MAT member. My biological Father, Eddie Martinez, a member of the MAT, son to Marjorie Caje-MAT member and Amador Martinez-MAT Affiliate. I lived at W-31 White Mountain Sub-Division, since 2003, raising all my children and many others in my home. My spouse, Pedro Ivan Espinoza, who has resided in our home since 2015, was banished on May 26, 2021, causing our family to leave to have to leave our home. I am the mother of four children, three of which are Mescalero Apache Tribal Members; Tobias D. Spitty, DOB: 01.04.1999 CIB: 04484, Alanimai A. Spitty, DOB: 01.29.2003, CIB: 04895 and Nora LJ Espinoza, DOB: 11.24.2009, CIB: 05598, and Ayeli MP Espinoza, DOB: 08.15.2017. I have taken care of many children throughout my years on the reservation, to help their parents, while they get stronger and build themselves back up, so they can be the parents they want to be/are meant to be. I have worked for the MAT since the age of 13, starting my young career at Ski Apache under the management of Roy Parker and Riker Davis. Through the years I have worked for many departments and other organizations. During the time that I began to speak for my people, I was employed by the tribe's child support enforcement office as the legal advocate and I was a legal advocate for tribal members that needed assistance in court proceedings, to aid in the understanding of charges and rights. In 2018, I began to address the MAT Council via Facebook. I addressed the funds that have gone missing, for proof of funding and where it went, the homeless members numbers were growing with no help, the members that struggle with addictions continue to take court time every week due to recidivism that is not addresses, until election. The illegal enrollments or people that cannot prove they have the federally required amount of MAT blood to be enrolled. The non-tribal man that led our tribe as President, the murder of a MAT baby committed by his daughter and how she got sovereign immunity with no Native blood, the civil rights violations to my people almost daily in the MAT Court, the MAT Resolutions signed into MAT Code without the MAT members voting on the matter that not only harms our people's rights and their medical needs but it also goes against our culture and practices. I was also addressing then tribal President Robert Gabe Aguilar about the rape allegations made against him. My questions addressed to the council began very simple but quickly, I became a voice for many tribal members that understood the retaliation from the MAT administration was harsh and reached out for help. I also addressed what the MAT people have been asking for years but were ignored or retaliated against, an open-door policy/transparency as promised and for open council meetings. Once I began to follow some of my questions with proof, the MAT Council began to violate my rights in all avenues of my life, as well as my family's lives. I was terminated from my job and become the fourth victim of the MAT Councils illegal disenrollment/banishments from a tribe I rightfully belong to. I do meet the qualifications of ¼ Mescalero requirements to be enrolled.

The MAT Leadership and named Tribal Members have dishonored the Mescalero Tribal Codes and Tribal Constitution not to mention the United States Constitution with a total disregard of adhering to any of them. In turn, the civil rights awarded

to my children, my husband, my parents, and myself as United States Citizens have been disregarded and there is no comparison by far on the severity of harm committed prior to/post my Dis-Enrollment. Since 2021, I have fought unlawful Restraining Orders with no proof of real harm. Since 2021, I have been terminated for asking MAT Council questions, I was incarcerated in attempts to prove me crazy and the words I speak, while incarcerated, I had to take psychotropic medications that I did not need. I was kept from my children and husband and was unlocatable until I was able to call home from jail. My husband was lied to by court staff, every time he called to locate me after my hearing May 10, 2021.Lincoln County Detention Center staff was very confused when I was transferred to a psych ward, since the move was originally scheduled for 1am in the morning. The detention and facility have never had a judge call them an insist/threaten staff members to take me to a psych ward and to keep me there. Sunrise facility in Roswell, New Mexico has also never had a judge call them and harass them to keep a patient with no symptoms of needed treatment. I was Dis-Barred from the Advocate work that I did to help my people with court matters and violations to my people without even understanding what was happening to them. The illegal and unethical actions of the MAT Council became more severe when they directed their attacks towards my husband, Pedro Espinoza, May 26, 2021, when he was banished from the MAT, charged with being injurious to the MAT members, and thereafter were not supported by factual evidence, in fact the tribe disregarded policies and procedures, to retaliate against me for questioning them. Their tribal constitutional sanction states that I should have been served with a 5-day notice to appear before the Council, with my husband to hear the allegations against him and face his accusers. My husband was served at our then residence, W-31 White Mountain Sub-Division, Mescalero, NM, 88340, by BIA Officer James Satterfield. I asked Officer Satterfield when he must be gone by, Officer Satterfield informed myself and my husband that there was not an exact time given to vacate since it was not specified on any paperwork, he also stated that he was only there to serve MAT Resolution 21-52 Permanent Banishment from the Mescalero Apache Reservation, on behalf of the MAT Council. The illegal and unethical behaviors continued towards me for years, until June 27, 2023, during a MAT Council meeting the members of MAT Council voted to have me removed from my homelands, my birthright, my culture and my loved ones, both here and the ones that lay resting on my homelands. There are no MAT laws that discuss the **Dis-enrollment or Barring** of a legitimate MAT member and was based off hearsay, with no support of factual evidence, in fact the tribe disregarded policies and procedures, that affect myself and my family in such devastating and life changing ways. Again, their tribal constitutional sanction states that I should have been served with a 5-day' notice to appear before the Council to hear the allegations against me and face my accusers. I was not served; but was tagged in a Facebook post, of the public notice posted throughout the tribe. I was never given the opportunity to defend myself against the numerous libelous, false, and defamatory statements alleged against me, which would be the basis for

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

6

the MAT Councils illegal Dis-enrollment. It is imperative that the justification of these acts be investigated further and that penalties be imposed on all illegal rulings. There are policies, procedures, and laws in place that did not/have not safeguarded my family, my husband's or my rights, our cultural identity, our emotional well-being, our safety, that was/is ignored and the psychological damage of having no identity. Therefore, the Mescalero Councils decision must be challenged.

There could be no worse injustice than the inclusion of false information, and it cannot be set aside as an excusable inadvertence to a deliberate action against one family to protect the integrity of the tribe. The Petitioner invokes her Victim of Federal Offense Rights, and requests by obligation to fairness, that the conduct of a fair and impartial investigation and hearing on the irreparable hardships suffered emotionally, physically, and mentally by me, my husband, and my family. That MAT Council, without proper procedure and merit have violated my rights, my husbands' rights, my children's rights and my parents' rights, affecting our livelihood with tremendous emotional, and mental distress, monetary loss, displacement, mental anguish, Ceremonial Rights of Passage, ceremonial practices, etc. which will have lifelong effects on my family.

## RESOLUTIONS

ARTICLE XII – REVIEW AND APPROVAL OF ENACTMENTS Sections 1-7 MAT Constitution regarding removal were not adhered to. The petitioner was never afforded her due process rights on the allegation of "Engaging in behaviors that are injurious to the Mescalero Apache Tribe and to its members" [basis for **Resolution 23-113 DIS-ENROLLMENT** from the MAT]. The petitioner may be subjected to criminal jurisdiction. Powers of self-government" in the Indian Civil Rights Act (ICRA) (25 U.S.C. § 1301) (Public Law 102-137). Respectively, in keeping with the goals of current federal Indian policy, MAT is self-governing. It is run by an elected eight- member Tribal Council, which enacts legislation and takes executive action. Per the MAT Constitution specifically ARTICLE XII it clearly states the steps of the resolution process, which were not executed properly. MAT utilizes a criminal code and exercises criminal jurisdiction over its members and all Indians residing on the reservation. The Tribe adopted a constitution and bylaws, at least five of those are particularly implicated by this appeal. This petition raises a litany of allegations against the members of the MAT Council including but not limited to retaliation, malice under color of law, bad faith, and denial of due process.

## STATEMENTS OF THE TIMELINE OF EVENTS

July 29, 2016, Marriage between Valerie and Pedro Espinoza at the Mescalero Apache Assembly of God, 218 Yucca Dr., Mescalero, NM. 88340, by Gary Dorsey.

November 13, 2019, Nelva Cervantes-MAT General Counsel email regarding the Banishment denial for court hearings to Judge Brown-Yazzie regarding the illegal banishment removal of Tree Escalanti and her two minor daughters.

January 21, 2021, Petition for Slander by Kathleen Haozinne, DR-2021-0007.

March 4, 2021, the Mescalero Conservation began to cite me for my dogs. I was served six (6) citations for my two dogs.

March 15, 2021, Dismissal Order DR-2021-0007, with Kathleen Haozinne.

March 22, 2021, I was terminated as the Mescalero Apache Tribe Child Support Enforcement Office, Legal Advocate for Cyberbullying. The termination was effective immediately, as of March 19, 2021.

April 23, 2021, I was served with my first of many Ex-Parte Temporary Restraining Orders, signed by MAT Chief Judge, Debra S. Doll, Esq. LLM, this Ex-Parte Temporary Restraining Order DV-2021-0033 and DR-2021-0039, for Tyner Cervantes-MAT Chief Conservation.

April 27, 2021, MAT Chief Judge, Debra S. Doll, Esq. LLM, presented a Memorandum to the Mescalero Tribal Council, labeling me a terrorist to my tribe and the MAT Council and she implored them to do something, whatever they deemed proper.

April 30, 2021, Restraining Order DV-2021-0033 and DR-2021-0039, granted for six-month period was granted for Tyner Cervantes-MAT Chief Conservation by Judge Leonard Kanesewah.

April 30, 2021, Ex-Parte TRO DV-2021-0038, requested by Eddie Martinez-MAT President, granted, and signed by MAT Civil Court Judge David LittleWind.

April 30, 2021, Temporary Restraining Order DV-2021-0040, granted for Robert Gabe Aguilar-MAT VP, granted and signed by MAT Civil Court Judge David LittleWind.

May 4, 2021, Appeal DV-2021-0033 and DV-2021-0039.

May 05, 2021, Criminal Complaint-DLOC, CR-2021-0167, Tyner Cervantes accusations of violating TRO DV-2021-0038, signed by BIA Lieutenant Justin Apachito.

May 06, 2021, Robert Aguilar attempted to use Prior Restraint on me. He called Mescalero BIA Officer James Satterfield, stating I violated the TRO that was in place. Officer Report Number: BO21058504.

May 10, 2021, was scheduled to appear at MAT Court for two hearings DR-2021-0038 and DR-2021-0040 with the Tribal President and Vice-President, when the Vice-Presidents family attacked me, leading to BIA police having to respond to the MAT Tribal Court. Mescalero BIA Officer, Justin Apachito Report number: BO21069428 responded and completed a report available through FOIA form.

May 10, 2021, BIA Acting Police Chief-Dean Owen arrest report for Content of Court against myself.

May 10, 2021, Jail Commitment Order DV-2021-0038, charged with Contempt of Court, sentenced 90 days, mandatory psychiatric evaluation done the first 72 hours, signed by MAT Chief Judge Debra Doll, esq.

May 10, 2021, Competency and Residential Mental Health Treatment for Adults Involuntary Emergency DV-2021-0038, signed by MAT Chief Judge Debra S. Doll, Esq. LLM.

May 12, 2021, Transfer from LCDC to Sunrise Psychiatric Facility in Roswell, NM, for five days, one male, one female LCDC Transport officers.

May 13, 2021, non-tribal employee, Sharon Scott, was allowed to file on me in tribal court and was granted a TRO, DV-2021-0044, by MAT Chief Judge, Debra S. Doll, Esq. LLM. A Peace Bond was granted on July 8, 2021, by MAT Alternate Judge-Jennifer Byers.

May 17, 2021, Transfer back to LCDC by BIA Officer Piltcher from Sunrise Psychiatric Facility in Roswell, NM.

May 17, 2021, MAT Affiliate and US Postal employee, Roberta Frizzell, was granted a Temporary Restraining Order DV-2021-0043, by MAT Chief Judge, Debra S. Doll, Esq. LLM. On May 17, 2021, a Peace Bond was granted once the case went before court, signed by Judge Jennifer Byers.

May 19, 2021, Disobedience to the Lawful Orders of the Court, Dismissed, CR-2021-0167 signed by MAT Judge David LittleWind.

May 19, 2021, Final Release Order CR-2021-0167 and DV-2021-0038, signed by MAT Associate Judge David LittleWind.

May 19, 2024, Release documentation from the Lincoln County Detention.

May 19, 2024, Release papers from Sunrise Psychiatric Unit, ENM Medical Center, in Roswell, NM.

May 20, 2021, Myself and my husband, Pedro Espinoza, attend an elder meeting at the Mescalero Plaza.

May 25, 2021, Court Request for video footage of MAT Court parking lot, morning of May 10, 2021, when I was attacked by Robert Gabriel Aguilar Sr.'s family.

May 26, 2021, Resolution 21-52-Permanent Banishment from MAT for my husband, Pedro Ivan Espinoza. Mescalero BIA Officer James Satterfield served Pedro Ivan Espinoza with his removal from the MAT Reservation.

May 27, 2021, Pedro Espinoza left the MAT Reservation.

June 25, 2021, non-tribal employee, Sharon Scott, called the BIA Police to make a complaint of RO violations by myself against her. The BIA Officer took a report for her statement and did get my statement as well and that was the end of the report.

July 8, 2021, Peace Bond Order, DV-2021-0044, signed by Judge Jennifer Byers.

9

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

September 8, 2021, Vice-President Robert Aguilar's family went to my son's house with two truck full of holding weapons, and my one-month-old grandson slept on the couch. Mescalero BIA report number: BO21158955, BIA Lieutenant Justin Apachito.

September 8, 2021, Robert Gaberiel Aguilar Jr.'s family report, BO21158955, BIA Lieutenant Justin Apachito and BIA Officer Decker.

September 21, 2021, Audio records request for Final Release Order CR-2021-0167, denial.

September 27, 2021, BO211558955, #105 Vepley, J, report for Sep. 8, 2021, BIA PD Office had no phone service during our attack by the president's family.

October 17, 2021, Emails regarding postal employee, Roberta Frizzell sending our mail back.

October 22, 2021, Official Land Assignment from MAT Land Office for Valerie V. Espinoza.

November 17, 2021, MAT Acting Chief Judge David Little Wind, swore me in, under Oath, to represent my fellow MAT members as a legal advocate.

December 07, 2021, I submitted "Allegation of Employee Misconduct" to Mescalero BIA Dispatch, on the BIA Officer-Chama-BO21238359.

December 10, 2021, Disobedience to the Lawful Orders of the Court CR-2021-0446, filed by BIA Officer Chama and BIA Officer Bloomquest-B021238359, requesting a Bench Warrant.

December 15, 2021, Request for Immediate Hearing, CR-2021-0446, denied or ignored.

December 22, 2021, Request for Audio to be played during upcoming hearing, CR-2021-0046.

January 05, 2022, Order to Show Cause for Cervantes RO CR-2021-0446, arraignment proceedings, held by MAT Chief Judge David LittleWind. RO expired; therefore, charges were dismissed with prejudice.

January 07, 2022, Petition to MAT Court for review of Illegal Peace Bond.

January 10, 2022, Order DV-2021-0033 and DR-2021-0039, Closed and signed by MAT Children's Court Judge-Janice Moreno.

January 18, 2022, Motion for violations of MAT Rights by MAT Conservation Chief-Tyner Cervantes, given back by MAT Prosecutor, Melissa Chavez.

February 16, 2022, Dismissal Order, DV-2021-0043, signed by Children's Court Judge, Janice Merino.

February 16, 2022, Cease and Desist Order, DR-2021-0007, signed by Children's Court Judge, Janice Merino.

March 20, 2022, Ruidoso Police Department call log for the Assault and Battery attack on my family and myself, in the local Albertson's grocery store parking lot.

July 6, 2022, MAT Civil Court Judge Pamela Morgan issued an Order for Civil Contempt (CC-2021-0047), for me, to be drug tested after asking about my Medical Marijuana Card that was on file with the MAT Human Resources office and I refused.

July 12, 2022, another Ex-Parte TRO, DR-2021-0117, was granted for Herman and Maria Saenz, signed by MAT Judge David LittleWind. A Permanent Injunction was granted and signed by MAT Children's Court Judge Janice Moreno, September 28, 2022.

August 10, 2022, Appeal for Order for Discipline Action DR-2022-0130, three (3) judge panel, MAT Chief Judge-David LittleWind, MAT Civil Court Judge-Pamela Morgan and MAT Children's Court Judge-Janice.

September 27, 2022, an Order to Show Cause DR-2022-0118, was granted for Herman and Maria Saenz against me, signed by MAT Chief Judge David LittleWind.

September 28, 2022, Notice of Hearing Disbarment, DR-2022-0103.

September 28, 2022, Permanent Injunction granted for Herman and Maria Saenz, signed by David LittleWind, DR-2022-0117.

September 29, 2022, Appeal Form, DR-2022-0117.

October 31, 2022, Miralene Blaylock-MAT Council, requested a Restraining Order but was granted a Peace Bond DR-2022-0158.

October 25, 2022, Order to Show Cause, DR-2022-0118.

October 31, 2022, Peace Bond, DR-2022-0158 for Miralene Blaylock was then extended until October 26, 2024, by MAT Chief Jude David LittleWind.

October 31, 2022, request for audio record of DR-2022-0158, denied.

May 02, 2023, Frizzell Frizzell Jr., issued a permanent Banishment from Inn of the Mountain Gods Casinos and Resorts and all other Tribal entities. This was for Imposing Harm or threatening the staff and guest at the resort with no proof of true harm.

May 5, 2023, Petition for Violations to MAT Constitution and MAT Codes against Frizzell Frizzell Jr. submitted by me.

May 29, 2023, Ruidoso Police Department (RPD) call log, Mescalero BIA Officer Vasquez requested assistance from RPD to serve me No Trespass for the Mescalero Apache Reservation. It was a failure.

May 2023, Robert Gabriel Aguilar Jr., Slanderous and libelous Facebook post referring to me and my biological father, MAT President Eddie Martinez.

May 2023, a "**NOTICE OF PENDING PERMANENT BANISHMENT & DISENROLLMENT**," for myself, Valerie Vanaya Espinoza, was posted throughout the Mescalero Apache Tribal community, as ordered by the then Mescalero Apache Tribal Council. The Notice stated an upcoming Council Meeting to **Disenroll and Bar** me from my reservation, on June 27, 2023, at 0900 MAT Council will convene to address my pending permanent **Disenrollment and barring** from the Mescalero Apache tribe. The notice stated, "This action is taken in response to numerous allegations made against you for harassment, bullying, defamation, slander, and libel. You may bring one representative." This was signed by MAT Council Secretary, Duane Duffy.

June 27, 2023, I appeared pro se with my mother, Helena Marie Peso and other tribal members to the Mescalero Apache Community Center, where the Council chamber is located. It was explained that no one was allowed with me but my mother or one person of my choosing. According to MAT Code 13-1-1. LAY ADVOCATES, 13-1-2. CRIMINAL CASE, and 13-2-1. ATTORNEYS. I am not allowed to bring in an attorney unless the tribal council approves, as stated in the MAT codes. I chose my mother to go with me, as we are matriarchal tribe, enrolled through our mothers. Once we were called into the Council Chambers, it was explained that this is a Council hearing for the purpose of a Supreme Court hearing for the **Disenrollment and Barring** for me, Valerie Vanaya Espinoza. It was explained that there is to be no recording devices and because it does not state in our tribal laws that they must release any minutes from the hearing to me, they are not obligated to. Each council member was seated with two (2) stacks of papers in front of them, that were alleged to be Facebook post from my accounts/s, and the other stack of papers, was explained to be letters written against me for my removal from my homelands, written by the council member, Robert Aguilar's family. Council members, Bernalyn Gina Via, Jacob Daukei and Duane Duffy, explained that this is not a Council hearing but is a Supreme Court hearing, again but did also state that they are acting still as a council, exercising their powers. At that time both my mother and I asked for a copy of the papers that each council member had, with the allegations against me, but we were denied. I also asked for the minutes from the hearing and was also denied. I asked if we could get the proceedings going. Council all acknowledged for the record, their presence, Bernalyn Gina Via-Acting Tribal President, Idella Starr-Councilwoman, Jacob Daukei-Councilman, Robert "Gabe" Aguilar-Councilman, Euphrasia Platta-Councilwoman, Duane Duffy-Councilman, Miralene "Garilee" Blaylock-Councilwoman, Robert Rice-Councilman, Owen Little-Councilman, Nelva Cervantes-MAT General Counsel and Sherlynn Skin-Minutes recorder. Helena Marie Peso-My biological mother, and myself, Valerie Vanaya Espinoza, were also present. Jacob Daukei then pulled up the bigger of the two stacks of documents in front of him. He stated the packet he had was full of my hateful, and hurtful posts and videos, against my tribal council and tribal members. I then corrected him and explained that my posts are questions and some memes, directed at tribal leadership and very well-

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

12

paid directors, but nothing that justifies this hearing. He then asked how I could say that while he was looking at all those hurtful posts? I explained, I cannot answer that if I do not know what you are looking at. I would appreciate a copy of the documents in front of each of you so that I may properly defend myself or answer my charges. Jacob Daukei continued to ignore mt request and talk about Facebook post and addressing them but when explained that in a normal court hearing, I would have been provided a copy of all evidence against me, or I should have gone before the Mescalero Tribal Court, just as it states in our Mescalero Apache Tribal codes. I also explained that the hearing that they are holding is illegal according to our tribal laws. I have not met any of the Specific Grounds for Removal as stated in MAT Code 10-18-1- REMOVAL. I then asked if any of them could tell me what MAT law is being used to **Disenroll or Bar** me from my own homelands, as a legitimate tribal member according to the 1965 Revised Tribal Constitution? Duane Duffy then responded and said that they are using MAT Constitution, Article V- BILL OF RIGHTS, of the Mescalero Apache Tribal code. I was very confused but did ask if he could explain how they are using this to violate my rights? Duane Duffy explained that it is the council's right to protect the people from my hateful and harmful words. I then asked Nelva Cervantes-MAT General Counsel to explain to her council the laws regarding my rights and what Article V means. Nelva Cervantes, then read from the Wex Law book to the council the definition of Article V. Council was not affected by the reading of the definition. Robert "Gabe" Aguilar then said that he cannot believe what he is looking at and how could you say so many hateful things about us? I asked if he was going to refer to his stack of papers to please give me a copy. He continued by saying that I have called him and many other tribal members horrible names and said horrible things about them. I clarified and said the members I mention are all tribal employees and are asked questions regarding funding or violations to tribal policy/work policies. He just smirked and said that I was lying, but he provided no proof or evidence against me, I was not given any copies presented against me. Jacob Daukei could see that Robert Aguilar was getting upset and said it was time to address the many letters submitted for the **Disenrollment and Barring** of myself. At that time both my mother and I asked for a copy of the letters but were denied again. Jacob Daukei started to read a letter from Carlys Mitchell, an enrolled MAT member residing in Oklahoma State. He said that she is claiming to be fearful of me and my entire family. She is asking for the removal of me, Valerie Vanaya Espinoza, my four children and my parents, and my grandchildren, so that when she returns home for a visit, she does not have to fear anyone attacking her or she will not have to walk around looking over her shoulders for any of my family to attack her, in retaliation for me. I then stopped Jacob Daukei and asked why he would start with that letter, if she is not even a tribal resident why start with hers, if she cannot even vote as a non-resident of the tribe? He then moved onto Shawnee Homes. I explained that she is not to be bothering me or my family in any way, due to the Restraining Order in place after she and her non-tribal, felon husband attacked my children and husband at our local Albertsons, pulling a gun on

13

them in the parking lot. This was in place until her husband was sentenced, January 26, 2024, for a period of 24 months. I then asked Jacob Daukei if I could guess who the next letters were from. I then addressed council, the following letters are from Harriette Aguilar, Lisa Schludecker, Terry Chino, Raul Davis, Teresa Mendez, Shelly Martos, Sharon Chino, and the rest of Robert "Gabe" Aguilar's family and they all state the same or similar language as Carlys Mitchell's letter. Jacob Daukei then looked at his fellow council members and nodded his head, confirming I was correct. At that time, Owen Little asked me, "why I will not stop my Facebook show or my post against them?" I explained that the Mescalero people come to me because they are ignored by the Mescalero Council or afraid to ask the Mescalero Council but have valid concerns and questions, that they know I will ask. We have a right to have the tribal members that we elected to office and represent us, to speak to us, and to acknowledge us without anger. I told all the council that if they do not want to hear my questions, they do not want me to address all the rumors or post them, then talk to their people. I would not be needed if they spoke and updated their tribal members, as it states in our laws, as they all swear under oath to protect our rights, to be transparent. The meeting was called to an end a bit after noon. Bernalyn "Gina" Cochise-Via then explained that they will call me with their decision once they have discussed the matter more. I received a phone call from Bernalyn "Gina" Cochise-Via that evening, asking "if I could meet to give me their decision." I told her I would feel safe if we met at the Ruidoso Police Department. She hesitated and asked if I would meet at the Casino Apache Travel center, I again explained that I do not feel safe and I will wait at the Ruidoso Police Department. She asked what time it was scheduled for 1730, if I am remembering correctly. I did go and park and waited for Bernalyn "Gina" Cochise-Via to bring me the paperwork with their decision, but it was Mescalero BIA Officer Decker. The paperwork he handed me was my disbarring and Dis-Enrollment from the Mescalero Apache Tribe.

June 27, 2023, served with **MAT Resolution 23-113 Permanent DISENROLLMENT** by BIA Officer Decker at the Ruidoso Police Department.

June 27, 2023, served with **MAT Resolution 23-114 Permanent BARRING** by BIA Officer Decker at the Ruidoso Police Department.

October 26, 2023, Order to Extend Peace Bond, DR-2022-0158 with Miralene Blaylock.

December 5, 2023, submitted FOIA to the FOIA.Gov site, requesting all communication records between Mescalero BIA, Acting Chief-Dean Owens, all BIA Officers and staff, MAT Officials, all MAT Council members, Nelva Cervantes-MAT General Counsel, and Chief Conservation-Tyner Cervantes.

## THE MESCALERO APACHE TRIBAL CODE VIOLATIONS:

https:// mescaleroapachetribe.com/wp-content/uploads/Tribal-Code-FINAL-092716-for-tabbing-372018.pdf

**TRIBAL CODE SEC 18. REMOVAL. 10-18-1. 10-18-NOTICE AND HEARING** A. Any person subject to removal from the Reservation by the Tribal Council pursuant to § 10-17-1 shall be given five (5) days' Notice in writing that a Petition for his removal has been filed with the Council. Said Notice is to be served in the same manner as any Summons issued by the Tribal Court. B. Any person subject to removal shall be given a hearing before the Tribal Council where he may present any defense or reasons why he should not be removed from the Reservation. Such a person may at his own expense be represented by an attorney or a tribal member of his choice. C. In extreme cases involving grave danger to the life, health, morals or property of the Tribes members, the Chairman of the Tribal Council with the concurrence of the Superintendent, may order any Reservation Law Enforcement Officer to remove a Non-Member and or any property of such Non-Member bodily from tribal land either before or after such person has been ordered excluded by the Tribal Court as provided in §10-17-3. Reservation Law Enforcement Officers executing such Order shall use only so much force as is necessary to affect the removal. If service of the Notice provided in this Ordinance has not already been made on such a person, the President shall cause the Reservation Law Enforcement Officer to serve such Notice upon such person at the time of removal or shall cause a Notice to be served as soon after removal as possible. In all cases where the person has not already been ordered excluded by the Tribal Court, the Tribal Judge shall notify the person of the place on the Reservation boundary where he may re-enter in the company of a Reservation Law Enforcement Officer for the purpose of attending a hearing before the Tribal Court. The Tribal Judge shall order a Reservation Law Enforcement Officer to accompany such person while he is on the Reservation, coming to and leaving the hearing. The Mescalero Tribal laws do not discuss the **DIS-ENROLLMENT/BARRING** of a Tribal member.

•2-2-6. **ARRAIGNMENTS** Whereas if the defendant does not enter a plea the Judge shall enter a plea of NOT guilty on behalf of the defendant and shall set a date for trial. In accordance with 2-2-10 of this code.

•2-2-7 **COMMITMENTS.** Whereas if the defendant doesn't enter a plea the Judge shall enter a plea of not guilty No defendant shall be detained, jailed, or imprisoned under these ordinances for a longer period than seventy-two (72) hours unless there be issued a Commitment Order signed by the Court. There shall be issued for each defendant held for sentencing a final commitment on forms to be prescribed and adopted by the Chief Judge of the Tribal Court.

•2-2-10. **TIME LIMITATION**. In all criminal actions, the defendant shall be tried within one hundred eighty (180) days of the date of the filing of a Complaint or within one hundred eighty (180) days of the date of arrest, whichever is later. In the event a new trial is granted, or a conviction is reversed on appeal, a 42 subsequent trial shall be commenced within one hundred eighty (180) days of the date of entry of the Order granting the new trial. The time for commencing a trail may be extended only by the Tribal Council where the defendant is solely responsible for the failure to comply with the time limit

15

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

and cannot show good cause for such failure, the proceeding against such person shall be dismissed with prejudice by the Tribal Court. 2-2-11.

•**10-3-3 FALSE IMPRISONMENT.** Any Person, whether parent or non-parent, who shall falsely imprison another individual shall deemed guilty of an offense.

•**10-4-2 CHILD ABUSE.** Any person who shall knowingly, intentionally, or negligently, and without justification: 1) refuse, neglect to furnish, fail to provide, or deprive a child of food, shelter or care, r abandon a child; 2) place a child in a situation that a reasonable person would know could endanger a child's person, life, or health, or 3) torture, cruelly confine or cruelly punish a child shall be deemed guilty of an offense.

•**10-10-11-1 DEFAMATIOM.** Any person who shall falsely and maliciously communicate or spread any falsehood concerning another person either orally or in writing shall be deemed guilty.

•**10-14-1 EMBEZZELMENT.** Any person who shall, having lawful custody of property not his or her own, appropriate or cause to be appropriated, the same to his or her own use, or the use of another, with intent to deprive the owner thereof.

•**10-14-2 EXTORTION.** Any person who shall willfully, by making false charges against another person, or by any other means whatsoever, extort or attempt to extort money, goods, property, or anything else of value, shall be deemed guilty of the offense.

•**10-14-3 FRAUD.** Any person who shall by willful misrepresentation or deceit, or by false interpretation, or by use of false weights or measures, or other artifice, obtain any money or other property, shall be deemed guilty.

•**10-14-8. DISPOSING OF PROPERTY OF AN ESTATE.** Any person who sells, trades, or otherwise disposes of any property of an estate before the determining of the heirs without proper authority, with the intent to defraud other persons who may be entitled to share in the proceeds of said estate, shall be deemed guilty of the offense.

•**10-16-1 DISTURBING THE PEACE.** Any person who shall, in a public or private place, intentionally disturb or annoy any lawful assembly or shall commit any other acts to intentionally interfere with the peace of any other person pr persons, shall be deemed guilty of the offense.

•**10-19-6 TEMPERING WITH EVIDENCE.** Tampering with evidence consist of destroying, changing, hiding, placing, or fabricating any physical evidence with intent to prevent or to throw suspicion of the commission of a crime upon another, shall be deemed guilty.

•**10-19-8 COMPOUNDING A CRIME.** Compounding a crime consists of knowingly agreeing to take anything of value upon the agreement or understanding, expressed or implied, to compound or conceal a crime or to abstain from prosecution therefore, or to withhold any evidence thereof. For purposes of this section, a person may be prosecuted and convicted of

compounding a crime though the person guilty of the original crime has not been charged, indicted, or tried, shall be deemed guilty.

•**10-23-2 CONSPIRACY.** If two (2) or more persons conspire, either to commit any offense enumerated in this Code, against the Mescalero Apache Tribe or any branch thereof, in any matter or for any purpose and one or more such person commits any act to affect the object of the conspiracy, they shall be deemed guilty of this offense.

•**35-1-1 SLANDER, LIBEL, & INTENTIONAL INTERFERENCE.** The Mescalero Apache Tribal Court shall recognize the civil slander, libel, and the intentional interference of a contract as those common law torts have been recognized in jurisdiction outside of the Mescalero Apache Reservation.

## CONSTITUTION OF THE MESCALERO APACHE TRIBE

Revised Constitution Mescalero Apache Tribe Mescalero Reservation New Mexico Approved March 25, 1936, Revised January 12, 1965. As Amended Through October-18, 1988 United States Department of The Interior Office of Indian Affairs Revised Constitution of The Apache Tribe of The Mescalero Indian Reservation New Mexico Approved March 25, 1936- Revised January 12, 1965, Revised Constitution of The Apache Tribe of The Mescalero Reservation.

## DIRECT VIOLATIONS OF ORDINANCES AND RESOLUTIONS OF THE
## CONSTITUTION OF THE MESCALERO APACHE TRIBE:

PER ARTICLE XVIII – ORDINANCES AND RESOLUTIONS - SUBSECTIONS 1. 2.

PER ARTICLE XII – REVIEW AND APPROVAL OF ENACTMENTS - SUBSECTIONS 1. 2. 3. 4. 5. 6. 7. I.

**I:** THE MESCALERO APACHE TRIBE VIOLATED BOTH PETITIONER'S RIGHTS TO BE SECURE IN THEIR HOME INCLUDING BUT NOT LIMITED TO PAPERS, TOOLS, FURNITURE, CLOTHES, BOOKS, TRADITIONAL CLOTHING, FAMILY PICTURES, AND NUMEROUS OTHER EFFECTS, AS WELL AS THEIR RIGHT AGAINST UNREASONABLE SEARCH AND SEIZURE UNDER THE INDIAN CIVIL RIGHTS ACT (ICRA) 25 U.S.C.1302 (2) Statement of Facts in Support of Claim IV. Since May 26, 2021, my family and I have not been allowed to reside in our home as a family. The Tribe Issued a Banishment for my husband, with the claim of, "engaging in behaviors that are injurious to the Mescalero Tribe."

**II:** THE MESCALERO APACHE TRIBE DEPRIVED PETITIONER OF HER LIBERTY WITHOUT DUE PROCESS OF LAW AS REQUIRED UNDER THE INDIAN CIVIL RIGHTS ACT (ICRA) 25 U.S.C. 1302(8). Concise Statement of Facts in Support of Claim II the Tribal Court, in exercising its powers of self-government, has denied due process of law when it failed to notify the Petitioner of the charge of "engaging in behaviors that are injurious to the Mescalero Apache Tribe and to its members" and the max penalties for a violation of the law. The Tribal Council has taken all steps of appeal,

17

acting as the Supreme Court. As a result of this violations, the Petitioners have been denied access to a fair hearing and have been deprived of their liberty without the due process of law.

**III.** THE MESCALERO TRIBAL COURT VIOLATED DUE PROCESS RIGHTS UNDER THE ICRA WHEN IMPOSED A PENALTY IN EXCESS OF THE STATUTORY MAXIMUM UNDER THE INDIAN CIVIL RIGHTS ACT (ICRA) 25 U.S.C. 1302(7). Concise Statement of Facts in Support of Claim III. The Indian Civil Rights Act imposes a sentence limit for Indian Tribes. Under 25 U.S.C. 1302(7), an Indian Tribe may in no event impose a sentence greater than one-year imprisonment and/or a $5,000.00 fine. In this instance, the Tribal Council continues to keep Petitioners away from the boundaries of the Mescalero Apache Tribe, on false allegations. The Tribe must conform to sentencing limitations imposed by ICRA, Petitioner is serving time with no definite charges. **Dis-enrollment** is appropriately considered incarceration; therefore, the **Dis-enrollment** cannot prolong one year, three hundred sixty-five days; it shall be considered null and void.

**IV.** PETITIONER'S RIGHTS AS A UNITED STATES CITIZEN ARE VIOLATED BY CONTINUED INCARCERATION IN A PRIVATE JAIL FACILITY PURSUANT TO A CONTRACT PAID FOR BY FEDERAL FUNDS WHEN THE DETENTION IS ILLEGAL AND CONTRARY TO THE UNITED STATES CONSTITUTION AND THE INDIAN CIVIL RIGHTS ACT. Concise Statement of Facts in Support of Claim III Petitioner is a U.S. Citizen and a previous member of the Mescalero Apache Tribe, she is entitled to constitutional protections afforded to all Americans. The detention is unlawful and in violation of the United States Constitution and the MAT Constitution for **DISENROLLMENT** Petitioner from her homelands.

**V.** FREEDOM OF RELIGION IS A PRINCIPLE THAT SUPPORTS THE FREEDOM OF AN INDIVIDUAL OR COMMUNITY, IN PUBLIC OR PRIVATE, TO MANIFEST RELIGION OR BELIEF IN TEACHING, PRACTICE, WORSHIP, AND OBSERVANCE WITHOUT GOVERNMENT INFLUENCE OR INTERVENTION. IT ALSO INCLUDES THE FREEDOM TO CHANGE ONE'S RELIGION OR BELIEF. Concise Statement of Facts in Support of Claim IV "The American Indian Religious Freedom Act (commonly abbreviated to AIRFA) is a US federal law and a joint resolution of Congress that was passed in 1978. It was created to protect and preserve the traditional religious rights and cultural practices of American Indians, Eskimos, Aleuts, and Native Hawaiians. These rights include, but are not limited to, access to sacred sites, repatriation of sacred objects held in museums, freedom to worship through ceremonial and traditional. PETITIONER VALERIE VANAYA ASK FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241. rites, including within prisons, and use and possession of objects considered sacred. The Act required policies of all governmental agencies to eliminate interference with the free exercise of Native religion,

18

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

based on the First Amendment, and to accommodate access to and use of religious sites to the extent that the use is practicable and is not inconsistent with an agency's essential functions. It also acknowledged the prior violation of that right." By not allowing the Petitioner and her children to participate in traditional and cultural ceremonies, such as Petitioners daughters Coming-of-Age Ceremony, due to the Barring, it is against the law to deprive any one person of this freedom not awarded by statute or finance but instead by heritage and lineage. Numerous life events, birthdays, graduations, baby showers, weddings and funerals were not allowed for the Petitioner due to the **DISENROLLMENT**.

## UNITED STATES CONSTITUTIONAL RIGHTS DEPRIVED

24-11-2. CONSTITUTIONAL RIGHTS. H.

CRUEL AND UNUSUAL PUNISHMENT 18 USC 241, 242

538 U.S. 701 (2003). 2. SECTION 1983

SECTION 1331 OF TITLE 28 OF THE U.S. CODE PROVIDES

25 U.S.C. § 1304 SANTA CLARA PUEBLO V. MARTINEZ, 436 U.S. 49, 67 (1978)

ICRA § 1303 HABEAS REVIEW

Title II A CIVIL RIGHTS BILL OF RIGHTS

163 42 U.S.C. § 1983

18 U.S. CODE § 241 & 242. CONSPIRACY AGAINST RIGHTS

18 U.S. CODE § 246. DEPRIVATION OF RELIEF BENEFITS

18 U.S. CODE § 247. DAMAGE TO RELIGIOUS PROPERTY; OBSTRUCTION OF PERSONS IN THE FREE EXERCISE OF RELIGIOUS BELIEFS

INDIAN CIVIL RIGHTS ACT 1968 (ICRA)

PETITIONER REQUESTS THAT THIS COURT PURSUE A COMPLETE INVESTIGATION AND FILE CRIMINAL CHARGES AGAINST EACH COUNCIL MEMBER, PRESIDENT VICE PRESIDENT, TRIBAL GENERAL COUNSEL, TRIBAL/NON-TRIBAL MEMBERS WHICH PARTICIPATED, ALLOWED AND COMPLIED WITH SUCH TREATMENT OF PETITIONER AND HER FAMILY, MONETARY AND ALL OTHER MEANS DETERMINED BY THIS COURT:

Tribal leadership, Tribal departments, and others conspired against Petitioners, their tribal children and family members. All did in fact commit the crimes listed below with malice and intent to destroy including but not limited to the Mescalero Apache Tribal Leadership in consensus with the Resolutions and all others not named that during procedure are deemed guilty and part of conspiracy.

- Unlawful Assembly

- Assault (Physical Conspiracy)

- Emotional Distress on A Child/Person/Elder

- Forced Truancy Depriving Education

- Language, Cultural and Traditional Deprivation, including but not limited to Coming-of-Age Ceremony as a Mescalero Apache puberty right, language, tradition, prayer, song, herbal medicines, and foods.

- Crimes Against Reputation- Intentional Interference

- Violation of Human Rights Public Portrayal Demoralized

- Identity Theft

- Negligent Infliction of Emotional Distress

- Child Abuse

- Slander (By means of) False allegations made via social media/verbally and Libel, printing or posting for public.

- Public Defamation and Intentional Infliction of Emotional Distress made With Malice in Bad Faith

- Mental Anguish – Petitioner and her family have experienced.

- Physical Deterioration of body tissue; including bodily ailments.

- Displacement, whereby the Mescalero Apache Tribe DID NOT secure safety of a tribal member.

- Pain and Suffering - Any Tribal Council Member that did not attempt to reverse or correct the disenrollment and is also guilty of allowing this horrific treatment to continue to the Petitioner, her husband, their young daughters, and their parents.

- Denying the Petitioner the right to celebrate in life events, at the time of the Petitioners disenrollment.

- Denying the Right to Mourn loved ones, at this current time and since Petitioner was disenrolled, she is not permitted on the reservation to attend funerals of family members and close friends.

- BIA, Mescalero Apache Tribal Council and Mescalero Chief Conservation Tyner Cervantes and MAT President, Robert Aguilar and MAT council continue to accuse the Petitioners of arson. Claiming fires were set to the Mescalero Reservation by Petitioner and her husband. FBI Agent Kyle Serafin met with the Petitioners, to ask why they are being accused so profusely by Chief Conservation Officer Tyner Cervantes, MAT President, Robert Aguilar, and Council without any evidence other than because we think so. The Petitioner and her husband explained and had proof of their whereabouts during each fire and did not understand why they were being blamed. To this day these same individuals blame the Petitioner and her husband, and this remains to be unproven and FALSE accusations.

• Punitive damages are meant to punish a person(s) for particularly egregious conduct. Considered punishment and is typically awarded at the court's discretion when the defendant's behavior is found to be especially harmful.

• Actual damages: Missing out on social interaction with Grandchildren, family, and friends on the reservation; all our family and friends are on the reservation. Despair, defamed reputation, mental anguish, and cultural deprivation.

• Displacement/Homelessness with my husband and our two young daughters.

• Intentional (to cause harm intentionally) infliction of emotional distress based on false allegations of which have affected petitioners' finances and public portrayal based on statements made in the Tribal Council Meetings on June 27, 2023. All of which can be criminally charged under the Indian Civil Rights Act and persecuted under the Human Rights Act.

• There has not been one of the former council members, that has recognized the "significance" of petitioner's tribal **BARRING** and the great "personal impact" it has had on her and her family, it is imperative to look closely at the timeline showing the NEGATIVE AND DANGEROUS IMPACT this has made. ALL Tribal Council members since 2021 as well as General Counsel, interim Presidents and interim Vice President's shall also hold just as much if NOT more recourse for their complete disregard for the Mescalero Tribal Laws and the Mescalero Peoples best interests.

• 3-bedroom 2 bath, paid for and owned home, under Mescalero Apache Housing Authority located at 31 White Mountain Sub for 20 years.

Expenses caused by the unjustified **Banishment**, since May 26, 2021, finances including but not limited to:

Displaced us from our home, took our safety and our personal property: $5,000,000,000.00

Deprived us of our Cultural Rights, depriving my daughter her rights to experience her Coming of Age Ceremony: $5,000,000,000.00

Psychological and emotional Trauma: $5,000,000,000.00

Stole my identity as legitimate Tribal members of a Federally recognized tribe since May 27, 1873, by Executive Order signed by Ulysses S. Grant: $5,000,000,000.00

Committing fraud under my name, collecting federal funds for me as a dis-enrolled member: $5,000,000,000.00

Severe Defamation of character, hindering my ability to secure adequate employment: $5,000,000,000.00

There is no real price to place on the affects that the illegal acts committed against myself, my husband and our family have caused but ask that the Illegal acts against us be corrected and justice be served.

## C O N C L U S I O N

**WHEREFORE,** Petitioner respectfully petitions the United States Supreme Court for the Mescalero Apache Tribe, regarding **MAT Resolution 23-113 DISENROLLMENT**, The Unites States Supreme court shall,

21

(1) Find that Resolution 23-113 is invalid and IS a violation of the Indian Civil Rights Act,

(2) Issue the Writ of Habeas Corpus and Immediately lift the **MAT RESOLUTION 23-113 DISENROLLMENT,**

(3) Assist Petitioner to obtain monetary infliction costs from persons of interest,

(4) Assist Petitioner to obtain a home of the same or greater value to that of which was taken,

(5) Permanent Injunction for the Petitioner's and their children from all named defendants,

(6) **BARRING** and loss of all royalties (monetary, home and all assets) from the Mescalero Apache Tribe for the responsible Respondents,

(7) In the alternative, ORDER an expedited and evidentiary hearing to inquire on the legalities of all actions against the Petitioner and her family,

(8) Grant any other further relief and justified repercussions that the Second Judicial District Court Bernalillo County 400 Lomas Blvd NW, Albuquerque, NM 87102 deems just and proper.

Respectfully Submitted,

Valerie Vanaya Espinoza, previous MAT Census: 02662

Date: 08·28·2024

104 Maple Dr., Ruidoso, NM. 88345

TRUE AND CORRECT MANNER OF RETURN I, THORE WALSH-PADILLA, MAT President of the Mescalero Apache Tribe OR any assembly with the power by capacity do verify that Valerie Vanaya Espinoza is **DISENROLLMENT** from the Mescalero Apache Reservation on June 27, 2023. Petitioner has attached **MAT Resolutions 23-113 DISENROLLMENT.**

Signature ~~Petitioner VALERIE VANAYA ESPINOZA~~ (VVE)
Thora Walsh-Padilla

Print Name & Title Date

## TRUE AND CORRECT MANNER OF RETURN

I, _____, administrator for the Mescalero Apache Tribal Court _____ I DO

_____ I DO NOT (checked and verified by) show any record including but not limited to any criminal complaint, affidavit or oath or affirmation to support the allegations against Valerie Vanaya Espinoza maiden name Martinez ever having been prosecuted or brought before the Mescalero Apache Tribal Court. Verify that Mrs. Valerie Vanaya Espinoza was afforded her Due Process Rights on allegations of behaviors injurious to the Mescalero Apache Tribe.

Mescalero Apache Tribal Court Administrator

_____

Print Name & Title Date

### TRUE AND CORRECT MANNER OF RETURN

**I HEREBY CERTIFY** that on the 28th day of August 2024, I filed the foregoing Petition for Writ of Habeas Corpus to the Second Judicial District Court in Bernalillo County located at 400 Lomas Blvd NW, Albuquerque, NM 87102, and served the parties of record in this Writ,

_____1st attempt via electronic mail/hand delivery

_____2nd attempt utilizes an outside/internal agency BIA/Local Law Enforcement

_____3rd Via First Class U.S. Mail/Return Receipt Requested to last known address.

_____

Valerie Vanaya Espinoza,
 MAT Former MAT Census: 02662
last four of social; xxx-xx-3385
104 Maple Dr., Ruidoso, NM. 88345
Date: _____

| | | |
|---|---|---|
| Bernalyn "Gina" Cochise-Via<br>PO Box 227<br>Mescalero, NM 88340 | Idella Starr<br>PO Box 227<br>Mescalero, NM 88340 | Jacob Daukei<br>PO Box 277<br>Mescalero, NM 88340 |
| Robert Gabriel Aguilar Sr.<br>PO Box 227<br>Mescalero, NM 88340 | Duane Duffy<br>PO Box 227<br>Mescalero, NM 88340 | Miralene "Garilee" Blaylock<br>PO Box 227<br>Mescalero, NM 88340 |
| Euphrasia Platta<br>PO Box 227<br>Mescalero NM 88340 | Robert Rice<br>PO Box 227<br>Mescalero, NM 88340 | Owen Little<br>PO Box 227<br>Mescalero, NM 88340 |
| Thora Walsh-Padilla<br>PO Box 227<br>Mescalero NM 88340 | Alfred Lapaz<br>PO Box 227<br>Mescalero NM 88340 | Caroline Blake<br>PO Box 227<br>Mescalero NM 88340 |
| Danny Breuninger<br>PO Box 227<br>Mescalero NM 88340 | Eddie Martinez<br>General Delivery<br>Mescalero NM 88340 | Chief Police James Vepley<br>604 Lipan Ave<br>Mescalero NM 88340 |
| Nelva Cervantes<br>PO Box 227<br>Mescalero NM 88340 | Sherolyn Skin<br>PO Box 227<br>Mescalero nm 88340 | Frizzell Frizzell Jr.<br>PO Box 269, Carrizo Cyn. Rd.<br>Mescalero NM 88340 |
| Sherry Kazhe-Garcia, BIA<br>PO Box 189<br>Mescalero NM 88340 | BIA Officer Decker<br>PO Box 189<br>Mescalero NM 88340 | BIA Officer Vasquez<br>PO Box 189<br>Mescalero NM 88340 |

PETITIONERS-ESPINOZA'S FOR TRIBAL WRIT OF HABEAS CORPUS PURSUANT TO 25 U.S.C. § 1303 & 28 U.S.C. § 2241.

Victim's Advocate-Robyn Aguilar
PO Box 189
Mescalero, NM 88340

Lieutenant Justin Apachito
PO Box 189
Mescalero NM 88340

BIA Officer James Satterfield
General Delivery
Mescalero NM 88340

BIA Acting Chief of Police James Owen
PO Box 189
Mescalero, NM 883440

BIA Officer Chama
PO Box 189
Mescalero NM 88340

BIA Officer Bloomquest
PO Box 189
Mescalero NM 88340

FBI Special Investigator-James Scott
4200 Luecking Park Ave
Albuquerque, NM 87107

FBI Investigator-Kyle Serafin
4200 Luecking Park Ave
Albuquerque, NM 87107

FBI Investigator-James Scott
4200 Luecking Park Ave
Albuquerque, NM 87107

Tyner Cervantes
123 Deer Trail
Mescalero NM 88340

Eugene Evans
123 Deer Trail
Mescalero Nm 88340

Janice Merino
159 Deer Trail
Mescalero NM 88340

David LittleWind
General Delivery
Mescalero NM 88340

Pamela Morgan
159 Deer Trail
Mescalero NM 88340

Esperanza Gallager
159 Deer Trail
Mescalero Nm 88340

Mary Thomas Chino
159 Deer Trail
Mescalero NM 88340

Rory Chino
159 Deer Trail
Mescalero NM 88340

Lamuel Rocha
159 Deer Trail
Mescalero NM 88340

Ivan Scott
159 Deer Trail
Mescalero NM 88340

Zandra Smith
159 Deer Trail
Mescalero NM 88340

Leanard Kanesewah
PO Box 18
Mescalero 88340

Kateri Cervantes
PO Box 300
Mescalero NM 88340

Terrilee Smith-Diaz
PO Box 300
Mescalero NM 88340

Elena Artiaga
PO Box 269, Carrizo Cyn. RD.
Mescalero NM 88340

Herman & Maria Saenz
2833 NM HWY 244
Mescalero NM 88340

Lucas Carrillo Jr.
PO Box 269, Carrizo Cyn. RD.
Mescalero NM 88340

Randell Bell
PO Box 269, Carrizo Cyn. RD.
Mescalero NM 88340

Dean Peso
General Delivery
Mescalero NM 88340

Francis Cotton-Foy
PO Box 269, Carrizo Cyn. RD.
Mescalero NM 88340

Houston Geronimo
PO Box 269, Carrizo Cyn. RD.
Mescalero Nm 88340

Randy Bell
PO Box 269, Carrizo Canyon Rd.
Mescalero NM. 88340

Mark Hicks
General Delivery
Mescalero NM 88340

Nettie Fossum
General Delivery
Mescalero NM 88340

Mirium Fossum
General Delivery
Mescalero NM 88340

Gailda Tenorio
General Delivery
Mescalero NM 88340

Earldina Botella
General Delivery
Mescalero NM 88340

Muriel Hernandez
General Delivery
Mescalero NM 88340

Shelly Pino
General Delivery
Mescalero NM 88340

Blessing Pino
General Delivery
Mescalero NM 88340

Shawnee Holmes
General Delivery
Mescalero NM 88340

Josh Davis
General Delivery
Mescalero NM 88340

Raul Davis
c/o Lisa Schludecker, Gen. Delivery
Mescalero NM 88340

Teresa Mendez

Shelly Martos

Sharon Chino

General Delivery
Mescalero NM 88340

General Delivery
Mescalero NM 88340

General Delivery
Mescalero NM 88340

Daniel McFadden
General Delivery
Mescalero NM 88340

Wheeler Morgan
General Delivery
Mescalero NM 88340

Denett Carl & CriCri Mangas
General Delivery
Mescalero NM 88340

Gina Makil
General Delivery
Mescalero NM 88340

Holly and Lyman Peso
General Delivery
Mescalero NM 88340

Alan Duffy
104 Maple Dr
Mescalero NM 88340

Tobias Spitty
W-31 Goat Summit
Mescalero NM 88340

Melissa Chavez
PO Box 227
Mescalero NM 88340

George Rocha
PO Box 227
Mescalero NM 88340

Percy Benally
PO Box 227
Mescalero NM 88340

Harriette Aguilar
General Delivery
Mescalero NM 88340

Lisa & Jim Schludecker
General Delivery
Mescalero NM 88340

Terri Chino
C/O Lisa Shludecker, Gen. Delivery
Mescalero, New Mexico 88340

Carlys Mitchell
General Delivery
Pawhusky OK 87506

Tree Escalanti
13824 Grady Ct
Albuquerque NM 87123

Debra Doll
Tesuque Pueblo Admin., 20 TP 828,
Santa Fe NM 87506

Pedro Ivan Espinoza
104 Maple Dr
Ruidoso NM 88345

Thomas and Muriel Hernandez
General Delivery
Mescalero NM 88345

Eldred Lee
General Delivery
Mescalero NM 88340

Roberta Frizzell
632 Wh. Mtn. Dr
Mescalero NM 88340

Sharon Scott
102 Sierra Blanca
Tularosa Nm 88352

Angelique Hernandez
c/o Muriel Hernandez, Gen Delivery
Mescalero, New Mexico 88340

Helen Chavez
4801 Indian School Rd
NE Building 2, Suite 2
Albuquerque NM 87110

Antoinette Hernandez
c/o Muriel Hernandez, Gen Delivery
Mescalero NM 88340

Cameron Homes
Central New Mexico Correctional Facility (CNMCF)
P.O. Drawer 1328
Los Lunas, New Mexico 87031-1328

Deb Haaland
Department of the Interior
1849 C Street, NW
Washington DC 20240

Attorney General Raul Torrez
408 Galisteo St
Santa Fe NM 87501

### EXHIBIT/ REFERENCES:

| [Exhibit A- | 2 pg. | Marriage Certificate, License No. 42699] |
| [Exhibit B- | 1 pg. | Nelva Cervantes-GC email, 11/13/2019] |
| [Exhibit C- | 6 pg. | Petition for Slander, 01/21/2021] |
| [Exhibit D- | 7 pg. | Complaints for my canines, 03/04/2021] |
| [Exhibit E- | 2 pg. | Dismissal Order, DR-2021-0007] |

| [Exhibit F- | 2 pg. | Employment Termination Letter, 03/22/2021] |
|---|---|---|
| [Exhibit G- | 7 pg. | Ex-Parte TRO, DV-2021-0033/DR-2021-0039] |
| [Exhibit H- | 4 pg. | Memorandum, 04/27/2021] |
| [Exhibit I- | 3 pg. | RO, DV-2021-0033/DR-2021-0039] |
| [Exhibit J- | 6 pg. | TRO, DV-2021-0038] |
| [Exhibit K- | 6 pg. | TRO, DV-2021-0040] |
| [Exhibit L- | 1 pg. | Appeal Form, DV-2021-0033/DR-2021-0039] |
| [Exhibit M- | 2 pg. | Criminal Complaint, 05/05/2021] |
| [Exhibit N- | 3 pg. | BIA Report-BO21058504, 05/06/2021] |
| [Exhibit O- | 2 pg. | BIA Report-BO21069428, 05/10/2021] |
| [Exhibit P- | 3 pg. | BIA Report-BO21052301, 05/10/2021] |
| [Exhibit Q- | 1 pg. | Jail Commitment Order, DV-2021-0038] |
| [Exhibit R- | 2 pg. | Comp. & Res. Mental Tx, DV-2021-0038] |
| [Exhibit S- | 8 pg. | Ex-Parte TRO, DV-2021-0044] |
| [Exhibit T- | 9 pg. | EX-Parte TRO, DV-2021-0043] |
| [Exhibit U- | 3 pg. | Criminal Summons, CR-2021-0167] |
| [Exhibit V- | 3 pg. | Final Release, CR-2021-0167/DV-2021-0038] |
| [Exhibit W- | 1 pg. | LCDC Report #: 1247261, 05/19/2021] |
| [Exhibit X- | 19 pg. | ENMU Medical Center, 05/12/2021] |
| [Exhibit Y- | 2 pg. | Request for Records, 05/25/2021] |
| [Exhibit Z- | 2 pg. | Resolution 21-52, 05/26/2021] |
| [Exhibit AA- | 2 pg. | BIA Report, BO21052301, 06/24/2021] |
| [Exhibit BB- | 2 pg. | Peace Bond Order, DV-2021-0044] |
| [Exhibit CC- | 2 pg. | BIA Report, BO21158955, 09/08/2012] |
| [Exhibit DD- | 1 pg. | Request for Records, 09/21/2021] |
| [Exhibit EE- | 3 pg. | BIA Report, BO21158955, 09/27/2021] |
| [Exhibit FF- | 1 pg. | Land Office, 10/22/2021] |
| [Exhibit GG- | 7 pg. | Oath of Office, 11/17/2021] |
| [Exhibit HH- | 5 pg. | Civil Rights Complaint, 380191-GVS] |

| [Exhibit II- | 2 pg. | Criminal Complaint, CR-2021-0046] |
|---|---|---|
| [Exhibit JJ- | 1 pg. | Request for Immediate Hearing, CR-2021-0046] |
| [Exhibit KK- | 4 pg. | Request for Audio, CR-2021-0046] |
| [Exhibit LL- | 3 pg. | Arraignment, CR-2021-0446] |
| [Exhibit MM- | 5 pg. | NOH Review, DV-2021-0043] |
| [Exhibit NN- | 1 pg. | Order, DV-2021-0033/DR-2021-0039] |
| [Exhibit OO- | 3 pg. | Returned Motion for T. Cervantes, 01/18/2022] |
| [Exhibit PP- | 1 pg. | Dismissal, DV-2021-0043] |
| [Exhibit QQ- | 2 pg. | Cease and Desist Order, DR-2021-0007] |
| [Exhibit RR- | 3 pg. | RPD Call Log, 03/20/2022] |
| [Exhibit SS- | 2 pg. | Order of Civil Contempt, CC-2021-0047] |
| [Exhibit TT- | 8 pg. | Ex-Parte TRO, DR-2022-0117] |
| [Exhibit UU- | 6 pg. | Response to Civil Contempt, DR-2022-0103] |
| [Exhibit VV- | 1 pg. | OTSC, DR-2022-0118] |
| [Exhibit WW- | 2 pg. | Permanent Injunction, DR-2022-0117] |
| [Exhibit XX- | 5 pg. | Appeal Form, DR-2022-0117] |
| [Exhibit YY- | 7 pg. | Peace Bond Order, DR-2022-0158] |
| [Exhibit ZZ- | 4 pg. | Request for Records Denial, 11/01/22] |
| [Exhibit AAA- | 1 pg. | IMGR & C Notice of Banishment, 05/02/2023 |
| [Exhibit BBB- | 8 pg. | Violations Petition FF Jr., 05/05/2023] |
| [Exhibit CCC- | 2 pg. | RPD Call Log, PD 23003729, 05/29/2023] |
| [Exhibit DDD- | 1 pg. | Facebook Post, Gabe Aguilar, 05/2023] |
| [Exhibit EEE- | 1 pg. | Facebook Post Dis-enrollment, 05/2023 |
| [Exhibit FFF- | 2 pg. | MAT Resolution 23-113, 06/27/2023] |
| [Exhibit GGG- | 2 pg. | MAT Resolution 23-114, 06/27/2023] |
| [Exhibit HHH- | 1 pg. | Order to Extend Peace Bond, DR-2022-0158] |
| [Exhibit III- | 4 Pg. | FOIA, request ID: 971376, 12/05/2023] |



# Marriage Certificate

COUNTY OF OTERO
STATE OF NEW MEXICO

I HEREBY CERTIFY that on the _____ 29 _____ day of _____ July _____ , 2016

at _____ Apache Assembly of God, Mescalero, NM _____ in said County and State,

I, the undersigned, a _____ minister - pastor _____ did join in the

## Holy Bonds of Matrimony

in accordance with the Laws of the State of New Mexico, and the authorization of the foregoing License,

PEDRO IVAN ESPINOZA _____ of _____ ALAMOGORDO, NM

and

VALERIE VANAYA COMANCHE _____ of _____ ALAMOGORDO, NM

WITNESS my hand and seal the day and year last above written



_____ _____ _____
WITNESS                              SPOUSE

_____ _____ _____
WITNESS                              SPOUSE

Gary Dorsey _____
OFFICIAL

Pastor - Minister _____
TITLE

Recorded this _____ 1ST _____ day of _____ AUGUST _____ , 2016 at _____ 11:44 A _____ M. in

Marriage Record Book _____ 82 _____ License No. 42699

_____ Monique Maynes _____ Deputy/County Clerk _____ DENISE GUERRA _____ County Clerk

No 42699

# APPLICATION FOR MARRIAGE LICENSE

STATE OF NEW MEXICO }
                      } ss.   TO THE COUNTY CLERK
County of Otero

We the undersigned hereby make application to be united in marriage and certify that we are not related within the degree prohibited by the laws of this state; that neither is bound by marriage to another; that there exists no legal impediment to this marriage; and that the information herein is correct.

| | | | |
|---|---|---|---|
| Applicant | PEDRO IVAN ESPINOZA | Applicant | VALERIE VANAYA COMANCHE |
| Date Of Birth | February 29, 1980 | Date Of Birth | August 26, 1979 |
| Place Of Birth | RUIDOSO, NM | Place Of Birth | ALAMOGORDO, NM |
| Present Address | 11 GOAT SUMMIT DR. | Present Address | 11 GOAT SUMMIT DR. |
| | ALAMOGORDO, NM | | ALAMOGORDO, NM |

_____          _____
Signature                         Signature

Subscribed and sworn to before me this    26TH    day of    JULY    , A.D.    2016
(Seal)

DENISE GUERRA                      By _____
County Clerk                         JAMES BOWMAN - Deputy

OTERO COUNTY                      CONSENT OF PARENT OR GUARDIAN
STATE OF NEW MEXICO                (Where Either Party is Under Age)

I Hereby certify that this MARRIAGE RECORD    I, the parent (or guardian) of _____
is a true copy of the original in my said office
this    9TH    day of    hereby consent to the granting of a license to marry, waiving the
20  16    question of minority.
IN BOOK    82    PAGE    42699    _____
                                                        Signature
                                  _____
DENISE GUERRA                                            Signature
OTERO COUNTY CLERK
                                  I, the parent (or guardian) of _____
By _____ Deputy
                                  hereby consent to the granting of a license to marry, waiving the
                                  question of minority.
                                  _____
                                                        Signature
                                  _____
                                                        Signature

STATE OF NEW MEXICO }
                      } ss.   Marriage License        No 42699
County of Otero

To Any Person Authorized by Law to Perform the Marriage Ceremony - GREETING:

You are hereby authorized to join in marriage    PEDRO IVAN ESPINOZA
of  ALAMOGORDO, NM    and  VALERIE VANAYA COMANCHE
of  ALAMOGORDO, NM    and of this license you will make due return to my office
within the time prescribed by law.

Witness my hand and seal of said Court, at Otero, this    26TH    day of    July, 2016

By  JAMES BOWMAN    DENISE GUERRA
        Deputy            County Clerk
(Seal)

Recorded    July 26, 2016    , at    1:11 PM    , in Marriage Record

Book  No. 82  Page  No. 42699

By  JAMES BOWMAN    DENISE GUERRA
        Deputy            County Clerk
(Seal)

STATE OF NEW MEXICO }
                      } ss.   **MARRIAGE CERTIFICATE**
County of Otero

I HEREBY CERTIFY, that on the    29TH    day of    JULY    , A.D.    2016
at  APACHE ASSEMBLY OF GOD
in said County and State, I, the undersigned a    PASTOR
did join in the HOLY BONDS OF MATRIMONY, in accordance with the laws of the State of New Mexico, and the
authorization of the foregoing License

PEDRO IVAN ESPINOZA    of    ALAMOGORDO, NM
VALERIE VANAYA ESPINOZA    of    ALAMOGORDO, NM
(Seal)                    Witness my hand and seal, the day and year last written above.
WITNESSES:                GARY DORSEY
TROY YAZZA                (Official Title)  PASTOR
LALO ESPINOZA
PEDRO IVAN ESPINOZA    Spouse  VALERIE VANAYA ESPINOZA    Spouse
Recorded this    1ST    day of    AUGUST    , A.D.    2016    , at    11:44 AM

Book  No. 82  Page  No. 42699

By _____    DENISE GUERRA
        Deputy                    County Clerk
(Seal)

**Michelle Brown-Yazzie**

| | |
|---|---|
| **From:** | Nelva Cervantes <nc@jdw-law.com> |
| **Sent:** | Wednesday, November 13, 2019 4:00 PM |
| **To:** | Michelle Brown-Yazzie; Martina Gauthier; Pamela Morgan; Vepley, James; Tyner Cervantes; Melissa A. Chavez; Alexandra Saenz; Stephanie Guerra |
| **Cc:** | Gabe Aguilar; Euphrasia Platta |
| **Subject:** | Ordinance re Banishments |
| **Attachments:** | 19-01_Rescinded Sections in the Tribal Code in Reference to the Removal of Non-Members.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**NOTICE - EXTERNAL EMAIL:** This e-mail originated from an external sender. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Good afternoon:

Banishments were discussed at the Law & Order meeting. To follow up, please see the attached Ordinance revising Chapter 10. The Tribal Council's authority to banish is established by the Constitution – this removes the procedural requirements for the time being. This is for permanent banishments. As Judge Guathier pointed out, the Tribal Court can issue temporary banishments.

Also, as discussed, law enforcement is not authorized to escort banished individuals (permanent banishments) to the Tribal Court for Court hearings. The Tribal Court also does not have the authority to allow a banished person to enter the Reservation for a Court hearing. I understand that this causes issues where a banished person is found on Reservation and charging them tribally for trespass (because they cannot appear in court). However, for now, Tribe would like to see the banished persons be charged federally. Civil cases are less of an issue – I believe that the Court is allowing telephonic appearances; is that correct?

Please let me know if you have any questions.

Thank you,

Nelva

**Nelva L. Cervantes** | *Attorney-At-Law*


JOHN D. WHEELER & ASSOCIATES
ATTORNEYS AT LAW

715 East Tenth Street
Alamogordo, New Mexico 88310
TEL: (575) 437-5750 | FAX: (575) 437-3557

website | vCard | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

Kathleen M. Haozinne
_____
Complainant/Petitioner(s),

Vs.

Valerie Espinoza
_____

Enrollment No. _____

Address _____

WhiteMountain Sub Division
Mescalero, NM 88340
Respondent(s).

Cause No. DR-2021-0007

I, Kathleen M. Haozinne _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

am filing slander on Valerie Espinoza. as she posted on facebook on 1/21/2021 referring or heresay of activity on my private land and residence at 518A S. Tularosa Canyon Rd, Mescalero, NM (land assignment attached). Why is she posting all this about me when she is not my neighbor and does not reside in the area near my residence. Everything Valerie posted is all heresay and I will not try to defend those accusations and request that Valerie remove the post regarding the attach facebook Post. This will drastically impact my job. I request that Valerie not post any type of information or accusations about me, my family or my guest on any form of social media. As she publicly slandered (continue next page)

Kathleen M. Haozinne
Signature of Complainant/Petitioner

Print Name Kathleen M. Haozinne

Enrollment No. 00164

Address 518A S. Tularosa Canyon Rd
Mescalero Nm 88340

Date: 1/21/2021

me I would like for her to serve the full extent of Slander penalties of the Mescalero Apache Tribal Code 10-11-1.

Kathleen M. Haozinne
1/21/2021

DR-2021-0007

DR-2021-0007

 **Vanaya Val**
1h · 🌐                                                    •••

SOMEONE SHOW GABE, NELVA, TYNER, BIA AND I GUESS WE CAN
INCLUDE THE OTHER LEADERS, SEE IF ANY OF THEM WILL SPEAK UP
OR RESPOND, ANYTHING!!

Cathy Murphy can hold numerous parties at her residence, they fight
with each other and destroy their neighbors property and they NEVER
get any CITATIONS or no one goes to JAIL. BIA just gives them warning
after warning?
My dad not only has to go to court for RIOTING because he was
walking on the highway during lockdown! But he has to take a Covid
test before entering that UNFAIR COURT, with that NON-TRIBAL
JUDGE, that loves to give out ridiculous fines and jail time. He is not
the only one that received a Citation for walking during a lockdown!
The officer explained to him that we are in a lockdown! He then told
my dad it is up to the officers if they want to charge you or not? Who
made BIA Officers the judge?

NELVA, DO YOU SEE HOW STUPID THIS IS AND UNFAIR TO OUR
PEOPLE WHO ARE ALREADY STRUGGLING?
GABE, IS IT OK THAT THESE PARTIES CONTINUE BUT YOUR IN-LAWS
RECEIVE NO PUNISHMENT?
BIA, YOU ALL JUST LIKE TO GO AROUND AND ABUSE YOUR POWER,
INSTEAD OF HELP MY APACHE PEOPLE!
OUR LAWS ARE SUPPOSED TO BE FOR US ALL, NOT JUST THE
STRUGGLING ONES!
RELATION MATTERS HERE ON THIS REZ AND IT SHOWS!
PROVE ME WRONG!

COME ON, I KNOW EVERYONE HAS SOMEONE THAT HAS BROKEN
THE LAW AND HAS GOTTEN AWAY WITH IT BECAUSE OF WHO THEY
ARE OR WHO THEY KNOW! WHY DO ONLY SOME OF US HAVE TO PAY
HIGH FINES, SIGN IN AND BE MONITORED AND SERVE ACTUAL
TIME?!
Add their names to the list, so people know what our leaders hide!

Council member Fernando Rocha, was his hearing fair? NO

Cathy Murphy AND HER GUEST- nothing is ever done to them! Why?



MESCALERO APACHE TRIBE
MESCALERO, NEW MEXICO
REQUEST LAND ASSIGNMENT

We, or I, __Kathleen Murphy__ do hereby request an assignment
in the __HeadSprings__ District, described as follows:

A (2.0) acre tract of land on the Mescalero Apache Reservation
in Otero County N.M. being located in the N & S ½'s, of the E ½,
of the SW ¼, of the SW ¼, of Section 7, T.14S., R.13E., N.M.P.M.

This request is located South of Thalia J. Treas in HeadSprings.

Signed this __25__ day of __July__, 20__03__ at Mescalero, New
Mexico

_Kathleen Murphy_
Signature

**************************************************************

APPROVED (✓) DISAPPROVED ( ) this _11th_ day of _February_, 20 _04_

Address:

_Sigrid Satax_
Chairman of Land Assign. Committee

P.O. BOX 750
Mescalero, NM 88340

_Arlen Simnion_
Member, Land Assign. Committee

_____
Member, Land Assign. Committee

MESCALERO APACHE TRIBE
MESCALERO, NEW MEXICO
REASSIGNMENT

We, the undersigned members of the Mescalero Tribal Council, do hereby reassign to ___Kathleen Murphy___, their heirs or assignees, in accordance with Article III of the Constitution and by-laws adopted February 29, 1936 and revised by the Mescalero Apache Tribe on January 12, 1965, the following described lands:

A (2.0) acre tract of land on the Mescalero Apache Reservation in Otero County N.M. being located in the N&S ¼'s, of the E ¼, of the SW ¼, of the SW ¼, of Section 7, T.14S., R.12E., N.M.P.M.

This request is located South of Thalia J. Treas in HeadSprings.

_____
President, Tribal Council

_____
Secretary, Tribal Council

AGREEMENT

I, ___Kathleen Murphy___, do hereby agree to accept the above described assignment and to abide by the conditions under which it is made, and it is understood that in the event of my failure to use this assignment for two consecutive years for any reason, except sickness or injury of sufficient nature to prevent me or my heirs from actively using the assignment it will automatically revert back to the Tribe for reassignment by the Tribal Council, and that my exception from use must be based upon a statement furnished by the Public Health Service Physician, setting forth the nature and seriousness of such illness or injury.

Approved:

_____
Chairman, Tribal Program Committee

_____
Member, Tribal Program Committee

_____
Member, Tribal Program Committee

Date: 2/11/04

_____
Assignee

_____
Assignee

IN THE MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

KATHLEEN HAOZINNE,
                Petitioner,

VS.

VALERIE ESPINOZA,
                Respondent,

CAUSE NO: **DV-2021-0007**

CIVIL MATTER

## NOTICE OF HEARING

TO: **VALERIE ESPINOZA,** ☐ **Petitioner** ☒ **Respondent** ☐ **Lay Advocate** ☐ **Other party**

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **WEDNESDAY, MARCH 3, 2021** at the hour of **9:00 AM** located at **159 Deer Trail, Mescalero, NM**, Mescalero Tribal Court House.

      **FAILURE TO APPEAR COULD RESULT IN AN ORDER TO SHOW CAUSE ISSUED**

INSTRUCTIONS TO PARTIES:

1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES
3. Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the courtroom.
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**
6. **MUST PROVIDE A NEGATIVE COVID-19 TEST RESULT, DATED 5 DAYS PRIOR TO SCHEDULED HEARING OR A PHYSICIAN CLEARANCE.**
7. **CAN REQUEST A TELEPHONIC HEARING, MUST CONTACT TRIBAL COURT TWO BUSINESS DAYS PRIOR TO YOUR HEARING DATE. TRIBAL COURT PHONE NUMBER IS 575-464-0414.**

Dated this **23RD** day of **FEBRUARY,** 20**21**.

                                   *Althea Palmer*
                                Mescalero Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____    Date/Time: _____

Mailing Address: _____

**\*\*THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING\*\***
**\*\*MAKE SURE ADDRESS PROVIDED IS CURRENT\*\***



# IN THE MESCALERO APACHE TRIBAL COURT
# MESCALERO APACHE INDIAN RESERVATION
# MESCALERO, NEW MEXICO

## C O M P L A I N T

№  2109

☐ CIVIL
☒ CRIMINAL

### MESCALERO APACHE TRIBE,

Plaintiff,

VS. _Valerie_ ____✓____ _Espinoza_

FIRST          MIDDLE          LAST          Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20_____ at _____o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|-----|--------|--------|------|------|-----------------|-----------|
| F | 165 | 5'04" | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |

| DRIVER'S LICENSE NO. | STATE | EXPIRATION DATE |
|----------------------|-------|-----------------|
| | | |

| MAILING ADDRESS | PHONE NO. |
|-----------------|-----------|
| | |

The undersigned Officer says:
The Defendant named herein ☒ is ☐ is not
a member of the Mescalero
Apache Tribe, and on the ___1___ day of _March_____, 20_21_ at _10:30_ o'clock ___A___ m,
Defendant did: _Allow Canine to roam freely causing a nuisance within the_
_Neighborhood. DOG 1 White/Brown_

at: _Goat Summit Drive_
in violation of: _16-1-11  Limitations in Ownership_

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this ___1___ day of _March_____, 20 _21_.*

Complaint: _____          Number: _404_

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _____          **Date** _03-1-21_

---

**WHITE** - Tribal Copy          **YELLOW** - Officer's Copy          **PINK** - Defendant's Copy          **GOLD** - Prosecutor's Copy



# IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE INDIAN RESERVATION
### MESCALERO, NEW MEXICO

## C O M P L A I N T

№ 2110

☐ CIVIL
☒ CRIMINAL

### MESCALERO APACHE TRIBE,
Plaintiff,

VS. Valerie     V     Espinoza

FIRST       MIDDLE       LAST       Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20_____ at _____o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|-----|--------|--------|------|------|-----------------|-----------|
| F | 165 | 5'04" | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |
| DRIVER'S LICENSE NO. | | STATE | | EXPIRATION DATE | | |
| | | | | | | |
| MAILING ADDRESS | | | PHONE NO. | | | |

The undersigned Officer says:
The Defendant named herein ☒ is ☐ is not
a member of the Mescalero
Apache Tribe, and on the __1__ day of __March__, 20__21__ at __10:30__ o'clock __A__ m,
Defendant did: Allow Canine to Roam freely Causing a Nuisance within the Neighborhood. DOG 2 BRown/white

at: Goat Summit Drive
in violation of: Limitations in Ownership 16-1-11

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this __1__ day of __March__, 20__21__.*

Complaint: _(signature)_       Number: 404

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _(signature)_       **Date** 3·4·21

**WHITE** - Tribal Copy       **YELLOW** - Officer's Copy       **PINK** - Defendant's Copy       **GOLD** - Prosecutor's Copy



# IN THE MESCALERO APACHE TRIBAL COURT
# MESCALERO APACHE INDIAN RESERVATION
# MESCALERO, NEW MEXICO

# C O M P L A I N T

№ 2111

☐ CIVIL
☒ CRIMINAL

## MESCALERO APACHE TRIBE,
Plaintiff,

vs. _Valerie_ _V_ _Espinoza_

FIRST            MIDDLE            LAST            Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20____ at _____o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|-----|--------|--------|------|------|-----------------|-----------|
| F | 165 | 5'04" | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |
| DRIVER'S LICENSE NO. | | STATE | | EXPIRATION DATE | | |
| | | | | | | |
| MAILING ADDRESS | | | | PHONE NO. | | |
| | | | | | | |

The undersigned Officer says:
The Defendant named herein ☒ is  ☐ is not
a member of the Mescalero
Apache Tribe, and on the ___1___ day of __March_____, 20_21_ at _10:30_ o'clock __A__ m,
Defendant did: _Allow Canine to roam freely Causing a Nuisance within_
_the neighborhood. Dog 3 Brown/Black_

at: _Goat Summit Drive_
in violation of: _16-1-11 Limitations in Ownership_

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this ___1___ day of*
_March_____, 20_21_.

Complaint: _____            Number: _4061_

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _____            **Date** _3-4-21_

*WHITE* - Tribal Copy            *YELLOW* - Officer's Copy            *PINK* - Defendant's Copy            *GOLD* - Prosecutor's Copy



# IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE INDIAN RESERVATION
## MESCALERO, NEW MEXICO

# COMPLAINT                    № 2112

☐ CIVIL
☑ CRIMINAL

## MESCALERO APACHE TRIBE,
Plaintiff,

vs. _Valerie_    V    _Espinoza_

FIRST      MIDDLE      LAST      Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20_____ at _____o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|---|---|---|---|---|---|---|
| F | 165 | 5'04" | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |

| DRIVER'S LICENSE NO. | STATE | EXPIRATION DATE | |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | PHONE NO. |
|---|---|
| | |

The undersigned Officer says:
The Defendant named herein ☒ is  ☐ is not
a member of the Mescalero
Apache Tribe, and on the ___1___ day of _March_____, 20_21_ at _10:30_____ o'clock _A__ m,
Defendant did: _Allow Canine to roam freely causing a nuisance within the_
_Neighborhood. DOG 1 White/Brown_

at: _Goat Summit Drive_
in violation of: _16-1-13  Animal Nuisance_

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this ___1___ day of _March_____, 20_21_.*

Complaint: _____              Number: _4041_

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _____              **Date** _3/4/21_

**WHITE** - Tribal Copy     **YELLOW** - Officer's Copy     **PINK** - Defendant's Copy     **GOLD** - Prosecutor's Copy



## IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE INDIAN RESERVATION
## MESCALERO, NEW MEXICO

# C O M P L A I N T

№  2113

☐ CIVIL
☒ CRIMINAL

### MESCALERO APACHE TRIBE,
Plaintiff,

VS.  <u>Valerie            V            Espinoza</u>
     FIRST            MIDDLE           LAST           Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20_____ at _____ o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|-----|--------|--------|------|------|------------------|-----------|
| F | 165 | 5 04 | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |

| DRIVER'S LICENSE NO. | STATE | EXPIRATION DATE |
|----------------------|-------|------------------|
| | | |

| MAILING ADDRESS | PHONE NO. |
|------------------|-----------|
| | |

The undersigned Officer says:
The Defendant named herein ☒ is  ☐ is not
a member of the Mescalero
Apache Tribe, and on the <u>1</u> day of <u>March</u>, 20 <u>21</u> at <u>10:30</u> o'clock <u>p</u> m,
Defendant did: <u>Allow Canine to roam freely causing a nuisance within</u>
<u>the neighborhood. Dog 2 Brown/White</u>

at: <u>Goat Summit Drive</u>
in violation of: <u>Animal Nuisance  16-1-13</u>

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this <u>1</u> day of <u>March</u>, 20 <u>21</u>.*

Complaint: _____      Number: <u>404</u>

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _____      **Date** <u>3-4-21</u>

*WHITE* - Tribal Copy    *YELLOW* - Officer's Copy    *PINK* - Defendant's Copy    *GOLD* - Prosecutor's Copy



# IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE INDIAN RESERVATION
## MESCALERO, NEW MEXICO

# C O M P L A I N T

Nº  2114

☐ CIVIL
☒ CRIMINAL

## MESCALERO APACHE TRIBE,
Plaintiff,

vs.  _Valerie_        _V_         _Espinoza_
FIRST         MIDDLE         LAST              Defendant

*YOU ARE HEREBY NOTIFIED TO APPEAR and answer this Complaint at the Mescalero Apache Tribal Court, Mescalero, New Mexico Mescalero Apache Indian Reservation on the _____ day of _____, 20_____ at _____ o'clock a.m.*

**159 Deer Trail, Mescalero, NM 88340 - Phone: (575) 464-0414**

| SEX | WEIGHT | HEIGHT | HAIR | EYES | SOCIAL SECURITY | BIRTHDATE |
|-----|--------|--------|------|------|-----------------|-----------|
| F | 165 | 5'04" | | BRO | | 08-26-1979 |
| PLATE NO. | YEAR | STATE | MAKE | MODEL | | TRIBAL CENSUS |
| | | | | | | |
| DRIVER'S LICENSE NO. | | STATE | | EXPIRATION DATE | | |
| | | | | | | |
| MAILING ADDRESS | | | | PHONE NO. | | |
| | | | | | | |

The undersigned Officer says:
The Defendant named herein ☒ is ☐ is not
a member of the Mescalero
Apache Tribe, and on the __1__ day of __March__, 20 _21_ at _10:30_ o'clock _A_ m,
Defendant did: _Allow canine to roam freely causing a nuisance within_
_the neighborhood. DOG 3 Brown/Black_

at: _Goat Summit Drive_
in violation of: _16-1-13 Animal Nuisance_

*I hereby certify that I have reasonable grounds to believe and do believe that the person cited herein committed the activity described herein contrary to law. I served a copy of the citation upon defendant on this __1__ day of*
_____March_____, 20 _21_.
Complaint: _[signature]_                    Number: _4061_

Without admitting liability I acknowledge receipt of this complaint and promise to appear at the time and place indicated above for trial. Without admitting possession or use of the property listed on the reverse side, I acknowledge its seizure by the above signed officer. I understand that failure to appear will result in a civil judgment against me, forfeiture of my bond to the Mescalero Apache Tribe, and if the above court date is inconvenient I can obtain a continuance by contacting the Tribal Court on or before the Court date indicated above.

**Signature** _[signature]_                    **Date** _3/1/21_

**WHITE** - Tribal Copy        **YELLOW** - Officer's Copy        **PINK** - Defendant's Copy        **GOLD** - Prosecutor's Copy

222222

r2222
222222
222222

IN THE MESCALERO APACHE TRIBAL COURT

MESCALERO, NEW MEXICO

KATHLEEN HAOZINNE,

           PETITIONER,

V.

                                    CAUSE NO: DR-2021-0007

VALERIE ESPINOZA,

           RESPONDENT.

## DISMISSAL ORDER

    **THIS MATTER** came before the Mescalero Apache Tribal Court, on Monday, March 15, 2021 for criminal matter sought by the Petitioner, against the Respondent. The Respondent, was represented by Legal Counsel Mark Hicks. Also present as witnesses were the parents of the Respondent. All parties present for Court, are Mescalero Apache Tribal members. The Petitioner, sought the criminal charge of 10-11-1. LIBEL AND SLANDER. Against the Respondent, on January 21, 2021. The Court, forward the complaint to the Chief Prosecutor, whom replied on February 23, 2021 by email saying there was not enough evidence to meet the burden of proof beyond a reasonable doubt. During the hearing, the Court, on own dismisses the case with prejudice. Therefore this case is dismissed and closed.

IT IS SO ORDERED ON THIS 15th DAY OF MARCH, 2021.

(Seal)

                                            Hon. Leonard Kanesewah III,

                                            Associate Judge, (Pro-tem)

                                            Mescalero Apache Tribe

## CERTIFICATE OF SERVICE

I _Althea Palmer_____, Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the _15th_ day of _March_, 2021 via UPS and under CERTIFIED MAIL, to the last known address of the Parties to this case.

_A. Palmer_____

Clerk of the Mescalero Apache Tribal Court

## IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO, NEW MEXICO

KATHLEEN HAOZINNE,
                Petitioner,
VS.

VALERIE ESPINOZA,
                Respondent,

CAUSE NO: **DV-2021-0007**

CIVIL MATTER

### NOTICE OF HEARING

TO: **VALERIE ESPINOZA,**  ☐ Petitioner  ☒ Respondent  ☐ Lay Advocate  ☐ Other party

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **WEDNESDAY, MARCH 3, 2021** at the hour of **9:00** AM located at **159 Deer Trail, Mescalero, NM**, Mescalero Tribal Court House.

    **FAILURE TO APPEAR COULD RESULT IN AN ORDER TO SHOW CAUSE ISSUED**

INSTRUCTIONS TO PARTIES:

1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES
3. Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the courtroom.
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**
6. **MUST PROVIDE A NEGATIVE COVID-19 TEST RESULT, DATED 5 DAYS PRIOR TO SCHEDULED HEARING OR A PHYSICIAN CLEARANCE.**
7. **CAN REQUEST A TELEPHONIC HEARING, MUST CONTACT TRIBAL COURT TWO BUSINESS DAYS PRIOR TO YOUR HEARING DATE. TRIBAL COURT PHONE NUMBER IS 575-464-0414.**

Dated this **23RD** day of **FEBRUARY,** 20**21**.

                                      *Althea Palmer*
                                    Mescalero Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____    Date/Time: _____

Mailing Address: _____

              **\*\*THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING\*\***
              **\*\*MAKE SURE ADDRESS PROVIDED IS CURRENT\*\***



**Mescalero Tribal IV-D Child Support
Enforcement Office**
PO Box 300, Mescalero, NM 88340
Phone: 575-464-2577 or 464-2578
Fax: 575-464-2599

March 22, 2021

Mrs. Valerie Espinoza
11 Goat Summit Drive
Mescalero, NM  88340

RE:  Employment Termination Notice sent:   CERTIFIED MAIL#: <u>7017 2620 0000 4465 033</u>

Dear Mrs. Espinoza:

This is to officially inform you that your employment with the Mescalero Apache Tribe; Child Support Office, is terminated. Every employee of the Tribe shall conduct himself/herself in such a manner as to be a credit to the Mescalero Apache Tribe and to MATCSEO.  Unethical actions or behaviors are unacceptable under any circumstances or conditions. As the Legal Advocate for MATCSEO you are expected to demonstrate the upmost respect and loyalty to the Child Support Office as well as to the Mescalero Apache Tribe, both on and off-duty.

Your Social Media Postings on your Facebook page have gone to the extreme. **Cyberbullying** is bullying that takes place over digital devices like cell phones, computers, and tablets.  Cyberbullying includes sending, posting, or sharing negative, harmful, false, or mean content about someone else.  As a currently furloughed employee, you are still an employee of the Mescalero Child Support Office, where you, as the Legal Advocate, represent our office as an Advocate to enforce child support as well as a representative for the child/children of the Mescalero Community.

As the Legal Advocate of MATCSEO, upon returning from furlough, you would have had to represent MATCSEO in a courtroom setting whether it be with the Mescalero Tribal Court, or other court rooms outside of the reservation. As a Legal Advocate who represents children, you as an employee of MATCSEO, should not be posting hateful harassment posts and derogatory comments toward any co-worker or employee affiliated with the Mescalero Apache Tribe.

As a representative of the Mescalero Apache child support children, MATCSEO was established to enhance the lives of the child/children we are representing in court.  The expectation of the Legal Advocate is to be a role model and to not only create a protected environment for the children, but to enhance their lives.  We have to remember that not only adults have Social Media accounts, but also children.

This termination is due to misconduct, inappropriate behavior and communication against other employees and leadership using explicit language and photos and/or cartoons through social media, which violated the policies listed below:

March 19, 2021
Page Two of Two

1. General: Every employee of the Tribe shall conduct himself/herself in such a manner as to be a credit to the Mescalero Apache Tribe (MAT). Unethical action or behavior is unacceptable under any conditions. **Policy 3.1**
2. Employee shall respect difference of opinion between themselves and their co-workers… Employees shall treat co-workers with respect. **Policy 3.2**
3. All employees shall act …to support rather than to obstruct co-workers… Employees shall not engage in gossiping, creating or spreading rumors, or in derogatory commentary about their co-workers, supervisors, Tribal leaders or the Tribe. Employees should express any complaints and dissatisfactions with co-employees under the established chain of command. **Policy 3.5**
4. Employees are expected to demonstrate loyalty and respect to the Tribe. Criticism should be directly discussed through the established chain of command and not publicly. **Policy 3.6**
5. The off-duty conduct of an employee may…reflect adversely on MAT… Accordingly, employees are expected to conduct themselves in a manner becoming to the tribe, both on and off-duty. All employees must remember that personal conduct is considered relevant to employment status with MAT. **Policy 3.8**
6. **Impact of Social Media**: Employee actions away from the workplace can impact the public's perception of MAT and its values. This is especially true with respect to communication over social media. The lines between public and private, personal and professional interactions are blurred in online social networks. By virtue of identifying as an MAT employee on a social media network, an employee either is or can be connected to MAT. Even if an employee hasn't formally identified him- or herself as a part of the MAT team, there is a good chance that the employee is well known as an employee of MAT. **Policy 3.17, b.**

Your termination is effective immediately (Friday, March 19, 2021). You have a PTO balance of 27.0 hours. The gross amount for PTO payout is $493.02 (27 PTO hrs. x $18.26/hr.), and all statutory and employee entitlements shall be paid into your nominated bank account no later than next pay period.

Finance reported that you have an emergency loan (Financial Hardship) with MAT, which you were being deducted $100.00 per pay period. The balance owed on the loan is $1300.00 (Initial Loan Amount = $2,000.00; paid via payroll deductions =$700.00). Please make payment arrangements with Accounts Receivable for amount due.

Respectfully,

Kateri Cervantes
Director MATCSEO

xc: Tribal Administrator
: Human Resources

IN THE MESCALERO APACHE TRIBAL COURT
FOR THE MESCALERO APACHE TRIBE
MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| TYNER CERVANTES and FAMILY, | ) | |
| Petitioner, | ) | Cases No.:    DV-2021-0033 |
| VS. | ) | DV-2021-0039 |
| | ) | D R |
| VALERIA ESPINOZA,   INVALID PETITION | | |
| Respondent. | ) | |

*(handwritten: INVALID PETITION)*

## EX-PARTE TEMPORARY RESTRAINING ORDER

**THIS MATTER** having come before the Mescalero Apache Tribal Court on the Petitioner's filed petition containing allegations of slander, libel and violence, and concerning the aboven named person, and the Court being duly advised, does hereby FIND:

1. The Mescalero Apache Court does have personal and subject matter jurisdiction over this parties, pursuant to Mescalero Apache Tribal Code §2-2-1, S2-3-11 and §30-2-1; and

2. Having considered the petition, the Court finds probable cause to believe that there is a need to assure the Petitioner and his family must be free from postings on Facebook or any other social media, and from slander, libel and violence, and there is good cause to issue an Ex-Parte Temporary Restraining Order until this matter is heard with both parties present and having the opportunity to testify.

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** an immediate Temporary Restraining Order is issued by the Court and following shall be enforced:

1. Respondent shall not and must not have ANY direct or indirect contact with the Petitioner or his family members, in any manner whatsoever; and

2. Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the Petitioner or his family*, including, but not limited to:

    a. Petitioner's place of work, located at 123 Deer Trail, Mescalero, New Mexico; or

    b. Petitioner's family workplace (even if off Reservation); or

1

     c.  (c) children's school; or

     d.  the Petitioner's home or where the Petitioner and/or his family is staying.

3.  Respondent shall not and must not sell, remove, hide, destroy or damage any property belonging to the Petitioner or his family.

4.  **Respondent is not to abuse, threaten, or intimidate or commit any violence against the Petitioner or his Family, either in-person, in writing, by email, or by using a cell phone, texting, or by using ANY SOCIAL MEDIA, INCLUDING FACEBOOK OR ANY OTHER SOCIAL MEDIA NETWORKS.**

5.  Respondent is to cease and desist from any social media posting about the Petitioner or his family – immediately.

6.  **This matter is set for FRIDAY, APRIL 30, 2021, AT ~~9:00~~ 10:30 AM** DDoll, pursuant to the Mescalero Apache Tribal Code §30-2-2.

**THIS TEMPORARY RESTRAINING ORDER REMAINS IN FULL FORCE AND EFFECT PENDING A HEARING ON THE MATTER.  FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.**

    **SO ORDERED THIS 23RD DAY OF APRIL, 2021.**

                        Debra S. Doll, Esq., LLM
                        Chief Judge, Mescalero Apache Tribal Court
                        Mescalero Apache Tribe

**CERTIFICATE OF SERVICE**

I, _Althea Palmer_ , Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the 23rd day of April, 2021;  via United States Postal Service (USPS), CERTIFIED MAIL,  AND by Process Server, to the Petitioner and the Respondent.

Clerk of the Mescalero Apache Tribal Court

2

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Tyner R. Cervantes
_____,
                    Complainant/Petitioner(s),

Vs.

Valerie Vanaya Espinoza, aka. "Vanaya Espinoza",
_____,
                    Respondent.

Enrollment No. 02662 _____

Address 31 Goat Summit Dr. _____

Mescalero, NM 88340

Cause No. _____

DR-2021-0039

---

I, Tyner R. Cervantes _____, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Valerie V. Espinoza has been posting harassing, misleading and false information about me on her social media page (Vanaya Val-https://www.facebook.com/vanaya.espinoza) through numerous videos and comments which are publicly viewed. These comments are false. harrassing and now I have become fearful of my safety and the safety of my family. She has admitted to drug use on her social media page and has posted numerous drug related comments and pictures there. Her comments also set me up as a physical target for violence as I am a commissioned law enforcement officer with the Mescalero Apache Tribe. Valerie's comments regarding my employment with the tribe are misleading and untrue which has me also fearful of my employment. Valerie Espinoza has also posted harrassing, false and misleading comments about other individuals on her Facebook page as well.

This is in violation of the Mescalero Apache Tribal Code: 10-11-1 DEFAMATION

Requesting a Civil Complaint. I am requesting
a restraining order to
stop harrassment. 

_____
Signature of Complainant/Petitioner

Date: 4-21-2021 _____

Print Name Tyner R. Cervantes _____

Enrollment No. #02218 _____

Address 242 Trout Loop _____

Mescalero, NM 88340

---

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Tyner R. Cervantes
_____,
Petitioner,

Cause No. DR-2021-0039

Vs.

Valerie Vanaya Espinoza
_____,
Respondent.

**Petition for
Protection Order**

I, Tyner R. Cervantes _____, am an enrolled member of the Mescalero Apache _____ Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ☐ my spouse ☐ ex-spouse ☐ boy/girlfriend ☐ family member
   ☑ other: a Mescalero resident _____

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available):
   Video drug abuse posted on her social media page: https://www.facebook.com/vanaya.espinoza

   _____

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you:
   Numerous false, misleading information on her social media page about me and my employ-

   ment with the tribe. I am fearful for my safety as well as the safety of my family as the harrassment has increased

4. Respondent and I have been involved in the following Court cases:
   None

   _____

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child)
   None

   _____

   _____

6. The Respondent ☐ has or ☐ has not abused the children.

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

### MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

[✓] I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

[✓] I intend to file Criminal Charges.    [ ] Criminal Charges have been filed.

### REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

[✓] That the Respondent not harass me, threaten me or commit any further abuse against me;

[ ] That the Respondent leave my place of residence located at:_____

[✓] That the Respondent stay 100 yards away from the following:_____
Place of residence located at: 242 Trout Loop and 805 White Mountain Dr, Mescalero, NM 88340
Place of employment locate at: **123 Deer Trl. Mescalero, NM 88340**
School:_____
Childcare (if applicable):_____
Other:_____

[✓] Order the Respondent not contact me in person, by telephone and/or third party;

[✓] That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

[ ] That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
*(This applies ONLY if the Petitioner chooses to vacate the residence)*

Mescalero Tribal Court (2018)    PO Box 227 / 159 Deer Trail    Mescalero, NM 88340

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

☑ AND any other such relief necessary: (Give description)

Not to harrass or threaten my immediate family.

_____

_____

_____

_____

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

Date _____          _____
4-31-2021                                                      Petitioner

Tyner R. Cervantes
_____
Print Name

#02218
_____
Enrollment No.

242 White Mountain Dr. Mescalero, NM 88340
_____
Address

**NOTE:** If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

Tyner R. Cervantes

Complainant/Petitioner(s),

Vs.

Valerie Vanaya Espinoza, aka. "Vanaya Espinoza",

Respondent.

Cause No. _DV-2021-0033_

Address _31 Goat Summit Dr._

Enrollment No. _02662_

Mescalero, NM 88340

I, _Tyner R. Cervantes_ , the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Valerie V. Espinoza has been posting harassing, misleading and false information about me on her social media page (Vanaya Val-https://www.facebook.com/vanaya.espinoza) through numerous videos and comments which are publicly viewed. These comments are false, harassing and now I have become fearful of my safety and the safety of my family. She has admitted to drug use on her social media page and has posted numerous drug relat-ed comments and pictures there. Her comments also set me up as a physical target for violence as I am a comm-issioned law enforcement officer with the Mescalero Apache Tribe. Valerie's comments regarding my employ-ment with the tribe are misleading and untrue which has me also fearful of my employment. Valerie Espinoza has also posted harassing, false and misleading comments about other individuals on her Facebook page as well.

**This is in violation of the Mescalero Apache Tribal Code: 10-11-1 DEFAMATION**

_I am requesting a restraining order for her to stop the harassment against me and my family. DG_

Date: _4-21-2021_

Signature of Complainant/Petitioner

Print Name _Tyner R. Cervantes_

Enrollment No. _#02218_

Address _242 Trout Loop_

Mescalero, NM 88340

MEMORANDUM

DATE:       April 27, 2021
TO:         Mescalero Apache Tribal Council
FROM:       Chief Judge, Tribal Court
RE:         Valerie Espinoza

---

Dear Tribal Council Members,

This is not an easy memo to write, as it concern a tribal member who is very possibly mentally unstable, highly fixated, even obsessed, with severe trauma from her sister's passing and unresolved grief and other issues. I say this as a professional, with a legal background, who has served mentally ill, indigent Native Americans, but one with a behavioral psychology background as well.

Ms. Valerie Espinoza has, since I have been acquainted with the Mescalero Apache Tribe from November 2020, been on a tirade of trying to bring certain people down – from the President, Gabe Aguilar and his family, to Tyner Cervantes, to the Tribal Administrator and his family, to General Counsel Nelva Cervantes, to different members of the Tribal Council, I.H.S., MAT Social Services, and the Tribal Court, to name a few. Much of this started on the "Mescalero Legal Advocacy" Facebook page, which is now called the "Apache NDN Movement," for which Mark Hick, Nettie Fossum and Valerie Espinoza were and still are very vocal. Valerie split off and has her own Facebook page, "Vanaya Val." In addition, she either shut down her page, or was in "Facebook jail" for a few days, and immediately created another Facebook page, "Val Naya." She has a show she calls, "Prove Me Wrong." She is again posting on Vanaya Val, since April 26th or 27th of 2021; and she is now more out of control than ever before.

On April 26, at 8:51 pm, Apache NDN Movement posted a video made by Valerie Espinoza. In that video she calls for people to question the authenticity of the Mescalero Tribal

Law Enforcement, and their right to carry guns and questions if they have authority over any MAT Tribal Members. She states (and I tried to copy verbatim what she says in the video):

" [do they have] training, certificate of completion or a commission card?

The reason for this is to have this training and commission card is because they carry fire arms…training is to know when to pull that firearm..

My question tonight – how many Conservation Officers [meaning Tribal Law Enforcement Officers] do we have that have this training, this certificate or commission card [and] are they allowed to pull people over – because is says right here in our codes what they are allowed to do.

(She then talks about BIA Law Enforcement Training, for which it is rife with mis-information.)

*"So all you Conservation Officers that are out there…do you have your certificate? Or did you complete the proper training? Do you have your Commission Card? To be pulling people over? Then not even that – they should not be pulling nobody over, citing them, all of you who have citations from our Conservation Officers, ask them….when you go to your hearings…stop accepting their fee, and just taking it and paying that…[shakes her head and giggles some] …tell them no, take this and tell them you want to go to Court. And you ask that Conservation Officer who gave you the citation, if they were certified to do that at that time.*

[conversation completely changes to another topic] I know there are a few of you who want to join (what??) if you give me a little bit – because it interferes with the volume and the sound…but if you give me time, I will add you all…

*But check your citations…I think it's crazy that we allow this man [meaning Tyner Cervantes] to carry a weapon himself (then she cuts to inaudible about "No the rez is not on that path")*

*So all of you check your citations. Make sure that Tyner's men are certified to be pulling you over to be citing you. And you men that are not…and you know you are not…how many are you? Maybe you all need to show us that you have the proper qualifications to*

*be doing that – to be pulling us over, to be even carrying a weapon. But this doesn't surprise me considering that Mr. Cervantes is carrying a weapon.*

**THIS COMMENTARY VIOLATES MAT §10-11-1, Crimes Against Reputation, Defamation; and MAT §10-16-9, Terroristic Threat, "…reckless disregard of the risk of causing such terror or inconvenience shall be deemed guilty of an offense …"**

**You may ask how it's a terroristic threat, well, when a person calls on people to question the qualifications of police, they are inviting people to disobey the law. This also means that a person is directing people to be unlawful, to intimidate or coerce the government to act as they see fit, in furtherance of their own political or social objectives.**

"Then I found out ….she goes on to talk about FOIA requests. And doing a background checks.

*She calls out Judge Doll…in my mother's rights and my rights – and she sits in that court still, all day probably. Call me a disrespectful woman, none of us want her here…go back to where you came from…"* She continues and drifts in and out of subjects, not making complete and total sense.

The plethora of issues generally include calling someone out, and then asking about their qualifications for doing the job that they are hired to do. The example of Tyner Cervantes and Judge Doll in the video of April 26, 2021 at 8:51 pm is only *one* example. Valerie Espinoza has called out Sharon Scott, CPA, and called her a criminal. Frizzell Frizzell has also been called out, along with Gabe Aguilar, every person on the current and past Tribal Councils. People from I.H.S. to Social Services – and every time she talks about their history, brings up *confidential* information, talks about how bad their families are – and specifically on the April 26th video – she dug dirt that was heinous in it's nature.

I feel for the people who work at the Court. She has gone after Judge Klinekole about decisions regarding children, their placement and the child's situation – naming names and telling about the family's history. **This is outrageous!** Every case regarding a child is highly confidential. The fact that Valerie Espinoza is on a Facebook page (hers and Apache NDN Movement) which are PUBLIC groups, viewable by anyone on the internet is an atrocity!!

Allowing her to continue in this manner is only hurting the Tribe, it's reputation, the reputation of the people who come here with professional degrees and certifications, and it really hurts the Tribal Members who come to work every day and work so hard for the Tribe. She is a terroristic threat to the Tribe and Tribal Government and she is not going to stop any time soon. She is also laughing at everyone, saying "see what I can do and say, and you can't touch me because it's my 1st amendment right to free speech." I am here to tell you folks, no one can yell "fire" in a crowded theatre – and that is exactly what she is doing.

I feel sorry for the Tribe and Tribal Council that you all have to endure someone who is not in touch with reality, openly smokes marijuana (why do you think she does alot of videos from her car?), and she spreads huge amounts of misinformation and talks about confidential information. This is just horrible. I implore you, the Tribal Council, to do something – whatever you deem proper.

Thank you for taking the time to read this Memo.

Kindest regards,

Debra S. Doll, Esq., LLM

Chief Judge

Mescalero Apache Tribal Court

159 Deer Trail

Mescalero, New Mexico  88340

(575) 464-0414



IN THE MESCALERO APACHE TRIBAL COURT

MESCALERO, NEW MEXICO

TYNER CERVANTES,

With Family Members,

PETITIONER,

V.                                             CAUSE NO: DV-2021-0033

DR-2021-0039

VALERIE ESPINOZA,

RESPONDENT.

## RESTRAINING ORDER

THIS MATTER having come before the Mescalero Apache Tribal Court, on Friday, April 30, 2021; for an ex parte temporary restraining order, filed on April 21, 2021, by the Petitioner, against the Respondent. All parties were properly served by a notice of hearing as prescribed by law. The Petitioner, a Mescalero Apache Tribal member, was present for Court, and pro se. The Respondent, also a Mescalero Apache Tribal member was present for Court, and pro se. The Mescalero Apache Tribal Court, having jurisdiction over the matter pursuant to 2-1-1. JURISDICTION; and 2-3-11. RESTRAINING ORDERS AND INJUNCTIONS. Hereby, FINDS:

1. That the Petitioner, has continued concerns for his safety and the safety of his family, and request the temporary restraining order continue for 180 days.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. That a (6) Month Restraining Order is granted against: Valerie Espinoza.
2. That Valerie Espinoza, shall not have direct or indirect contact with the Petitioner and the family, in any manner whatsoever.
3. That Valerie Espinoza, shall not go within one-hundred yards (100) of the Petitioner, including but not limited to current place of residence located at **#242 Trout Loop**

Mescalero, New Mexico 88340; 805 White Mountain Drive Mescalero, New Mexico 88340; and the Mescalero Apache Conservation Offices at 123 Deer Trail Mescalero, New Mexico 88340.

4. That Valerie Espinoza, shall not add to debt, sell, remove, hide, destroy, or damage any property/vehicles owned the Petitioner.

5. That Valerie Espinoza, is not to abuse, threaten, or intimidate to commit any violence against the Petitioner, in person, writings, email, cell phone and any social media networks.

6. This Restraining Order will become effective immediately and for the duration of (6) Months or until the next Court hearing.

7. That Tyner Cervantes, must request by affidavit one month prior to the final date of expiration of this restraining order, whether to extend this restraining order or to dismiss this restraining order.

**IT IS FURTHER ORDERED:**

1. Violation of this Restraining Order by either party will result in the prosecutorial charge of 10-1-8. DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT. Any person who shall willfully disobey any Order, Subpoena, Warrant or Command duly issued, made or given by the Mescalero Apache Tribal Court, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to labor or imprisonment for a period not to exceed one hundred eighty (180) days or a fine not to exceed Five Hundred Dollars ($500.00), or both such imprisonment and fine with costs, in extreme or habitual cases.

2. **THIS RESTRAINING ORDER REMAINS IN FULL FORCE ON AND OFF THE MESCALERO APACHE INDIAN RESERVATION. FAILURE TO COMPLY MAY RESULT IN SANCTIONS, INCLUDING JAIL.**

**IT IS SO ORDERED ON THIS 30th DAY OF APRIL, 2021.**

(Seal)

Hon. Leonard Kanesewah III

Associate Judge, (Pro-tem)

Mescalero Apache Tribe


## CERTIFICATE OF SERVICE

I ERMA ALLARD              the AP Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the 30 day of APRIL , 2021 via UPS and under CERTIFIED MAIL, to the last known address of the Parties to this case.

Clerk of the Mescalero Apache Tribal Court

    CC:   none.

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

| | |
|---|---|
| **EDDIE MARTINEZ,** | **CAUSE NO. <u>DV-2021-0038</u>** |
| **Petitioner,** | |
| **VS.** | |
| | **TEMPORARY RESTRAINING** |
| **VALERIE ESPINOZA,** | **ORDER** |
| **Respondent.** | |

This matter having come before the Mescalero Apache Tribal Court by the Petitioner requesting an Emergency Protection Order pending a hearing.

**IT IS HEREBY ORDERED** by the Mescalero Apache Tribal Court that:

1. The Respondent is not to abuse, harass, threaten, or intimidate to commit any violence against the Petitioner at place of residence, employment, in person, by third party contact, writing, email, Instagram, Facebook, any social media, telephone (home or cell) to include text or instant messaging. Respondent is to avoid Petitioner at all times on or off the reservation and shall not cause any damage to any personal property belonging to Petitioner.

2. The Respondent is ordered to stay away at least 100 yards away from:
   - ☒ The petitioner's place of residence located at: **498 Mescalero Blvd, Mescalero, NM 88340**

   - ☒ The Petitioner's place of employment at: **Mescalero Apache Tribal Administration Offices, 101 Central Ave, Mescalero, NM 88340 and Inn of the Mountain Gods Resort & Casino's 287 Carrizo Canyon Road Mescalero, NM 88340**

   - ☐ The petitioner's child(ren):

   - ☐ Additional Requirements:

   - ☒ Full Faith and Credit on/off the Mescalero Apache Reservation.

3. This order is effective upon issuance by an Officer of the Court and shall remain in full effect until further order from the Court;

4. All parties are given notice to appear before the Mescalero Apache Tribal Court located at 159 Deer Trail, Mescalero, NM on the, **Monday, May 10, 2021 at 9:00 A.M** to present their case;

**BE FURTHER INFORMED** that:

1. Failure to appear could result in an Order to Show Cause or Dismissal of this case;

2. Failure to comply with this order will result in Contempt of Court and/or the prosecution of the criminal offense of Disobedience to the Lawful Orders of the Court, Chapter 10, Section 1, Paragraph 8 of the Code of the Mescalero Apache Tribe, which carries a penalty of 180 days in jail or a fine of $500.00, or both.

3. Any evidence or names of witnesses must be submitted to the Court and opposing party no later than ten (10) calendar days before the scheduled hearing. You may submit an answer to the complaint and summons.  If additional time is needed to file an answer, you must personally request a continuance. You may seek legal counsel to assist you, at your own expense

## INSTRUCTIONS TO PARTIES

1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES.
3. Dress appropriately. Shorts, tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the court room.
4. Do not bring children to court.
5. Witnesses, Legal Advocacy or change in scheduling request must be received no later than FIVE (5) days before the hearing date.

So Ordered this **30** day of **APRIL, 2021**.

_____
Judge, Mescalero Apache Tribal Court

[ S e a l ]

## VERIFICATION OF SERVICE:

A copy of this document was served to Valerie E._____ ☐ Petitioner ☐ Respondent on this 30 day of April_____, 20 21.

Mailing Address: 3l Goat Summit Dr., Mescalero, NM 88340

CC: Mescalero Police Department

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Eddie Martinez
_____
Complainant/Petitioner(s),

Vs.

Valerie Espinoza
_____
Respondent.

Cause No. DV-2021-0038

Enrollment No. _____

Address _____

_____

_____

I, Eddie Martinez _____, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

I have been the subject of her Facebook in the last week and also she came to my place of employment today looking for me with her mom also came to Inn of the Mountain Gods to my meeting again looking for me & the President I would like for all of this to stop.

Thank You

Eddie Martinez
_____
Signature of Complainant Petitioner

Date: April 30, 2021

Print Name Eddie Martinez

Enrollment No. 01079

Address 498 Broken Arrow Mescalero BLVD

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

*Eddie Martinez*
_____
Petitioner,

Cause No. _____

Vs.

*Valerie Espinoza*
_____
Respondent.

**Petition for
Protection Order**

I, *Eddie Martinez*, am an enrolled member of the *Mescalero* Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ( ) my spouse ( ) ex-spouse ( ) boy/girlfriend ( ) family member
   ( ) other: *TRIBAL Member*

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available):
   *Has been talking & slandering me on face book video this week*

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you:
   *Her and Her mom threaten me this morning thru text*

4. Respondent and I have been involved in the following Court cases:
   *N/A*

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child)
   *N/A*

6. The Respondent ( ) has or ( ) has not abused the children.

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

( ✓ )    I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

( ) I intend to file Criminal Charges.          ( ) Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

( ✓ )    That the Respondent not harass me, threaten me or commit any further abuse against me;

( )    That the Respondent leave my place of residence located at:

_____ ;

( ✓ )    That the Respondent stay 100 yards away from the following:

Place of residence located at: _**498 Mescalero Blvd**_ ;

Place of employment locate at: _**Mescalero Tribal Offices**_ ;

School:_____ ;

Childcare (if applicable): _____ ;

Other: _**Inn of the Mountain Gods**_ ;

( ✓ )    Order the Respondent not contact me in person, by telephone and/or third party;

( )    That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

( )    That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
*(This applies ONLY if the Petitioner chooses to vacate the residence)*

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

( )    AND any other such relief necessary: (Give description)

_____

_____

_____

_____

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

_April 30, 2021_
Date

_Eddie Martinez_
Petitioner

_Eddie Martinez_
Print Name

_01079_
Enrollment No.

_498 Mescalero BLVD_
Address

**NOTE**: If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

| | |
|---|---|
| **GABE AGUILAR,** | **CAUSE NO. <u>DV-2021-0040</u>** |
|         **Petitioner,** | |
| **VS.** | |
| | **TEMPORARY RESTRAINING** |
| **VALERIE ESPINOZA,** | **ORDER** |
|       **Respondent.** | |

This matter having come before the Mescalero Apache Tribal Court by the Petitioner requesting an Emergency Protection Order pending a hearing.

**IT IS HEREBY ORDERED** by the Mescalero Apache Tribal Court that:

1. The Respondent is not to abuse, harass, threaten, or intimidate to commit any violence against the Petitioner at place of residence, employment, in person, by third party contact, writing, email, Instagram, Facebook, any social media, telephone (home or cell) to include text or instant messaging. Respondent is to avoid Petitioner at all times on or off the reservation and shall not cause any damage to any personal property belonging to Petitioner.

2. The Respondent is ordered to stay away at least 100 yards away from:
   ☒ The petitioner's place of residence located at: **201 Elm Street, Mescalero, NM 88340**

   ☒ The Petitioner's place of employment at: **Mescalero Apache Tribal Administration Offices, 101 Central Ave, Mescalero, NM 88340 and Inn of the Mountain Gods Resort & Casino's 287 Carrizo Canyon Road Mescalero, NM 88340**

   ☐ The petitioner's child(ren):


   ☐ Additional Requirements:


   ☒ Full Faith and Credit on/off the Mescalero Apache Reservation.

3. This order is effective upon issuance by an Officer of the Court and shall remain in full effect until further order from the Court;

4. All parties are given notice to appear before the Mescalero Apache Tribal Court located at 159 Deer Trail, Mescalero, NM on the, **Monday, May 10, 2021 at 10:00 A.M** to present their case;

**BE FURTHER INFORMED** that:

1. Failure to appear could result in an Order to Show Cause or Dismissal of this case;

2. Failure to comply with this order will result in Contempt of Court and/or the prosecution of the criminal offense of Disobedience to the Lawful Orders of the Court, Chapter 10, Section 1, Paragraph 8 of the Code of the Mescalero Apache Tribe, which carries a penalty of 180 days in jail or a fine of $500.00, or both.

3. Any evidence or names of witnesses must be submitted to the Court and opposing party no later than ten (10) calendar days before the scheduled hearing. You may submit an answer to the complaint and summons. If additional time is needed to file an answer, you must personally request a continuance. You may seek legal counsel to assist you, at your own expense

## INSTRUCTIONS TO PARTIES

1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES.
3. Dress appropriately. Shorts, tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the court room.
4. Do not bring children to court.
5. Witnesses, Legal Advocacy or change in scheduling request must be received no later than FIVE (5) days before the hearing date.

So Ordered this **30** day of **APRIL, 2021**.

_____
Judge, Mescalero Apache Tribal Court

[ S e a l ]

## VERIFICATION OF SERVICE:

A copy of this document was served to Valerie E.          ☐ Petitioner ☑ Respondent on this 30 day of April            , 2021.

Mailing Address: 31 Goat Summit Dr., Mescalero, NM 88340

CC: Mescalero Police Department

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

_Gabe Aguilar_
_____
Complainant/Petitioner(s),

Cause No. _DV-2021-004502N_

Vs.

_Valerie Espinoza_
_____
Respondent.

Enrollment No. _____

Address _31 Goat Summit R_
_Mescalero N.M. 88340_

I, _Gabe Aguilar_, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

_Valerie Espinoza has been posting harrassing, misleading and false information about me on her social media page. These comments are false, harrassing and now i have become fearful of my safety and are the public viewed. She has admitted to drug use and on her social media page has made a threat to the tribal goverment. Her and her mom Holly Pesa have made verbal threats towards me and my family. I am requesting a civil complaint, I am requesting a restraining order to stop harrassment._

_Gabe Aguilar_
_____
Signature of Complainant/Petitioner

Date: _04/30/21_

Print Name _Gabe Aguilar_

Enrollment No. _____

Address _201 Elm Street_
_Mescalero N.M. 88340_

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

*Gabe Aguilar*
_____,
Petitioner,

Cause No. _____

Vs.

*Valerie Espinoza*
_____
Respondent.

**Petition for
Protection Order**

I, *Gabe Aguilar*, am an enrolled member of the *Mescalero Apache* Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ( ) my spouse ( ) ex-spouse ( ) boy/girlfriend ( ) family member (✓) other: *Mescalero resident*

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available): *Verbal threats to myself and my family*

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you: *Numerous false, misleading information about me. I fear for my safety as well as my family*

4. Respondent and I have been involved in the following Court cases: *None*

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child) *None*

6. The Respondent ( ) has or ( ) has not abused the children.

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

(✓) I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

(✓) I intend to file Criminal Charges.          (  ) Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

(✓) That the Respondent not harass me, threaten me or commit any further abuse against me;

(  ) That the Respondent leave my place of residence located at:

_____ ;

(✓) That the Respondent stay 100 yards away from the following:

Place of residence located at: _201 Elm Street Mescalero NM 88340_

Place of employment locate at: _Tribal Office 101 Central Ave_ ;

School: ___~~FMG~~___ ;

Childcare (if applicable): _____ ;

Other: _FMG for board meetings_ ;

(✓) Order the Respondent not contact me in person, by telephone and/or third party;

(✓) That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

(  ) That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
*(This applies ONLY if the Petitioner chooses to vacate the residence)*

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

( )    AND any other such relief necessary: (Give description)

_Not to harrass or threaten my immediate family_

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

_04/30/21_
Date

_Gabe Aguilar_
Petitioner

_Gabe Aguilar_
Print Name

_02 379_
Enrollment No.

_201 Elm Street Mescalero NM 883_
Address

**NOTE**: If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

# APPEAL FORM

Type of Case: (Please mark one)    ☐ Civil    ☐ Criminal    ☐ Children's

Docket or File #: DV-2021-0033; DR-2021-0039

Client Name: VALERIE V. ESPINOZA          Contact #: 575-973-3256

Address: 11 GOAT SUMMIT DR, MESCALERO, NEW MEXICO, 88340

Rep. Name: N/A          Contact #: N/A

Address: N/A

**Reason for Appeal: (Circle the Letter)**
Please explain each Item on pg. 2

      Ⓐ No evidence or insufficient evidence is the in the record to support the Trial Court's Order of judgment;

      Ⓑ The Trial Court made a legal error in interpreting or applying the law;

      Ⓒ There is no basis in the laws, customs, or traditions of the Tribe for the Trial Court's decision;

      Ⓓ In criminal case, the evidence presented at trial did not show that the defendant was guilty of the charged beyond a reasonable doubt;

      Ⓔ The Trial Court erred in admitting illegally-seized evidence or inadmissible testimony, the decision of the Court was based upon this evidence or testimony, and the Court's decision could not be supported on the legally-admitted evidence alone;

      Ⓕ The Trial Court erred in denying or granting an objection or motion which fundamentally effected the fairness of the trial;

      G. The court had no jurisdiction to hear the controversy or no jurisdiction over the parties;
        OR

      Ⓗ The Trial Court legally erred in its decision.

*According to **Tribal Code Ordinance 2-4-3**, all Appeal Forms need be submitted within twenty (20) days after court hearing.*

Client Signature: *Valerie Espinoza*          Date: 05·04·2021

Rep. Signature: _____          Date: _____

*Appeal fee: $25.00 in Money Order form.*

---

## COURT USE ONLY

☐    Request Granted
☐    Request Denied
☐    Other: _____

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

2021 MAY -5  A 10: 27

Mescalero Apache Tribe
        Plaintiff,

Vs.

Valerie Vanaya Espinoza
Tribal Enrollment No: _02662_

Cause No: _C R-2021- 0167_

CRIMINAL COMPLAINT

---

I, the Complainant in this case state that the following is true to the best of my knowledge and belief:

The Defendant committed **DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT** in violation of the Mescalero Apache Tribal Code, **10-1-7**. To wit, Any person who shall willfully disobey any order, subpoena, warrant or command duly issued, made or given by the Court, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to community service or imprisonment for a period not to exceed one hundred eighty (180) days or a fine not to exceed Five Hundred Dollars ($500.00), or both.

The said Defendant did so on or about the 4 day of May 2021 at the hour of 1300 within the jurisdiction of this court.

---

The facts that support this offense are as follows:
On May 4, 2021 at approximately 1700 Hours, I (Bureau of Indian Affairs (BIA) Office of Justice Service (OJS)-Mescalero Agency, Police Lieutenant Justin Apachito, while on duty, in full uniform, displaying my badge of office, operating a marked police vehicle, within the Mescalero Apache reservation) was advised by dispatch that Conservation Chief Tyner Cervantes wanted to file a complaint of a violation of a restraining order against Valerie Vanaya Espinoza.
I made contact with Conservation Chief Tyner Cervantes who stated Valerie Espinoza had made another video on Facebook and his name was stated in the video. Conservation Chief Tyner Cervantes has a valid restraining order issued by Mescalero Tribal Courts on April 23, 2021, against Valerie Espinoza. The restraining order stating "the respondent shall and must not have any direct or indirect contact with the petitioner or his family members", "having considered the petition, the court finds probable cause to believe that there is a need to assure the petitioner and his family must be free from posting on Facebook or any other social media and from slander, liber and violence, and there is good cause to issue an Ex-Parte temporary restraining order until this matter is heard from both parties is present and having the opportunity to testify". Valerie violated the restraining order by doing a "live Facebook video" mentioning Chief Cervantes specifically in the video. There have been several videos posted on Facebook after the restraining order was served to Valerie Espinoza. These videos have mentioned Chief Cervantes multiple times in violation of the restraining order.

Witnesses for the prosecution:
Tyner Cervantes

I certify, under penalty of perjury, that I have reasonable grounds to believe, and do believe, that the above-named Defendant committed the offense stated in this Criminal Complaint, contrary to Tribal law.

LT· Justin Apachito

Complainant Signature #354

5/3/21

Date

BO21058504



# UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF INDIAN AFFAIRS
### INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1 0

Officer: JAMES SATTERFIELD
Badge: 656

Report Author: SATTERFIELD, JAMES

| Incident Number: BO21058504 | Incident Type: Assist to Citizen [999] | Incident Status: Closed | Source: Phone |
|---|---|---|---|

| Incident Date and Time: 05/06/2021 08:06 | Incident Location: BIAOJS MESCALERO POLICE DEPT. 604 LIPAN AVE, MESCALERO, OTERO NM USA 88340 |
|---|---|

Summary: caller wanted to talk to an officer about some harassment that is going on social media. Officer talked with the RP and took report.

**SUSPECT/OFFENDER**

Involvement: INVOLVED PERSONS (OTHER THAN ABOVE): SUSPECT
Name: ESPINOZA, VALERIE VANAYA     Cautions: --     Date of Birth: 08/26/1979 Age: 41 Sex: Female
Tribal id: 02662   Deceased date: --     Address: 11 GOAT SUMMIT, MESCALERO, OTERO NM USA 88340
(Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)     SSN: 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
Driver's license: 116109972,
Description:
Marks:
Clothing:
Telephone:     [Residence] (Voice) (575) 464-2747          [Residence] (Voice) (575) 973-3256
Email:
Charges:

**OTHER INVOLVED PERSONS**

Involvement: ACCOMPLICE
Name: AGUILAR, ROBERT GABRIEL
          Phone: --          Date of Birth: ▓▓▓▓ Sex: Male     Tribal id ▓▓▓▓ Deceased date: --
                              Address: --          Driver's license: --   ,   ▓▓     Email: --

**VEHICLE**

Involvement:
Make: --
          State: --     Model: --          Year: --          Color: --          License: --
                         VIN: --          Body style: --

**PROPERTY**

Involvement:
Type: --
          Color: --     Description: --     Make: --          Model: --          Year: --
                         Serial #: --          Picture: N     Remarks: --

Law Enforcement Sensitive
FOR OFFICIAL USE ONLY

BO21058504

Narrative:

On April 6, 2021, at approximately 0806 hours, I (Bureau of Indian Affairs (BIA) Office of Justice Services (OJS)-Mescalero Agency Police Officer James Satterfield, while on duty in full uniform, displaying my badge of office, operating a marked police vehicle, within the Mescalero Apache Reservation) received a call from BIA, OJS Dispatch Center in regards to Mescalero Apache Tribal President Robert Aguilar requesting that I call him.

I called President Aguilar and he advised me that Valerie Espinoza had violated a temporary restraining order that had been issued by the Mescalero Apache Tribal Court Cause No. DV-2021-0040. The order states "the Respondent is not to abuse, harass, threaten, or intimidate to commit any violence against the Petitioner at place of residence, employment, in person, by third party contact, writing, email, Instagram, Facebook, any social media, telephone (home or cell) to include text of instant messaging, Respondent is to avoid Petitioner at all times on or off the reservation and shall not cause any damage to personal property belonging to Petitioner.

The Respondent (Valerie Espinoza) is ordered to stay away at: least 100 yards away from :

The Petitioners (Gabe Aguilar) place of residence ▮▮▮▮▮▮▮▮▮Mescalero NM 88340

The Petitioners place of employment at: Mescalero Apache Tribal Administration Offices, 101 Central Ave, Mescalero NM 88340 and the Inn of the Mountain Gods Resort & Casino 287 Carrizo Canyon Road Mescalero, NM 88340.

President Aguilar told me that if I wished to speak to him that I needed to come to his office. He also said that he was logging down in a note book every time that he called the Police on this matter.

I went to President Aguilar's office at the Mescalero Tribal Administration Offices. I made contact with President Aguilar and he told me that Valerie Espinoza had posted a video on Social Media the previous night (May 5, 2021) and had spoken about him in violation of the temporary restraining order Court Cause DV-2021- 0040. He advised me that he did not know exactly what she said because he did not have time to watch the entire video but she was not suppose to mention him at all. He also told me that she had posted one that morning (May 6, 2021) and had mentioned him also. I told him I would review the videos.

I reviewed the video posted on May 5, 2021 and Valerie Espinoza mentions President Aguilar saying but not limited to that President Aguilar should not be allowed to run for Tribal Office due to his criminal record and he should be removed from office. No physical threats were made to President Aguilar during this video. I searched for the video reported to be made on the morning of May 6, 2021 but was unable to locate the video.

Valerie Espinoza did violate the Temporary Restraining Order Court Cause. DV-2021-0040 by mentioning President Aguilar.

After reviewing Court Cause DV-2021-0040 the legality of this order is in question. The Petitioner's name on the Order is Gabe Aguilar this is not President' Aguilar's name according to Mescalero Tribal Census his legal name is Robert Gabriel Aguilar Sr. Also reviewing this document it is possible that Court Cause DV-2021-0040 is a Prior Restraint. A definition of a Prior Restraint is as follows:

In First Amendment Law' Prior Restraint is government action that prohibits speech or other expression before the speech happens.

Prior Restraint usually happens in the following ways It may be a statute or regulation that requires a speaker to acquire a permit or license before speaking or more appropriate for this case Prior Restraint may be a court injunction that prohibits certain speech.

Prior Restraints are illegal

Due to my investigation into this matter I cannot issue a criminal complaint for Valerie Espinoza for a violation of Court Cause DV-2021-0040 due to the improper name of the petitioner and due to the possibility of this being a Prior Restraint.

I am referring this report to Federal Bureau of Investigations Agent Lisa Hill.


No further action taken. End of report.

BO21058504

| Officer Name: JAMES SATTERFIELD | Officer Signature: | Date: | Officer Unit: OJS DISTRICT IV - MESCALERO AGENCY |
|---|---|---|---|
| | | | Region: D4 |
| | | | State/Zone: NM |
| Supervisor Name: #354 APACHITO, J. | Supervisor Signature: | Date: 1/11/22 | Area/Duty Station: MESCALEROAGENCY |
| | | | Site: MESCALEROAPACHETRIBE |
| | | | Place: |
| | | | Point: |

Law Enforcement Sensitive
FOR OFFICIAL USE ONLY

BO21069428



# UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF INDIAN AFFAIRS
### INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1.0

Officer: JUSTIN APACHITO
Badge: 354

Report Author: APACHITO, JUSTIN

| Incident Number: BO21069428 | Incident Type: Threats (Personal) [13B] | Incident Status: Closed | Source: In person |
|---|---|---|---|

| Incident Date and Time: 05/10/2021 09:48 | Incident Location: | 159 DEER TRAIL, MESCALERO, OTERO NM USA |
|---|---|---|

Summary: Tribal Court staff called and stated there was an altercation outside of the court house. Officer responed and took report.

**SUSPECT/OFFENDER**

**OTHER INVOLVED PERSONS**

Involvement: INVOLVED PERSONS (OTHER THAN ABOVE)
Name: ███████  Date of Birth: ███  Sex: ███  Tribal id: --  Deceased date: --
        Phone: --  Address: --  Driver's license: --  ,  --  Email: --

Involvement: WITNESS
Name: ███████  Date of Birth: ████  Sex: ███  Tribal id: █████  Deceased date: --
Phone: --  Address: 159 DEER TRAIL, MESCALERO, OTERO NM USA 88340 (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)  Driver's license: ███NM  Email: --

Involvement: INVOLVED PERSONS (OTHER THAN ABOVE)
Name: ESPINOZA, VALERIE VANAYA  Date of Birth: ████  Sex: ███  Tribal id: ████  Deceased date: --
        Phone: --  Address: ███  (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)  Driver's license: ████
Email: --

Involvement: INVOLVED PERSONS (OTHER THAN ABOVE)
Name: ███████  Date of Birth: ███  Sex: ███  Tribal id: --  Deceased date: --
        Phone: --  Address: --  Driver's license: ███████  Email: --

**VEHICLE**

Involvement:
Make: --  Model: --  Year: --  Color: --  License: --
        State: --  VIN: --  Body style: --

Law Enforcement Sensitive
FOR OFFICIAL USE ONLY

BO21069428

| PROPERTY | Involvement: |
|---|---|
| | Type: --  Description: --  Make: --  Model: --  Year: -- |
| | Color: --  Serial #: --  Picture: N  Remarks: -- |

**Narrative:**

On May 10 , 2021 at approximately 0948 Hours, I (Bureau of Indian Affairs (BIA) Office of Justice Service (OJS)-Mescalero Agency, Police Lieutenant Justin Apachito, while on duty, in full uniform, displaying my badge of office, operating a marked police vehicle, within the Mescalero Apache reservation) was advised by dispatch that there was a possible altercation in front of the Mescalero Tribal Court Building.

I arrived on scene and did not notice any type of altercation. I noticed ▮▮▮▮▮ standing at the west parking lot entrance to the court. They were identified as ▮▮▮▮▮ ▮▮▮▮▮ and ▮▮▮▮▮ I asked the ▮▮▮▮▮ what was going on and they stated, "we are just here to support ▮▮▮▮ I asked the ▮▮▮▮ if they would stand by their vehicles until court is done. They stated, "well tell ▮▮ to quit recording and we will do the same".

I walked over to the other ▮▮▮▮ involved who was standing by the front door of the Tribal Court. She was identified as Valerie Espinoza. I asked Valerie what was going on. Valerie stated, "we are sitting here waiting because court is 30 minutes behind and these people double booked all these hearings, and ▮▮▮▮▮ support here came, and this ▮▮ here ▮▮▮▮▮ came up to me threatening me". "If you pull up the surveillance you can hear it". I advised Valerie "I'm going to tell you like I told them, I would like to have everyone sit inside of their vehicle". I advised "I want it to be peaceful and not have the parties engage in any type of altercations". Valerie stated she was not going to sit inside of her vehicle, and she was going to stand where she was. I let her know it is her right and she could record on her mobile device but to have it peacefully done. Valerie did not state what was said or how she was threatened. I advised Valerie that I will tell the other ▮▮▮▮ the same thing.

I went back to the ▮▮▮▮ and advised them the same thing I told Valerie. I went inside of the courthouse and spoke with the Bailiff ▮▮ ▮▮▮▮ stated ▮▮ had to call because the ▮▮▮▮ looked like they were about to fight outside of the courthouse. I asked ▮▮ if the surveillance footage recorded the activity outside and ▮▮ stated "yes, but they do not record audio". ▮▮▮▮ and the other Bailiff stated they observed ▮▮▮▮▮ get out of ▮▮ vehicle and walk up to Valerie and almost engaged in a physical confrontation. They went outside and separated the two parties.

I went back outside and stood by to make sure the two parties remained peaceful. Until the court proceeding were over and the two parties dispersed. No further action was taken from this officer.

| Officer Name: JUSTIN APACHITO | Officer Signature: | Date: | Officer Unit: OJS DISTRICT IV - MESCALERO AGENCY Region: D4 State/Zone: NM |
|---|---|---|---|
| Supervisor Name: Dean E. Owen | Supervisor Signature: *Dean E. Owen* | Date: 05/28/2021 | Area/Duty Station: MESCALEROAGENCY Site: MESCALEROAPACHETRIBE Place: Point: |

# Incident details

---

**U.S. Department of the Interior , Bureau of Indian Affairs**

*Printed:* 05/09/2024 12:14

*Incident:* **BO21052301**

---

## Incident details:

| | |
|---|---|
| Report no.: | BO21060562 |
| Incident Type: | Contempt Of Court [90Z] |
| Incident time: | 05/10/2021 11:08 - 05/10/2021 11:41 |
| Reported time: | 05/10/2021 11:08 |
| Place of offence: | 159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) |
| Clearance status: | Closed - Arrest |
| Concluded: | No |
| Concluded date: | |
| Summary: | Individual had court and was found to be in contempt of court. Individual was arrested and booked. |
| Remarks: | |

## Associated occurrences:

## Involved persons:

- TRIBAL COURTS / Involved business, other / 107 DEER TRAIL, MESCALERO, OTERO NM USA 88340 (TRIBAL COURT)
- ESPINOZA, VALERIE VANAYA / Arrestee; Charged / ███████████ Gender: Female Tribal #: ██████ ████████ MESCALERO, OTERO NM USA 88340 (WHITE MOUNTAIN SUB DIVISION) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) ) DL:NM:██████
  (Voice) (575) ████
  (Voice) (575) ████

## Involved addresses:

- 159 DEER TRAIL / Incident address / MESCALERO, New Mexico, USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)

## Involved comm addresses:

## Involved vehicles:

## Involved officers:

- Arresting officer; Reporting officer / #███ / BIAOJS / Police Officer / OJS-BCI - SC REGION / ████████ / 05/10/2021 / 20210510 --:--:--:---
- Public safety dispatcher / BIAOJS / Police other / OJS DISTRICT IV - MESCALERO AGENCY (OTERO NM USA 88430 (BIA-OJS MESCALERO AGENCY) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) (Voice) (575) 464-4511 ████████████████████ / 05/10/2021 / 20210510 --:--:--:---

## Involved property:

## Modus operandi:

## Reports:

### General report:

| | |
|---|---|
| Incident: | BO21060562 Contempt Of Court [90Z] @05/10/2021 11:08 (159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCALEROAPACHETRIBE)) (Individual had court and was found to be in cont |

Task:    121013306? [Appr NR - Closed] Due 05/11/2021 11:41
         >#███████ [Low] BO21060562 Contempt Of Court [902] @05/10/2021
         11:08 (159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO
         APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCA

Author:     #████████               Report time:    05/10/2021 15:44
Entered by:   #████████               Entered time:    05/10/2021 15:44
Remarks:      Arrest report.██████
Narrative:

     On May 10, 2021, at approximately 9:56 am, I (Bureau of Indian Affairs, Office of Justice
Services-Mescalero Agency Supervisory Police Officer ███ ████ while in full duty uniform,
displaying my badge of office while driving a marked police vehicle, within the exterior
boundaries of Mescalero Apache, County of Otero, State of New Mexico) arrived at Tribal
Court about possible disturbance in the parking lot due to court hearings scheduled for the
day.

     While monitoring the public in the parking lot, security staff for Tribal Court requested for
an officer in a court hearing. Security advised the Judge wanted an officer. I entered the
building and security opened the doors to the court room. I observed Valarie Espinoza
walking towards me, trying to hand me a black in color purse and asked if I could give this to
her family. I told her to wait and at the same time, Judge ███ was saying Valarie was being
rude, walking over to the petitioner and would not stop yelling. The Judge explained she
wanted me to arrest her and take her out of the court room. Valarie turned around and said
she had to right to speak and she wanted to make sure her family gets her stuff. The Judge
stated again for me to take her out. Valarie was starting to turn around again and I stopped
her. I took her purse and told her to go outside.

     I escorted Valarie outside and walked her towards my marked police vehicle. She raised
her hands and said "Are you happy now!!!" I told her to stop and continuing to walk towards
my police vehicle. Before getting to my police vehicle, a family member got out of the vehicle
and walked around towards us. She asked if she can give her property to her mom. I said
yes and she handed her property to her. I asked if she wanted to take her earrings and she
took them off. I asked if she had any weapons and she said no. I walked her over to my
police vehicle which was on the south side of their vehicle in the parking lot. She started to
yell and said this was unfair. I asked again for her to stop or I will handcuff her in the parking
lot. She calmed down and I advised her of her Miranda Rights. I explained I was detaining
her until I find out what the court is arresting her for. She calmed down and sat down in the
back seat of my police vehicle. I turned on my air conditioner and rolled down the windows
slightly. I explained I would be back.

     I entered the building and spoke to Judge ███ I asked if she could provide a court order
for the arrest. She explained she is in contempt of court. I asked again if I could have court
orders which would support my arrest. I explained, I cannot just arrest her. She said she
would be back. I went back outside and checked on Valarie. She asked if she could drink
some coffee her dad had in the vehicle and I said yes. I gave her the coffee and had her
open it. I asked if she could show me her coffee to make sure no narcotics or alcoholic
beverage was inside. She said she does not do drugs or drink but smoke marijuana. I
waited until I received court orders signed by the Judge for contempt of court. I went back
outside and explained to Valarie I was placing her under arrest for contempt of court. She
understood. I drove her to the police station and informed her, I was going to make a copy.
She understood. I made the copy for her and she asked for nose tissue. I asked if she
wanted something to eat and she said no. I explained we had an apple inside the station and
she said she would take it. I returned with the apple and a small box of tissue. She then
asked if she could speak to Lt. ████████████ I explained he was coming over.

     An officer from the Tribal Court arrived at the police station and explained the court
wanted to serve Valarie Espinoza with a restraining order. I gave her the restraining order
and she signed the court documents saying she received it. Lieutenant █████████
███ to take her statement and she asked if the court security officer could leave the area.
I asked him to leave and he left the area. After taking a report with Lieutenant ██████ she
asked for a FOIA request. She filled out the FOIA request and Correction Officer █████
█████ took custody of Valarie Espinoza. She was transported and booked without
incident. No further action taken by this officer, case is closed.

***Ext. doc. occ report [PDF, 153.57 KB]:***

Incident: BO21060562 Contempt Of Court [90Z] @05/10/2021 11:08 (159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)) (Individual had court and was found to be in cont T210133067 [Appr NR - Closed] Due: 05/11/2021 11:41 ███████ - 

Task: >#██ ███████ [Low] BO21060562 Contempt Of Court [90Z] @05/10/2021 11:08 (159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCA

Author: #██ ████████                     Report time:    05/10/2021 15:42
Entered by: #██ ████████                  Entered time:   05/10/2021 15:42

Person: ESPINOZA, VALERIE VANAYA ███████ ████  F (████████████ MESCALERO, OTERO NM USA 88340 (WHITE MOUNTAIN SUB DIVISION) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) ) DL:NM:█████████

Address: 159 DEER TRAIL, MESCALERO, OTERO NM USA 88310 (MESCALERO APACHE COURT) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)

Vehicle:
Officer: #██ ████████
Remarks:

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

EDDIE MARTINEZ,                           CAUSE NO. <u>DV-2021-0038</u>

VS.                                       JAIL COMMITMENT ORDER

VALERIE ESPINOZA,

          Defendant.

---

To: LINCOLN COUNTY DETENTION CENTER
Attn: Detention Officer

You are hereby instructed to enforce the provisions of this Order and take VALERIE ESPINOZA , Defendant into your custody as provided by Mescalero Apache Tribal Code §2-2-7.

It is hereby ordered that VALERIE ESPINOZA is committed to the above named Adult Correction Center to serve a term of **90 DAYS IN JAIL MANDATORY OR UNTIL WRITTEN NOTICE IS RECEIVED FROM MESCALERO TRIBAL COURT:**

- **CONTEMPT OF COURT**

It is further Ordered that the following conditions apply:

- **MUST HAVE A MENTAL HEALTH EVALUTATION DONE THE FIRST 72 HOURS**

So Ordered this 10TH day of MAY, 2021.

_____
Judge, Mescalero Apache Tribal Court

**IN THE MESCALERO APACHE TRIBAL COURT**
**FOR THE MESCALERO APACHE TRIBE**
**MESCALERO, NEW MEXICO**

| | | |
|---|---|---|
| EDDIE MARTINEZ, | ) | |
| Petitioner, | ) | **CASE No.:    DV-2021-0038** |
| | ) | |
| VS. | ) | **COMPETENCE AND** |
| | ) | **RESIDENTIAL MENTAL HEALTH** |
| VALERIE ESPINOZA, | ) | **TREATMENT OF ADULTS,** |
| Respondent. | ) | **INVOLUNTARY EMERGENCY** |

**THIS MATTER** having come before the Tribal Court on Monday, May 10, 2021, with the Petitioner Eddie Martinez present and pro se, and the Respondent Valerie Espinoza present and pro se, and the Court having heard the evidence and reviewed the file; and not being able to complete the hearing due to the Respondent having a complete and full emotional break-down, the Court does hereby FIND:

1. The Court has subject matter and personal jurisdiction over the parties in the above entitled case, pursuant to MATC §2-1-1, Jurisdiction.

2. The Respondent had been held in contempt six (6) times, as she was mocking the Court, would not allow the Judge to finish explaining points of law; and finally turned to the Petitioner and started screaming at him.

3. It is well known, as the Respondent, on her Facebook Page talks about her smoking "pot," continually, for which the Court is not sure if the Respondent is *competent* enough to understand the judicial proceedings; and she continually talks about her "bio" father, the Petitioner in the case at hand, and there are serious issues concerning that relationship and many of her other relationships.

4. Therefore, pursuant to MATC §25-1-3, Competence; must and shall be admitted and must receive a mental and emotional health evaluation for competency.

5. Therefore, pursuant to MATC §25-1-4, Residential Mental Health Treatment of Adults, Involuntary; EMERGENCY; whereas the Respondent did have a break-down and screamed at the Judge and the Petitioner, and the Court had to halt proceedings.

6. That upo  from being released from the mental health evaluation, the Respondent shall serve 90 days at Lincoln County Detention Center.

7. AT NO TIME IS THE RESPONDENT ALLOWED TO ACCESS ANY SOCIAL MEDIA, CELL PHONE, OR ANY OTHER DEVICE THAT SHE CAN ACCESS THE INTERNET.  This is for the entire time that Respondent is under mental health evaluation or at LCDC.

**NOW THEREFORE BE IT ADJUDGED, DECREED AND ORDERED** that the Respondent shall be on a 72-hour hold for the mental health evaluation under competency and then shall serve 90 days at Lincoln County Detention Center, for which the BIA-OJS Law Enforcement shall and must handle all transportation of the Respondent.

**SO ORDERED THIS** \_\_\_10^{th}\_\_\_ **DAY OF MAY, 2021.**

Debra S. Doll, Esq., LLM
Chief Judge, Mescalero Apache Tribal Court

Page **2** of **2**

EM v Valerie Epinoza  Commitment Order  05.10.2021

IN THE MESCALERO APACHE TRIBAL COURT
FOR THE MESCALERO APACHE TRIBE
MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| SHARON SCOTT, | ) | |
|                 Petitioner, | ) | Cases No.:    DV-2021-0044 |
| VS. | ) | |
| | ) | |
| VALERIE ESPINOZA, | ) | |
|                 Respondent. | ) | |
| ———————————— | ) | |

## EX-PARTE TEMPORARY RESTRAINING ORDER

**THIS MATTER** having come before the Mescalero Apache Tribal Court on the Petitioner's filed Complaint containing allegations of slander, libel and defamation, on May 12, 2021, and concerning the above named persons, and the Court being duly advised and having reviewed the file, does hereby FIND:

1. The Mescalero Apache Court does have personal and subject matter jurisdiction over this parties, pursuant to Mescalero Apache Tribal Code §2-2-1, and §30-2-1; and

2. Having considered the Complaint, the Court finds probable cause to believe that there is a need to assure the Petitioner and her family must be free from slander, libel and defamation, from the Respondent Mark Hicks, regarding the postings on Facebook. This includes any other social media, or through texts, posted signs, or actual physical violence; and there is good cause to issue an Ex-Parte Temporary Restraining Order until this matter is heard with both parties present and having the opportunity to testify.

3. Under MATC Chapter 30, Section2, et. al., a prescribed remedy for retraining orders for domestic violence cases exists. However, since October 11, 2016, the codification of Chapter 30 has seen an expansion of use by non-family members and non-intimate partners. This 'civil' use of the Chapter 30 has been accepted by the Court and the case law upholds the use thereof, as petitions have been and are still being filed for temporary restraining orders under a non-domestic violence situation. This use of Chapter 30 goes hand in hand with MATC §2-3-11, Restraining Orders and Injunctions.

4. Under MATC §2-3-11, which clearly states, "...the court may issue temporary restraining orders or permanent injunctions upon receiving evidence that there is *probable cause* that irreparable harm will occur in the absence of action by the Court." This covers slander, libel and defamation, while complimenting MATC Chapter 30, which covers more of the actual physical harm to a person,

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** an immediate Temporary Restraining Order is issued by the Court and following shall be enforced:

1. Respondent shall not and must not have ANY direct or indirect contact with the Petitioner or her family members, in any manner whatsoever; and

2. Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the Petitioner or her family,* including, but not limited to:

    a. Petitioner's place of work, located at the Tribal Administrative Building; or

    b. Petitioner's family workplace (even if off Reservation); or

    c. children's school; or

    d. the Petitioner's home, located in Tularosa, or any please that she or her family is staying.

    e. Respondent shall not and must not contact the Petitioner or her family, in person, by telephone, text or third party.

3. **Respondent is not to abuse, threaten, or intimidate or commit any violence against the Petitioner or her Family, either in-person, in writing, by email, or by using a cell phone, texting, or by using any social media, including FaceBook, or any other social media networks AND must stop using any language that is aggressive or inflammatory, comments about employment actions or accuse the Petitioner of any crimes whatsoever. This type of behavior threatens the good name, position, work and licensure of the Petitioner.**

4.  This matter shall and must be set for hearing no later than May 28, 2021; as notice must be sent to Respondent AND the Respondent must respond within 10 days, which is by May 24, 2021.

**THIS TEMPORARY RESTRAINING ORDER <u>REMAINS IN FULL FORCE AND EFFECT</u> PENDING A HEARING ON THE MATTER. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.**

SO ORDERED THIS 13th DAY OF MAY, 2021.

_____

Debra S. Doll, Esq., LLM
Chief Judge, Mescalero Apache Tribal Court
Mescalero Apache Tribe

**CERTIFICATE OF SERVICE**

I, ___ILENA ALLARD___, Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the ___13___ day of ___MAY___, 2021; via United States Postal Service (USPS), CERTIFIED MAIL, AND by Process Server, to the Petitioner and the Respondent.

_____
Clerk of the Mescalero Apache Tribal Court

IN THE MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

Served to:                                          Date/Time:

Mailing Address:

**THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING**
**MAKE SURE ADDRESS PROVIDED IS CURRENT**

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

(X)    I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

( ) I intend to file Criminal Charges.          ( ) Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

(X)    That the Respondent not harass me, threaten me or commit any further abuse against me;

( )    That the Respondent leave my place of residence located at:

_____ ;

(X)    That the Respondent stay 100 yards away from the following:

Place of residence located at: _102 SIERRA BLANCA, TULAROSA, NM 88352_ ;

Place of employment locate at: MESCALERO APACHE TRIBAL ADMINISTRATION _108 CENTRAL AVENUE, MESCALERO, NM 88340_ ;

School: _____ ;

Childcare (if applicable): _____ ;

Other: _IMG - 269 CARRIZO CANYON RD, MESCALERO, NM 88340_ ;

(X)    Order the Respondent not contact me in person, by telephone and/or third party;

( )    That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

( )    That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence. *(This applies ONLY if the Petitioner chooses to vacate the residence)*

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

(x)   AND any other such relief necessary: (Give description)

CEASE ANY RECORDED VIDEOS, WRITTEN POSTS, OF
ANY REFERENCE TO ME BY NAME OR PROFESSION
ON ALL SOCIAL MEDIA (DIGITAL) PLATFORMS OR OTHER FORMS
WRITTEN OR SPOKEN.

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

_05-12-21_
Date

_[signature]_
Petitioner

_SHARON L. SCOTT_
Print Name

_____
Enrollment No.

_102 SIERRA BLANCA, TULAROSA, NM 88352_
Address

**NOTE:** If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

### MESCALERO APACHE TRIBAL COURT
### MESCALERO APACHE RESERVATION, NEW MEXICO

_SHARON L. SCOTT_
_____
Petitioner,

Cause No. _____

DV-2021-0044

Vs.

_VALERIE ESPINOZA_
_____
Respondent.

**Petition for
Protection Order**

I, _SHARON L. SCOTT_ (NOT) am an enrolled member of the _MESCALERO_ Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following: _I AM A MESCALERO APACHE TRIBE EMPLOYEE._

1. The Respondent is ( ) my spouse ( ) ex-spouse ( ) boy/girlfriend ( ) family member
(X) other: _MAT MEMBER_

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available): _Slanderous, libelous per se commentary via cyberbullying_

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you: _04-30-21 - Showed up at my place of employment raging against white people taking her money and demanding it be returned._

4. Respondent and I have been involved in the following Court cases: _N/A_

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child) _N/A_

6. The Respondent ( ) has or ( ) has not abused the children.

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

ESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

SHARON L. SCOTT
_____
Complainant/Petitioner(s),

Vs.

VALERIE ESPINOZA
_____
Respondent.

Cause No. _____

DV-2021-0044

Enrollment No. _____

Address  11 GOAT SUMMIT DR.
_____
MESCALERO, NM 88340

I, _____SHARON L. SCOTT_____, the complainant in this cause state that the following
statement(s) is/are true and correct to the best of my knowledge and belief:

Valerie Espinoza began posting libelous/slanderous per se, inflammatory,
sacist, false statements about me on her Facebook page.
These videos were then shared on the "Apache NDN" movement
page, a public page with 693 members. Ms Espinoza is a
self-proclaimed marijuana smoker and this, coupled by her
false and agitated iterations posed a threat to my
professional integrity as an accountant, coupled with
my physical safety when she showed up at my
place of employment on 04-30-21 raging against white
people taking her money (see videos p.28 through 38 w/
transcribed commentary and links.)

_____
Signature of Complainant/Petitioner

Date:  05-12-21
_____

Print Name  SHARON L. SCOTT

Enrollment No. _____

Address  102 SIERRA BLANCA
_____
TULAROSA, NM 88352

Mescalero Tribal Court (2018)      PO Box 227 / 159 Deer Trail      Mescalero, NM 88340

IN THE MESCALERO APACHE TRIBAL COURT
FOR THE MESCALERO APACHE TRIBE
MESCALERO, NEW MEXICO

ROBERTA  FRIZZELL,                          )
                              Petitioner,    )         Cases No.:      DV-2021-0043
VS.                                          )
                                             )
VALERIE ESPINOZA,                            )
                              Respondent.    )
_____      )

## EX-PARTE TEMPORARY RESTRAINING ORDER

**THIS MATTER** having come before the Mescalero Apache Tribal Court on the Petitioner's filed Complaint containing allegations of slander, libel and defamation, on May 11, 2021, and concerning the above named persons, and the Court being duly advised and having reviewed the file, does hereby FIND:

1.  The Mescalero Apache Court does have personal and subject matter jurisdiction over this parties, pursuant to Mescalero Apache Tribal Code §2-2-1, §2-3-11 and §39-2-1; and

2.  Having considered the Complaint, the Court finds probable cause to believe that there is a need to assure the Petitioner and her family must be free from slander, libel and defamation, from the Respondent Mark Hicks, regarding the postings on Facebook. This includes any other social media, or through texts, posted signs, or actual physical violence; and there is good cause to issue an Ex-Parte Temporary Restraining Order until this matter is heard with both parties present and having the opportunity to testify.

3.  Under MATC Chapter 30, Section2, et. al., a prescribed remedy for retraining orders for domestic violence cases exists. However, since October 11, 2016, the codification of Chapter 30 has seen an expansion of use by non-family members and non-intimate partners. This 'civil' use of the Chapter 30 has been accepted by the Court in the past and the case law upholds the use thereof, as petitions have been and are still being filed for temporary restraining orders under non-domestic violence situations. This use of Chapter 30 goes hand in hand with MATC §2-3-11, Restraining Orders and Injunctions.

R Frizzell v. V Espinoza  TRO  05.13.2021

1

9.    Under MATC §2-3-11, which clearly states, "...the court may issue temporary restraining orders
or permanent injunctions upon receiving evidence that there is *probable cause* that irreparable harm
will occur in the absence of action by the Court." This covers slander, libel and defamation, while
complimenting MATC Chapter 30, which covers more of the actual physical harm to a person,

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** an immediate
Temporary Restraining Order is issued by the Court and following shall be enforced:

1.    Respondent shall not and must not have ANY direct or indirect contact with the Petitioner or her
family members, in any manner whatsoever; and

2.    Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the
Petitioner or her family*, including, but not limited to:

      a.    Petitioner's place of work, located at 124 Chiricahua Plaza or Inn of the Mountain
      Gods when the Petitioner is working; or

      b.    Petitioner's family workplace (even if off Reservation); or

      c.    children's school; or

      d.    the Petitioner's home, located at 632 White Mountain Drive., Mescalero, New Mexico,
      or where the Petitioner and her family is staying; or

      e.    Respondent shall not and must not contact the Petitioner or her family, in person, by
      telephone, text or third party.

3.    **Respondent is not to abuse, threaten, or intimidate or commit any violence against the
Petitioner or her Family, either in-person, in writing, by email, or by using a cell phone,
texting, or by using any social media, including FaceBook, or any other social media networks
AND must stop using any language that is aggressive or inflammatory, comments about
employment actions or accuse the Petitioner of any crimes whatsoever.**

4.    This matter shall and must be set for hearing no later than May 28, 2021; as notice must be sent
to Respondent AND the Respondent must respond within 10 days, which is by May 24, 2021.

2

F. Frizzell v. V Espinoza  TRO  05.13.2021

THIS TEMPORARY RESTRAINING ORDER REMAINS IN FULL FORCE AND EFFECT PENDING A HEARING ON THE MATTER. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.

SO ORDERED THIS 17th DAY OF MAY, 2021.

Debra S. Doll, Esq., LLM
Chief Judge, Mescalero Apache Tribal Court
Mescalero Apache Tribe

CERTIFICATE OF SERVICE

I, _____, Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the _____ day of _____, 2021; via United States Postal Service (USPS), CERTIFIED MAIL, AND by Process Server, to the Petitioner and the Respondent.

_____
Clerk of the Mescalero Apache Tribal Court

3

R Frizzell v. V Espinoza  TRO 05.13.2021

## MESCALERO APACHE TRIBAL COURT
## MESCALERO, NEW MEXICO

ROBERTA FRIZZELL,                                CAUSE NO: **DV-2021-0043**
        Petitioner,

VS.                                                               CIVIL MATTER

VALERIE ESPINOZA,
        Respondent.

## NOTICE OF HEARING

TO: **MARK HICKS,**   ☐ Petitioner   ☐ Respondent   ☒ Lay Advocate   ☐ Other Party

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **Thursday, July 8, 2021** at the hour of **4:00 PM** located at **159 Deer Trail, Mescalero, NM,** Mescalero Tribal Court House.

### FAILURE TO APPEAR MAY RESULT IN AN ORDER
### TO SHOW CAUSE ISSUED.

INSTRUCTIONS TO PARTIES:
1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES
3. Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the court room.
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**
6. **MUST PROVIDE NEGATIVE COVID-19 TEST OR VACCINATION CARD**

Dated this **11th** day of **JUNE, 2021**.

                              *Mary Tsinnijinnie*
                          Mescalero Tribal Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____     Date/Time: _____

Mailing Address: _____

### **THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING**
### **MAKE SURE ADDRESS PROVIDED IS CURRENT**

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## **COVER SHEET**

Type of Case: _____ _ _ _

NAME OF PETITIONER(S): Roberta Frizzell _____

Social Security Number or Tribal Census Number: 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 ___

Telephone Number or Message Number: 575-937-2953 ___

MAILING ADDRESS: 682 White Mnt. Dr. Mescalero, NM 88340

RESIDENTAL ADDRESS: 682 White Mnt. Dr. Mescalero, NM 88340

PLACE OF EMPLOYMENT: USPS _____ _

_____

NAME OF RESPONDENT(S): Valerie Espinosa _____

Social Security Number or Tribal Census Number: _____

Telephone Number or Message Number: ___ ___ ___ ___

MAILING ADDRESS: 31 Goat Summit Dr. Mesc. NM 88340

RESIDENTAL ADDRESS: 31 Goat Summit Dr. Mesc. NM 88340

PLACE OF EMPLOYMENT: _____ _ _

_____

This information is necessary to process your case, and will remain confidential. If a civil action, the Court will collect the cost for mailing, to mail the complaint to the respondent by certified mail. A copy of the Affidavit, Petition, and all required documents are to be attached herein.

Thank you for your understanding: The Mescalero Tribal Court

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

Roberta Frizzell
**Complainant/Petitioner(s),**

Cause No. _____
DV-2021-0043

Vs.

Valerie Espinosa
**Respondent.**

Enrollment No. _____

Address _____

_____

I, Roberta Frizzell _____, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

I would like for Valerie Espinosa to stop the malicious gossip & cyber bullying she has been spewing on her facebook page. Her lies and gossip could adversely effect my employment with the USPS and the Inn of the Mountain Gods. I have a contract with the postal service that I have done for almost 37 years. I have had a job as usher for IMG concerts for more than 4 years. My length of time at my jobs speaks for my work ethic. She has been aggressive toward me online and in person. She even threw a pen at me when I delivered a certified letter to her. (4-27-21)

Roberta Frizzell
**Signature of Complainant/Petitioner**

Date: 5-11-21 _____

Print Name Roberta Frizzell

Enrollment No. _____

Address 082 White Mnt Dr,
Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT

MESCALERO APACHE RESERVATION, NEW MEXICO

FILED IN
TRIBAL COURT
'21 APR 1 P 4: 13

_Roberta Frizzell_
Petitioner,

Cause No. _DV-2021-0043_

Vs.

_Valerie Espinosa_
Respondent.

**Petition for
Protection Order**

I, _Roberta Frizzell_ ~~am an enrolled member of the~~ affiliate _Mescalero_ Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ( ) my spouse ( ) ex-spouse ( ) boy/girlfriend ( ) family member (X) other: _resident on my mail route_

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available):

   ---

   ---

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you:

   ---

   ---

4. Respondent and I have been involved in the following Court cases:

   ---

   ---

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child)

   ---

   ---

6. The Respondent ( ) has or ( ) has not abused the children.

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

( )    I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

( ) I intend to file Criminal Charges.        ( ) Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

(X)    That the Respondent not harass me, threaten me or commit any further abuse against me;

( )    That the Respondent leave my place of residence located at:

_____ ;

(X )    That the Respondent stay 100 yards away from the following:

Place of residence located at: 682 White Mnt. Dr. _____ ;

Place of employment locate at: USPS - 124 Chiricahua Plaza _____ ;
                               Inn of the Mnt Gods oLiving Concerts

School: _____ ;

Childcare (if applicable): _____ ;

Other:_ _____ ;

(X)    Order the Respondent not contact me in person, by telephone and/or third party;

( )    That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

( )    That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
       *(This applies ONLY if the Petitioner chooses to vacate the residence)*

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

( )    AND any other such relief necessary: (Give description)

_____

_____

_____

_____

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

5-11-21
Date

Roberta Frizzell
Petitioner

Roberta Frizzell
Print Name

_____
Enrollment No.

682 White Mnt. Dr.
Address    Mescalero, N.M. 88340

**NOTE:** If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

| | |
|---|---|
| **MESCALERO APACHE TRIBE,** | **CAUSE NO. <u>CR-2021-0167</u>** |
| **VS.** | |
| | **CRIMINAL SUMMONS** |
| **VALERIE VANAYA ESPINOZA,** | |
| **Defendant.** | |

A complaint has been filed against you in this Court. You are charged with the following offense(s): 10-1-7, DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT, in violation of the Mescalero Apache Tribal Code.

**THEREFORE:** You are directed to appear in the Mescalero Apache Tribal Court, 159 Deer Trail, to enter a plea for the above charge(s) at arraignment proceedings.

**DATE:** MONDAY, MAY 17, 2021

**TIME:** 1:30PM   *(Please arrive 15 minutes prior to your scheduled hearing)*

FAILURE TO APPEAR SHALL RESULT IN ISSUANCE OF A WARRANT FOR YOUR ARREST.

MUST CONTACT THE PUBLIC DEFENDER'S OFFICE, 464-9213 UPON RECEIPT OF THIS NOTICE

MUST SUBMIT A NEGATIVE COVID-19 TEST DATED 5 DAYS PRIOR TO SCHEDULED HEARING OR PROVIDE A VACCINATION CARD

**<u>MARY TSINNIJINNIE</u>**
**<u>COURT CLERK</u>**

---

**RETURN OF SERVICE:**

I declare under penalty of perjury that I have served a copy of this summons to the defendant on this _____ day of _____, 20___.

_____
Signature

_____
Process Server

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

2021 MAY 19 P 2: 16

MESCALERO APACHE TRIBE,

                Plaintiff,

v.

CAUSE NO: CR-2021-0167

**VALERIE VANAYA ESPINOZA,**

                Defendant.

## JUDGMENT AND DISPOSITION ORDER - ARRAIGNMENT

THIS MATTER came before the court on a scheduled criminal arraignment and the Defendant appeared ☐Pro Se ☒with counsel **KERIANA BARCUS**. The Tribe ☒did ☐did not appear by and through **GRAHAM LEACH**. The court on open record read the Defendant their rights ☒Y☐N. After they acknowledged that they understood their rights, the court found probable cause and asked the Defendant to enter a plea on the following charges:

| | CHARGE | CODE | SENTENCE | PLEA |
|---|---|---|---|---|
| 1. | D L O C | 10-1-8 | 180/$500 | ☐G☐NG☐NC |
| 2. | | | | ☐G☐NG☐NC |
| 3. | | | | ☐G☐NG☐NC |
| 4. | | | | ☐G☐NG☐NC |
| 5. | | | | ☐G☐NG☐NC |
| 6. | | | | ☐G☐NG☐NC |
| 7. | | | | ☐G☐NG☐NC |
| 8. | | | | ☐G☐NG☐NC |
| 9. | | | | ☐G☐NG☐NC |
| 10. | | | | ☐G☐NG☐NC |

The court satisfied that the Defendant understood the entry of their pleas then ordered the following:

☐ **A. Bail.** After entering pleas of not guilty, the court issued the following terms:
1. Bond in the amount of $_____; and/or
2. Conditions of Release; and/or
3. Pre-Trial Services; and/or
4. Defendant showed good cause that he will return to court and not be a danger to the tribe and is hereby release on their OWN RECOGNIZANCE.

The court informed the Defendant that any violation of the terms of bail may result in contempt of court or new criminal charges filed against the Defendant.

☐ **B. Pre-Sentencing Report.** The Defendant plead guilty or no contest and the court needs more information before issuing a sentence on the matter. The Prosecutor's Office will issue a report within a week's time to collect information needed and submit a recommendation to the court. The Defendant will be subject to the terms of bail pending their next hearing unless they are remanded back into the custody of jail.

☐ **C. Sentence.** The court accepted the plea of guilty / no contest issues the sentence of:
1. Jail Term: _____; and/or
2. Probation: _____; and/or
3. Fine: _____; and/or
4. Other: _____; and/or

☐ **D. Pre-Trial Hearing.** The Defendant's plea of Not Guilty entitles them to a pre-trial hearing. The Defendant agreed to appear on the following date of _____ at _____.

☒ **E. Other:** **DEFENSE MOTIONS TO DISMISS DUE TO LACK OF PROBABLE CAUSE; PROSECUTION NO OBJECTIONS; IN THE INTEREST OF JUSTICE THE COURT SHALL GRANT THE MOTION AND DISMISS WITHOUT PREJUDICE AND CLOSE; MUST REPORT TO I.H.S. WITHIN 18 HRS UPON RELEASE FROM INCARCERATION TO BE TESTED FOR COVID-19; MUST RETEST IN 7 DAYS; MUST SUBMIT PROOF OF TESTING TO THE COURT; MUST SELF-ISOLATE FOR 14 DAYS;**

Form Approved by the Hon. H. Monteau, Chief Judge, August 2018

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

IT IS SO ORDERED BY THIS COURT ON THIS <u>19TH</u> DAY OF <u>MAY</u> <u>2021</u>

_____
Judge, Mescalero Apache Tribal Court

Form Approved by the Hon. H. Monteau, Chief Judge, August 2018

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

**MESCALERO APACHE TRIBE**                    Cause No.: CR-2021-0167
                                                            DV-2021-0038

VS.

                                                 **FINAL RELEASE ORDER**

**VALERIE VANAYA ESPINOZA,**

                Defendant.

---

TO: Detention Officer on Duty

IT IS THE FINDINGS of the Court that you are to release **VALERIE VANAYA ESPINOZA** with their personal property from the **LINCOLN COUNTY DETENTION CENTER**.

RELEASE TO: ☒ Transport Officer        ☐ Family / Friend_____

That upon release, *VALERIE VANAYA ESPINOZA* must comply with all court ordered conditions or be subject to further court action which may include additional court fines, fees and/or jail time.

FURTHER CONDITIONS OF RELEASE:
- DEFENDANT MUST CONTINUE TO FOLLOW CONDITIONS OF THE CIVIL RESTRAINING ORDER, DV-2021-0038
- MUST REPORT WITHIN 18 HRS TO IHS UPON RELEASE FROM INCARCERATION TO BE TESTED FOR COVID-19 AND RETESTED AGAIN IN 7 DAYS. MUST SELF-ISOLATE FOR 14 DAYS.
- MUST OBTAIN PROOF OF TESTING AND SUBMIT TO THE COURT
- FAILURE TO COMPLY WITH ORDER MAY RESULT IN A BENCH WARRANT ISSUED FOR YOUR ARREST AND/OR FORFEITURE OF BOND.

Failure to comply with an Order of the Mescalero Apache Tribal Court will result in an additional charge of the Mescalero Apache Tribal Code § 10-1-8; DISOBEDIENCE TO THE LAWFUL ORDERS OF THE COURT.

So Ordered this 19TH day of MAY, 2021.

_____
Judge, Mescalero Apache Tribal Court

FILED IN
THE MESCALERO APACHE
TRIBAL COURT

2021 MAY 19 P 2: 16

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

MESCALERO APACHE TRIBE,
                    **Plaintiff,**

v.

CAUSE NO: CR-2021-0167

CLERK

**VALERIE VANAYA ESPINOZA,**
                    **Defendant.**

## JUDGMENT AND DISPOSITION ORDER - ARRAIGNMENT

THIS MATTER came before the court on a scheduled criminal arraignment and the Defendant appeared ☐Pro Se ☒with counsel **KERIANA BARCUS**. The Tribe ☒did ☐did not appear by and through **GRAHAM LEACH**. The court on open record read the Defendant their rights ☒Y☐N. After they acknowledged that they understood their rights, the court found probable cause and asked the Defendant to enter a plea on the following charges:

| | CHARGE | CODE | SENTENCE | PLEA |
|---|---|---|---|---|
| 1. | D L O C | 10-1-8 | 180/$500 | ☐G☐NG☐NC |
| 2. | | | | ☐G☐NG☐NC |
| 3. | | | | ☐G☐NG☐NC |
| 4. | | | | ☐G☐NG☐NC |
| 5. | | | | ☐G☐NG☐NC |
| 6. | | | | ☐G☐NG☐NC |
| 7. | | | | ☐G☐NG☐NC |
| 8. | | | | ☐G☐NG☐NC |
| 9. | | | | ☐G☐NG☐NC |
| 10. | | | | ☐G☐NG☐NC |

The court satisfied that the Defendant understood the entry of their pleas then ordered the following:
☐ A. **Bail.** After entering pleas of not guilty, the court issued the following terms:
    1. Bond in the amount of $_____; and/or
    2. Conditions of Release; and/or
    3. Pre-Trial Services; and/or
    4. Defendant showed good cause that he will return to court and not be a danger to the tribe and is hereby release on their OWN RECOGNIZANCE.
The court informed the Defendant that any violation of the terms of bail may result in contempt of court or new criminal charges filed against the Defendant.
☐ B. **Pre-Sentencing Report.** The Defendant plead guilty or no contest and the court needs more information before issuing a sentence on the matter. The Prosecutor's Office will issue a report within a week's time to collect information needed and submit a recommendation to the court. The Defendant will be subject to the terms of bail pending their next hearing unless they are remanded back into the custody of jail.
☐ C. **Sentence.** The court accepted the plea of guilty / no contest issues the sentence of:
    1. Jail Term: _____; and/or
    2. Probation: _____; and/or
    3. Fine: _____; and/or
    4. Other: _____; and/or
☐ D. **Pre-Trial Hearing.** The Defendant's plea of Not Guilty entitles them to a pre-trial hearing. The Defendant agreed to appear on the following date of _____ at _____.
☒ E. **Other:** DEFENSE MOTIONS TO DISMISS DUE TO LACK OF PROBABLE CAUSE; PROSECUTION NO OBJECTIONS; IN THE INTEREST OF JUSTICE THE COURT SHALL GRANT THE MOTION AND DISMISS WITHOUT PREJUDICE AND CLOSE; MUST REPORT TO I.H.S. WITHIN 18 HRS UPON RELEASE FROM INCARCERATION TO BE TESTED FOR COVID-19; MUST RETEST IN 7 DAYS; MUST SUBMIT PROOF OF TESTING TO THE COURT; MUST SELF-ISOLATE FOR 14 DAYS;

Form Approved by the Hon. H. Monteau, Chief Judge. August 2018

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

IT IS SO ORDERED BY THIS COURT ON THIS <u>19TH</u> DAY OF <u>MAY</u> <u>2021</u>

_____
Judge, Mescalero Apache Tribal Court

Form Approved by the Hon. H. Monteau, Chief Judge, August 2018

Scientific Laboratory Division
1101 Camino de Salud, N.E.
Albuquerque, NM 87102
(505) 383-9000

CAP: 6694801
NPI: 1548488414



| | | |
|---|---|---|
| **LIMS Report #:** 1247261 | **Patient:** | VALERIE ESPINOZA |
| | | 575-973-3256 |
| | | 11 GOAT SUMMIT DRIVE |
| | | Mescalero, NM, 88340 |
| **Provider:** LINCOLN COUNTY DETENTION CENTER | **Submitter Code:** | LCDC339 |
| MEDICAL DEPARTMENT | **Patient Id:** | 2021000194 |
| 511 HANGER LANE | **Date of Birth:** | 8/26/1979 |
| PO BOX 339 | **Social Security #:** | ***-**-3385   **Gender:** Female |
| Carrizozo, NM 88301 | **Clinician Name:** | VIOLA GOMEZ |
| | **User Code:** | 51000 |

| | | | |
|---|---|---|---|
| **Sample #:** | 2021116379 | **Date Collected:** | 5/18/2021  3:00 |
| **Source:** | Not Given | **Date Received:** | 5/19/2021  9:50 |
| **Specimen Condition:** | Cold | **Date Reported:** | 5/19/2021 |
| **Additional Info:** | EXPEDITE: CONTACT POSITIVE | | |
| **Specimen Note:** | | | |

| Test | Result | Date Approved | Technician |
|---|---|---|---|
| TaqPath COVID-19 Combo RT-PCR | Not Detected | 5/19/2021 | SF |

**REFERENCE (NORMAL) RANGE:** Not Detected

**INTERPRETIVE CRITERIA:**
**Positive:** Positive SARS-CoV-2.
**Inconclusive:** SARS-CoV-2 Inconclusive.
**Not Detected:** SARS-CoV-2 Not Detected
**Invalid** Specimen quality control failed.
**INTERPRETIVE DATA:**
Healthcare provider data sheet is available at <https://www.fda.gov/media/136111/download>.
Patient data sheet is available at <https://www.fda.gov/media/136154/download>.
False negative results may arise from improper specimen collection or degradation of the viral RNA during shipment/storage.
The TaqPath RT-PCR COVID-19 kit cannot rule out diseases caused by other bacterial or viral pathogens and should not be used as the sole basis for treatment or other patient management decisions.
Variant sequences may occur in new strains of the coronavirus.  These may not be detected by this assay even though the targeted gene is present.
This assay includes a control reaction that detects inhibition of the real-time PCR reaction, but it does not assess the quality of specimen collection.  If the quality of specimen collection is suspected, please collect another specimen.

**Final**

**Print Date:**  5/19/2021

Eastern New Mexico Medical Center

405 West Country Club Rd.

Phone: (575) 622 - 8170

**\*All Meds should be taken as prescribed. Contact your Physician before stopping any Meds.**
Patient Name: ESPINOZA,VALERIE          Account#: V023426141      Unit#: M0202055

Room & Bed: 604-01                      Location: PSY            Birthdate:
08/26/79
Admission Date: 05/12/21                Patient Status: ADM IN

## *Visit Information*
**Reason for Visit:** UNSPECIFIED MOOD PSYCHOSIS

**Allergies/Adverse Drug Reactions:**  Penicillins
 STAR FRUIT

**Discharge Disposition:** 01-HOME,SELF-CARE,NSG HOME RES

**Medical Problems**
  Unspecified psychosis

**Care Team Members**
 NO PCP, PRIMARY CARE PHYSICIAN
 TRUETT MADDOX, MD, ADMITTING, PSYCHIATRY, 624-8700
 TRUETT MADDOX, MD, ATTENDING, PSYCHIATRY, 624-8700
 DAVID FARKAS, MD, EMERGENCY, EMERGENCY MED, 624-8766

## *Provider Instructions & Follow up Orders*
**Care Plan & Procedures**
**PROBLEM #1:** ineffective individual coping
**Plan:**
follow up with outpatient services, obtain prescriptions as ordered,
utilize positive coping skills to aid in prevention of relapse
**Goal:**
participate in outpatient therapies take medication as directed.

**Referrals**
Psychiatry
Service Date: 05/21/21
Notes:
 Pt. scheduled with an appointment for
 aftercare with Indian Health Services,
 318 Abalone Loop,
 Mescalero NM, 88340, ph: 575-464-4441 on
 May 21, 2021 at 2:30 pm for therapy.
 Discharge documentation needs to be
 faxed to 575-464-4814.

Othr:Specify in Note
Service Date: 05/25/21
Notes:
 Pt. scheduled with an appointment for
 aftercare with Indian Health Services,
 318 Abalone Loop,
 Mescalero NM, 88340, ph: 575-464-4441 on

Eastern New Mexico Medical Center

405 West Country Club Rd.

Phone: (575) 622 - 8170

**\*All Meds should be taken as prescribed. Contact your Physician before stopping any Meds.**
Patient Name: ESPINOZA,VALERIE          Account#: V023426141      Unit#: M0202055

Room & Bed: 604-01                      Location: PSY          Birthdate:
08/26/79
Admission Date: 05/12/21                Patient Status: ADM IN

May 25, 2021 at 9:30 am for medication
mgmt. with Dr. Storm. Discharge
documentation needs to be faxed to
575-464-4814.

Medication Instructions
**You have received the following New Prescriptions:**

| | | | | |
|---|---|---|---|---|
| Gabapentin (Gabapentin) 600 MG TAB | Dose: 600 MILLIGRAM | ORALLY, BEDTIME | Qty: 30 Refills: 1 | Sent to Pharm 1 |
| Melatonin (Melatonin) 3 MG TAB | Dose: 3 MILLIGRAM | ORALLY, BEDTIME PRN as needed for Sleep | Qty: 30 Refills: 1 | Sent to Pharm 1 |
| Risperidone (Risperidone) 1 MG TAB | Dose: 2 MILLIGRAM | ORALLY, BEDTIME | Qty: 14 Refills: 1 | Sent to Pharm 1 |

**Your List of Pharmacies**
1: Walmart Pharmacy 851, 1800 W HWY 70, RUIDOSO DOWNS, NM 88346 (575)378-5400

Additonal Information
**Patient Education:**
 Dysthymic Disorder (DC)
 Paranoid Personality Disorder (DC)
 Cannabis Abuse (DC)
 Psychotic Disorder (DC)

Compiled on 05/17/21 at 2:58pm.

```
RUN DATE: 05/17/21        Eastern New Mexico Med Ctr NUR **LIVE**                    PAGE 1
RUN TIME: 1458                 PATIENT INTERVENTION ACTIVITY
RUN USER: 0
```

```
Patient: ESPINOZA,VALERIE                                Age/Sex: 41 F
Account #: V023426141                                    Unit #: M0202055
Admit Date: 05/12/21                                     Location: PSY
Status: ADM IN                                           Room/Bed: 604-01
Attending: MADDOX,TRUETT MD
```

| Number | Description | Status | Source |
|--------|-------------|--------|--------|
| 60336  | Discharge Care Plan | A | AS |

Documented at 05/17/21 1455 by SG1

```
Cognitive Status:Appropriate              Functional Status:Appropriate for Age
PROBLEM #1: ineffective individual coping
        Plan: follow up with outpatient services, obtain prescriptions as ordered,
              utilize positive coping skills to aid in prevention of relapse
        Goal: participate in outpatient therapies take medication as directed.
PROBLEM #2:
        Plan:
        Goal:
                         === Discharge Instructions ===
Blood Pressure: 109/65  Blood Pressure Source: R arm      B/P Position: Supine
         Pulse: 67                  Pulse Type: Normal
   Temperature: 96.9                    Source: SKI
  Respirations: 18
         O2 SAT: 97      Oxygen Flow Per Minute:        O2 Therapy: Room Air
              Prescription Given: Y
Patient received the provider's current list of Medications to be continued at discharge Y
        Fall Precautions Reported    Disposition Home
                    = use F5 to access responses for vaccine queries =
   Date of Pneumococcal Vaccine          Date Pneumococcal Vaccination Declined 05/17/21
     Date of Influenza Vaccine              Date Influenza Vaccination Declined 05/17/21
                          Diet Appropriate for Age
      Activity Appropriate for Age
Remain physically active following your doctors instructions about exercise & activity.
Rest often. Anytime you become even a little tired or short  of Breath SIT DOWN & Rest.
If you have swelling in your feet & legs, keep them elevated
while sitting. Do not dangle them. Do not cross legs at feet or ankles.
Plan your activities to include rest periods. Take note of
of your breathing pattern & how well you tolerate activity.
        Bathing No Restrictions                 Incision Care Not Applicable
Be sure to schedule a follow-up appointment with your
Primary Care Physician or any Specialist as Instructed.
Take these Discharge Instructions with you when you go for your Follow-Up Appointment.
Call the Doctors Office with any problems prior to the Appointment.
Avoid people with colds & flu.
Follow-Up Appointment
        Notify Doctor:
CHF Discharge Instructions Y                WEIGHT at Discharge 0
Weigh yourself daily on the Same Scale at the Same Time of Day.
When Monitoring Your Weight, if you Notice a Consistent
Weight Gain (2 pounds in 2 days), call your doctor at once
Other Special Instructions
Smoking Cessation Information Given
                DO NOT SMOKE or use other Tobacco Products
          Tobacco is Probably the Single most Dangerous Thing you can
            Do to your Health. Nicotin robs the Heart of Oxygen and
```

```
RUN DATE: 05/17/21      Eastern New Mexico Med Ctr NUR **LIVE**              PAGE 2
RUN TIME: 1458              PATIENT INTERVENTION ACTIVITY
RUN USER: 0
```

```
Patient: ESPINOZA,VALERIE                           Age/Sex: 41 F
Account #: V023426141                               Unit #: M0202055
Admit Date: 05/12/21                                Location: PSY
Status: ADM IN                                      Room/Bed: 604-01
Attending: MADDOX,TRUETT MD
```

                    Contracts Blood Vessels, which raises Heart Rate and Blood
                                      Pressure.
                    if You Smoke or use Tobacco Products, discuss
                    Alternatives with your Doctor. The most Important thing is
                    that you Continue to try to Quit until your are Successful.
Received MANAGING HEART FAILURE Brochure        Yes
                    Received AMI Packet          Yes
                Received Stroke Packet           Yes
                          HEART FAILURE PATIENT
        Did patient have Echocardiogram
If EF is less than 40% does patient have ACEI/ARB ordered
Echocardiogram planned after discharge:            Date:            Time:
Mosby's DVT instructions given N            Mosby's Stroke Instructions given N
I have received & understand the education provided to me on
                        ANTICOAGULANT Therapy
                    Warfarin (Coumadin), Enoxaparin (Lovenox), Heparin
                    Ticagrelor (Brilinta), Rivaroxaban (Xarelto), Dabigatran (Pradaxa)
Comment
I/We understand these discharge instructions. They were
explained to me and I understand that these instructions are
necessary for the continuing medical care of patients after
      they leave the hospital. Y        Have received ALL my valuables Y
          Patient has been provided education resources? Y
(if patient/caregiver was provided education during their admission or at discharge)
        Patient has been provided summary of care? Y
            (this refers to patient's being discharged to any ambulatory
            care setting, Home Health, Rehabilitation, or long-term care
            facilities, etc...)
Patient or Responsible Person's Signature _____
                          Date 05/17/21
1st Nurse Signature _____     Date 05/17/21
2nd Nurse Signature _____     Date 05/17/21

```
                      By
          Date    Time   Monogram   Initials    Name                Nurse Type
Occurred: 05/17/21 1455   SG1       SUN.SG1     GONZALEZ,SUZETTE     RN
Recorded: 05/17/21 1457   SG1       SUN.SG1     GONZALEZ,SUZETTE     RN
Recorded at terminal: SUN.UNITSEC
```

```
RUN DATE: 05/17/21        Eastern New Mexico Med Ctr NUR **LIVE**          PAGE 1
RUN TIME: 1458                  DISCHARGE INSTRUCTIONS
RUN USER: 0
```

| Patient Name:**ESPINOZA,VALERIE** | Account NUmber: **V023426141** |

### FOR PATIENTS WITH CONGESTIVE HEART FAILURE

Finding out you have congestive Heart Failure (CHF) can be scary, but CHF just means that your heart does not pump enough blood to meet your body's energy needs. Slow blood flow causes fluid to back up, or become congested, robbing you of energy. You may feel tired, your feet and ankles swell with extra fluid and simple activities make you short of breath. There are ways to control your symptoms and enjoy your life. Proper treatment and lifestyle changes slow the advance of CHF, help you feel better, living longer and be more active.
* Activity: Moderate exercise is safe for you. Walking can improve your strength and energy level, and lift your spirits.
* Diet: Eat a low sodium (salt) diet, no more than 3,000 mg a day. (One teaspoon of table salt is equal to 2,00 mg). Follow diet plans, including limiting fluids, as prescribed by your physician
* Symptoms worsening: Consult your physician if you have or notice any symptoms worsening such as: 1. Weight gain of over 2 pounds in a day or 3 pounds a week. 2. Shortness of breath that gets worse or wakes you from sleep. 3. Swollen or puffy feet, ankles or legs 4. Dizziness or lightheadedness when you rise. 5. Feeling exhausted during routine activity. 6. Any symptom that concerns you.
* Weight monitoring: Weigh yourself each day. Consult your doctor if you have a weight gain over 2 pounds in a day or 3 pounds in a week.
* Follow-up: Keep you follow-up appointments with physicians and other health providers
* Medications: You will receive a list of medications. Take your medications as directed. Do not take any medications that your physician has stopped, or had not added to your list. Before taking over the counter drugs, consult your physician or pharacist to make sure medications do not interact.

### HEART ATTACK WARNING SIGNS

Chest discomfort. The discomfort can feel like pressure, squeezing, fullness or pain. The discomfort can last for more tha a few minutes, or goes away and comes back
Discomfort in other areas of the upper body. Can include pain or discomfort in one or both arms, the back, neck, jaw or stomach
Shortness of Breath. Occurring with or before chest discomfort.
Other Symptoms. May include breaking out in a cold sweat, nausea or light headedness. Treatments are most effective when they occur in the early stages of chest pain
Warning Signs of a Heart Attack in Women. 1. Pressure, fullness/squeezing pain in the center of chest, spreading to the neck, shoulder or jaw pain. 2. Unusual fatigue. 3. Chest discomfort with light headedness, fainting, sweating, nausea or shortness of breath 4. Unusual shortness of breath. 5. Upper abdominal pressure or discomfort. 6. Dizziness 7. Lower Chest discomfort. 8. Nausea. 9. Back pain
***If you or someone with you has one or more of these signs, DON'T DELAY! Call 911
   Do not attempt to drive yourself to the Emergency Department***

### KNOW THE SIGNS OF A STROKE

Stroke is a medical emergency. Know these warning signs of stroke and teach them to others Every seconds counts.
* Sudden numbness or weakness of the face, arm or leg, especially on one side of the body.
* Sudden confusion, trouble speaking or understanding
* Sudden trouble seeing in one both eyes.
* Sudden trouble walking, dizziness, loss of balance or coordination
* Sudden severe headache with no known cause
*** If you or someone with you has one or more of these signs, DON'T DELAY! Call 911
    Do not attempt to drive yourself to the emergency department***

```
RUN DATE: 05/17/21      Eastern New Mexico Med Ctr NUR **LIVE**           PAGE 2
RUN TIME: 1458                  DISCHARGE INSTRUCTIONS
RUN USER: 0
```

Patient Name: **ESPINOZA, VALERIE**            Account NUmber: **V023426141**

FOR PATIENTS WHO SMOKE

Why should I quit smoking cigarettes? The number one reason to quit is that it reduces your risks of dying. Death from smoking is preventable. As a smoker, your are at higher risk than a non-smoker of having heart problems and many types of cancers. This includes cancers of the lip, mouth, pharynx, esophagus, pancreas, larynx, cervix, bladder and kidney You are at higher risk of getting respiratory tract infections (colds) and life-long breathing problems such as chronic obstructive pulmonary disease (COPD). You are at higher risk for developing ulcers, cataracts, osteoporosis as well as having medical problems or dying after surgery.

Who will support me as I try to quit smoking? As you care giver for help. Ways that have been found to help include counseling (talk therapy), behavior change therapy and hypnosis Products that are available: Nicotine replacement products are also available, which include gum, skin patches, lazenges, nose sprays, inhalers and a pill. Some products are are available over the counter, while others may require a prescription.

Community Resources to Help you Quit Smoking:
 Eastern New Mexico University (Roswell Campus) - Freedom from Smoking Classes
   Jane Batson (575) 624-7233
 New Mexico Department of Health - Smoking Cessation Program for Adolescents
   Kelly Shaw (575) 258-4859
National Organization with Information on Quitting Smoking:
 American Cancer Society (800) ACS-2345, www.cancer.org
 Centers for Disease Control and Prevention, www.cdc.gov/tobacco/how2quit.htm
 National Cancer Information Service, (800) 4-CANCER (422-6237), http://cis.nci.nih.gov/
 resources/smoking.html
American Lung Association, http://cis.nci.gov/resources/smoking.html (800) Lung-USA
Cancer Information Service Quitline, www.lungusa.org  http://cis.nci.nih.gov/resources/
 smoking html (877) 44u-quit (448-7848)
Web Sites to Help People Quit Smoking:
1.123 Quit Smoking - www.123-quit-smoking.com 2.QuitSmokingSupport - www.quitsmokingsupport
3.Freedom from Smoking Online - www.lungsusa.org/ffs 4.QuitNet - www.quitnet.com
5.Nicotine Anonymous - www.nicotine-annonymous.org 6. WhyQuit - www.whyquit.com

Eastern New Mexico Medical Center
400 West Country Club Rd.
Roswell, New Mexico 88201
PHONE: 624-8753

NAME  ESPINOZA,VALERIE                          DATE ISSUED 05/13/21
      11 GOAT SUMMITT DR
      MESCALERO, NM 88340

SPECIALTY: Psychiatry                05/21/21

TO PRACTICE:

TO PROVIDER:

DIAGNOSIS:

# OF VISITS:

REFERRAL TEXT
Pt. scheduled with an appointment for
aftercare with Indian Health Services,
318 Abalone Loop,
Mescalero NM, 88340, ph: 575-464-4441 on
May 21, 2021 at 2:30 pm for therapy.
Discharge documentation needs to be
faxed to 575-464-4814.

                              ESigned After Review By
                                BLACK,STEVEN MD

```
Eastern New Mexico Medical Center
400 West Country Club Rd.
Roswell, New Mexico 88201
PHONE: 624-8753
```

NAME   ESPINOZA,VALERIE                              DATE ISSUED 05/13/21
       11 GOAT SUMMITT DR
       MESCALERO, NM 88340

SPECIALTY:  Othr:Specify In Note          05/25/21

TO PRACTICE:

TO PROVIDER:

DIAGNOSIS:

# OF VISITS:

REFERRAL TEXT
Pt. scheduled with an appointment for
aftercare with Indian Health Services,
318 Abalone Loop,
Mescalero NM, 88340, ph: 575-464-4441 on
May 25, 2021 at 9:30 am for medication
mgmt. with Dr. Storm. Discharge
documentation needs to be faxed to
575-464-4814.

                                    ESigned After Review By
                                       BLACK,STEVEN MD

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell,  New Mexico 88201**

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

Patient Name: ESPINOZA,VALERIE
Address: 11 GOAT SUMMITT DR
        MESCALERO, NM 88340

Home Phone: (575)973-3256
Other Phone: (575)973-3256
Med Rec #:
Date of Birth: 08/26/1979
Sex: F
Marital Status: MARRIED
Pregnant: Never smoker
Race: OTHER RACE
Ethnicity: HISPANIC
Language Spoken: E
Religious Affiliation: CHRISTIAN

### Next of Kin

| Next of Kin | Relationship | Address | Phone Number |
|---|---|---|---|
| ESPINOZA,IVAN | SPOUSE | 11 GOAT SUMMITT DR<br>MESCALERO, NM 88340 | (575)464-2747 |

### Healthcare Providers

| Role | Provider | Type | Phone | Organization |
|---|---|---|---|---|
| Primary Care | NO PCP | Provisional Staff | | |
| Attending | MADDOX,TRUETT MD | Staff Physician | 624-8700 | |
| Admitting | MADDOX,TRUETT MD | Staff Physician | 624-8700 | |
| Emergency | FARKAS,DAVID MD | Staff Physician | 624-8766 | |

### Visit Care Team
### For your Inpatient visit 05/12/21

| Role | Name | Primary Phone |
|---|---|---|
| Primary Care Physician | NO PCP | |
| Admitting | MADDOX,TRUETT MD | 624-8700 |
| Attending | MADDOX,TRUETT MD | 624-8700 |
| Emergency | FARKAS,DAVID MD | 624-8766 |

### Insurance Providers

| Payer | Subscriber | Guarantor |
|---|---|---|
| Name: MEDICAID<br>  Address:<br>  P.O. BOX 26500<br>  ALBUQUERQUE, NM 87125<br>  Phone: (800)299-7304 | Name: COMANCHE,VALERIE V<br>  DOB: 08/26/79<br>  Policy Number: 00003858431813<br>  Insurance Type: W<br>  Group Number: NO GROUP NUMBER<br>  Subscriber Relationship: SELF/SAME AS PATIENT<br>  Coverage Dates:<br>  Effective:01/01/21 Exp:<br>  Address:<br>  11 GOAT SUMMITT DR<br>  MESCALERO, NM 88340<br>  Phone: (575)973-3256 | Name: ESPINOZA,VALERIE<br>  Address:<br>  11 GOAT SUMMITT DR<br>  MESCALERO, NM 88340<br>  Phone: (575)973-3256 |

## Allergies, Adverse Reactions, Alerts

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell, New Mexico 88201**

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

| Allergen | Type | Severity | Reaction | Last Updated |
|---|---|---|---|---|
| Penicillins | Allergy | Unknown | HIVES | 05/12/21 |
| STAR FRUIT | AdvReac | Severe | ANAPHYLAXIS | 05/12/21 |

## Problems

| Active Medical Problem | Status | Onset Date |
|---|---|---|
| Unspecified psychosis | | |

## Current Home Medications

Medication: Gabapentin 600 MG TAB
  Dose: 600 MILLIGRAM
  Route: ORALLY
  Frequency: BEDTIME
  Quantity: 30
  Refills: 1
  Ordering Provider: MADDOX,TRUETT MD
  Order Date/Time: 05/17/21 10:27am

Medication: Melatonin 3 MG TAB
  Dose: 3 MILLIGRAM
  Route: ORALLY
  Frequency: BEDTIME PRN as needed for Sleep
  Quantity: 30
  Refills: 1
  Ordering Provider: MADDOX,TRUETT MD
  Order Date/Time: 05/17/21 10:27am

Medication: Risperidone 1 MG TAB
  Dose: 2 MILLIGRAM
  Route: ORALLY
  Frequency: BEDTIME
  Quantity: 14
  Refills: 1
  Ordering Provider: MADDOX,TRUETT MD
  Order Date/Time: 05/17/21 10:27am

## Past Home Medications
[no PAST HOME MEDICATIONS recorded]

## Advance Directives

| Directive | Response | Recorded Date/Time |
|---|---|---|
| Code Status | FULL CODE | 05/12/21 3:47pm |
| DO YOU HAVE A ADVANCE DIRECTIVE/LIVING WILL? | No | 05/12/21 5:28pm |

## Immunizations
[no IMMUNIZATIONS recorded]

## Vital Signs
## For your Inpatient visit 05/12/21

| Vital Reading | How Taken | Value | Recorded Date/Time |
|---|---|---|---|
| Temperature | Skin | 96.9 F | 05/17/21 2:55pm |

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell, New Mexico 88201**

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

| Blood Pressure: | R arm | 109/65 | 05/17/21 2:55pm |
|---|---|---|---|
| Respirations: | | 18 | 05/17/21 2:55pm |
| Pulse: | Normal | 67 | 05/17/21 2:55pm |
| O2 SAT: | | 97 | 05/17/21 2:55pm |

| Body Measurements | Value | Recorded Date/Time |
|---|---|---|
| Height | 5 ft 3 in | 05/12/21 5:28pm |
| Weight | 160 lb | 05/12/21 5:28pm |
| Body Mass Index | 28.3 kg/m2 | 05/12/21 5:28pm |

## Encounters

| Encounter | Location | Attending Provider | Date/Time |
|---|---|---|---|
| Admitted Inpatient | E. New Mexico Med Ctr | MADDOX,TRUETT MD | 05/12/21 1:25pm |

## Encounter Diagnosis
## For your Inpatient visit 05/12/21

| Diagnosis | Onset Date |
|---|---|
| Unspecified psychosis | |

## Procedures

| Procedure | Date |
|---|---|
| REMOVAL OF TONSILS | 11/15/05 |

## Diagnostic Lab Results

| Test Name | Result/Comment | Unit | Reference | Date/Time |
|---|---|---|---|---|
| Ammonia | 10 | umol/L | 7-35 | 05/14/21 6:40am |

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell,  New Mexico 88201**

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

### Patient Health Summary

| Test | Result | Units | Reference | Date |
|---|---|---|---|---|
| Coronavirus (COVID-19)(PCR) | NOT DETECTED Testing was performed using the RT-PCR Roche LIAT SARS-CoV-2 & Influenza A/B test. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). Negative tests do not preclude SARS-CoV -2, influenza A, and/or influenza B infection and should not be used as the sole basis for diagnosis, treatment or other patient management decisions. Negative results must be combined with clinical observations, patient history, and/or epidemiological information. | | NEGATIVE | 05/12/21 11:00am |
| Urine Color | YELLOW | | YELLOW | 05/12/21 10:39am |
| Urine Appearance | CLEAR | | CLEAR | 05/12/21 10:39am |
| Urine Glucose (UA) | NEGATIVE | mg/dL | N | 05/12/21 10:39am |
| Urine Bilirubin | NEGATIVE | | NEG | 05/12/21 10:39am |
| Urine Ketones | 2+ High | mg/dL | N | 05/12/21 10:39am |
| Urine Specific Gravity | 1.010 | | 1.001-1.026 | 05/12/21 10:39am |
| Urine Blood | 2+ High | | N | 05/12/21 10:39am |
| Urine pH | 6.5 | | 5-7 | 05/12/21 10:39am |
| Urine Protein | NEGATIVE | | N | 05/12/21 10:39am |
| Urine Urobilinogen | NEGATIVE | E.U./dL | NEG | 05/12/21 10:39am |
| Urine Nitrate | NEGATIVE | | N | 05/12/21 10:39am |
| Urine Leukocyte Esterase | NEGATIVE | | N | 05/12/21 10:39am |
| Urine RBC | NONE | /hpf | 0 | 05/12/21 10:39am |
| Urine WBC | 5-9 High | /hpf | 0 | 05/12/21 10:39am |
| Urine Epithelial Cells | FEW | /hpf | 0 | 05/12/21 10:39am |
| Urine Bacteria | 1+ High | | NONE | 05/12/21 10:39am |
| Urine Cocaine Metabolite | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| Urine Marijuana (THC) | POSITIVE High IF CONFIRMATION BY GC/MS IS DESIRED, PLEASE CONTACT LAB WITHIN 48 HOURS FROM THE TIME OF SPECIMEN COLLECTION | | NEGATIVE | 05/12/21 10:39am |
| Urine Opiates Screen | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| Urine Amphetamines Screen | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| Urine Barbiturates | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| Urine Benzodiazepines Screen | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| Urine HCG, Qualitative | NEGATIVE | | NEGATIVE | 05/12/21 10:39am |
| White Blood Count | 4.9 | K/mm3 | 4.5-11.0 | 05/12/21 10:06am |
| Red Blood Count | 4.9 | M/mm3 | 4.0-5.2 | 05/12/21 10:06am |
| Hemoglobin | 14.8 | gm/dl | 12-16 | 05/12/21 10:06am |
| Hematocrit | 44.2 | % | 36-46 | 05/12/21 10:06am |

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell, New Mexico 88201**

Page 5

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

| Test | Value | Units | Range | Date |
|---|---|---|---|---|
| Mean Corpuscular Volume | 90.0 | fl | 80-100 | 05/12/21 10:06am |
| Mean Corpuscular Hemoglobin | 30.1 | pg | 26-34 | 05/12/21 10:06am |
| Mean Corpuscular Hgb Concent Diff | 33.5 | g/dl | 33-36 | 05/12/21 10:06am |
| Red Cell Distribution Width | 12.0 | % | 11.5-15.3 | 05/12/21 10:06am |
| Platelet Count | 273 | K/mm3 | 130-400 | 05/12/21 10:06am |
| Neutrophils % | 54.5 | % | 40-76 | 05/12/21 10:06am |
| Lymphocytes (%) (Auto) | 35.5 | % | 40-76 | 05/12/21 10:06am |
| Monocytes (%) (Auto) | 8.0 | % | 16-47 | 05/12/21 10:06am |
| Eosinophils (%) (Auto) | 1.4 | % | 3-13 | 05/12/21 10:06am |
| Basophils (%) (Auto) | 0.4 | % | 0-5 | 05/12/21 10:06am |
| Immature Granulocyte % (Auto) | 0.2 | % | 0-2 | 05/12/21 10:06am |
| Neutrophils # (Auto) | 2.65 | K/mm3 | 0.2-0.9 | 05/12/21 10:06am |
| Lymphocytes # (Auto) | 1.73 | K/mm3 | 1.8-8.36 | 05/12/21 10:06am |
| Monocytes # (Auto) | 0.39 | K/mm3 | 0.72-5.17 | 05/12/21 10:06am |
| Eosinophils # (Auto) | 0.07 | K/mm3 | 0.135-1.43 | 05/12/21 10:06am |
| Basophils # (Auto) | 0.02 | K/mm3 | 0-0.55 | 05/12/21 10:06am |
| Immature Granulocyte # (Auto) | 0.01 Low | K/mm3 | 0-0.22 | 05/12/21 10:06am |
| Nucleated Red Blood Cells | 0.0 | % | 0.02-0.09 | 05/12/21 10:06am |
| Random Glucose | 101 | | 0-0 | 05/12/21 10:06am |
| Blood Urea Nitrogen | 11 | mg/dL | 65-105 | 05/12/21 9:38am |
| Creatinine | 0.5 Low | mg/dL | 8-21 | 05/12/21 9:38am |
| Estimated GFR/1.73 m2 | > 90 Reporting units are ml/min/1.73^2 eGFR from the CKD-EPI equation. For Afro American multiply result by 1.16. Estimations may not be accurate in patients with extremes in body mass, diet, or other conditions affecting creatinine excretion. For more information visit www.kidney.org/ professionals/KDOQI /gfr | mg/dL | 0.6-1.3 / 60 | 05/12/21 9:38am |
| Sodium Level | 141 | mEq/L | 135-145 | 05/12/21 9:38am |
| Potassium Level | 3.7 | mEq/L | 3.5-5.3 | 05/12/21 9:38am |
| Chloride Level | 105 | mEq/L | 98-112 | 05/12/21 9:38am |
| Carbon Dioxide Level | 23 Low | mEq/L | 24-31 | 05/12/21 9:38am |
| Anion Gap | 16.7 | | 5-17 | 05/12/21 9:38am |
| Calcium Level | 9.5 | mg/dL | 8.4-10.2 | 05/12/21 9:38am |
| Total Protein | 8.5 High | gm/dL | 6-8 | 05/12/21 9:38am |
| Albumin | 4.9 | gm/dL | 3.5-5.0 | 05/12/21 9:38am |
| Total Bilirubin | 0.9 | mg/dL | 0.2-1.3 | 05/12/21 9:38am |
| Aspartate Amino Transf (AST/SGOT) | 19 | IU/L | 10-42 | 05/12/21 9:38am |
| Alanine Aminotransferase (ALT/SGPT) | 18 | IU/L | 10-40 | 05/12/21 9:38am |
| Alkaline Phosphatase | 59 | U/L | 32-95 | 05/12/21 9:38am |
| Ethyl Alcohol mg/dL | < 10 Lowest level of sensitivity is 10 mg/dL | mg/dl | 0-10 | 05/12/21 9:38am |
| Thyroid Stimulating Hormone (TSH) | 0.68 | uIU/ml | 0.49-4.67 | 05/12/21 9:38am |
| Acetaminophen Level | < 10.0 Low | UC/ML | 10-25 | 05/12/21 9:38am |
| Salicylates Level | < 6 | mg/dl | 0-30 | 05/12/21 9:38am |

## Microbiology Results
[no MICROBIOLOGY RESULTS recorded]

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell,  New Mexico 88201**

**Patient Name:** ESPINOZA,VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

### Radiology Procedures
[no RADIOLOGY PROCEDURES recorded]

### Functional and Cognitive Status

| Assessment | Response | Recorded Date/Time |
|---|---|---|
| Functional Status: | Appropriate for Age | 05/17/21 2:55pm |
| Cognitive Status: | Appropriate | 05/17/21 2:55pm |

### Social History

| Smoking Status | Start Date | End Date |
|---|---|---|
| Never smoker | | |

### Family History
[no FAMILY HISTORY recorded]

### Plan of Care

| | |
|---|---|
| Discharge Date: | |
| Reason for Visit: | UNSPECIFIED MOOD PSYCHOSIS |
| Instructions/Education Provided: | Dysthymic Disorder (DC), Paranoid Personality Disorder (DC), Cannabis Abuse (DC), Psychotic Disorder (DC) |
| Prescriptions: | See Medication Section |
| Referrals: | (PSYCHIATRY) 05/21/21 Note: Pt. scheduled with an appointment for aftercare with Indian Health Services, 318 Abalone Loop, Mescalero NM, 88340, ph: 575-464-4441 on May 21, 2021 at 2:30 pm for therapy. Discharge documentation needs to be faxed to 575-464-4814. (INTERNAL MEDICINE) 05/25/21 Note: Pt. scheduled with an appointment for aftercare with Indian Health Services, 318 Abalone Loop, Mescalero NM, 88340, ph: 575-464-4441 on May 25, 2021 at 9:30 am for medication mgmt. with Dr. Storm. Discharge documentation needs to be faxed to 575-464-4814. |
| Health Concerns: | conflict with trible authorities contempt of court 90 days jail sentence will return to custody of law enforcement. she is considered competent and not a danger to hersel of others |

| |
|---|
| Care Plan and Goals: |
| See Discharge Instructions section |

**Eastern New Mexico Medical Center**
**400 West Country Club Rd.**
**Roswell, New Mexico 88201**

**Patient Name:** ESPINOZA, VALERIE
**Med Rec #:**
**Date:** 05/17/21

## Patient Health Summary

Discharge Instructions:

Care Plan & Procedures
PROBLEM #1: ineffective individual coping
 Plan:
 follow up with outpatient services, obtain prescriptions as ordered,
 utilize positive coping skills to aid in prevention of relapse
 Goal:
 participate in outpatient therapies take medication as directed.

## Discharge Summary
[no DISCHARGE SUMMARY available]

<Final Page>



**WELLNESS**

1.    When I am well, this is how I feel: (look forward to the day, don't let bad feelings ruin my day, etc.)

_Always positive, strive to be great!_

2.    When I am well, these are some of the things I do in a typical day: (visit friends, family, watch a movie, etc.)

_Clean, exercise read, watch tv w/ kids go for rides in country_

3.    When I am well, I tend to think about: (the future, how I want to spend my day, things I'm really good at, how I can control my negative thoughts, etc.)

_about my life?_

**IDENTIFICATION OF COPING SKILLS**

Identify coping skills I can name and utilize in a pending crisis:

_reading, running, walking, cooking_

Identify rewards and reasons I have to live:

_1) me    2) my kids   3) my husband   4) my family   5) LIFE_

**TRIGGERS**

**Trigger 1:** _Clean and someone makes a mess_

When this trigger happens, the best way for me to respond to the trigger is:

_ask them to clean up & I help too._

**Trigger 2:** _____

When this trigger happens, the best way for me to respond to the trigger is:

_____

**Trigger 3:** _____

When this trigger happens, the best way for me to respond to the trigger is:

_____

_VG_
Staff Initials

BH Crisis Prevention Safety Plan
BH-2801        01/13 (Rev. 10/13, 04/14)        Page 1 of 3

Eastern New Mexico Medical Cnt
ESPINOZA VALERIE  604-01
DOB: 8/26/1979  41  F  PSY-PSY        MR#: M0202055
MADDOX TRUETT                         DOS: 5/12/2021

Eastern New Mexico Medical Cnt

Patient Acct #:  V023426141        Printed on 5/12/2021

**EARLY WARNING SIGNS**

**The following are early warning signs that I need to address:**

Warning Sign 1:

*Ask everyone to clean when done*

Things I must do or coping skills to use:

*Reminders to household members*

Warning Sign 2:

Things I must do or coping skills to use:

Warning Sign 3:

Things I must do or coping skills to use:

**PENDING CRISIS**

**When things are breaking down and I am in a crisis:**

Crisis Sign 1:

*I will clean once*

Things I must do:

*exercise / run*

Crisis Sign 2:

Things I must do:

Crisis Sign 3:

Things I must do:

VG
Staff Initials

BH Crisis Prevention Safety Plan
BH-2801        01/13 (Rev. 10/13, 04/14)        Page 2 of 3

Eastern New Mexico Medical Cnt
**ESPINOZA VALERIE 604-01**
DOB: 8/26/1979  41  F  PSY-PSY        MR#: M0202055
MADDOX TRUETT                          DOS: 5/12/2021
Patient Acct #:  **V023426141**        Printed on 5/12/2021

Eastern New Mexico Medical Cnt

**SUPPORT NETWORK**

The following family members or friends have agreed to be a part of my support network and have offered help when needed:

Name: Van (spouse)      Phone #: Al (dad) _____ or _____

Name: Nora (daughter)      Phone #: _____ or _____

Name: Aydi (daughter)      Phone #: _____ or _____

**MEDICAL & MENTAL HEALTH RESOURCES**

\* **Call 911**

\* **Crisis Hotline:** _____

\* **My Psychiatrist or Therapist:** _____

| Signature/Title of Staff Who Reviewed Plan with You | Date | Time |
|---|---|---|
| *Veronica* | 5/13/21 | 2:10pm |
| Patient Signature | Date | Time |
| | 5/24 | |

BH Crisis Prevention Safety Plan
BH-2801        01/13 (Rev. 10/13, 04/14)        Page 3 of 3

Eastern New Mexico Medical Cnt
**ESPINOZA VALERIE  604-01**
DOB: 8/26/1979  41  F  PSY-PSY        MR#: M0202055
MADDOX TRUETT        DOS: 5/12/2021
Patient Acct #:  **V023426141**        Printed on 5/12/2021

Eastern New Mexico Medical Cnt

*Run By: SUN.SG1*                                                                                  *Page: 1*
*Run Date/Time: 05/17/21 @ 1458*                                                  *Patient: ESPINOZA,VALERIE*

Eastern New Mexico Medical Center
400 West Country Club Rd.
Roswell, New Mexico 88201


MEDICATION RECONCILIATION PATIENT DISCHARGE SUMMARY


| | | |
|---|---|---|
| Patient Name:  ESPINOZA,VALERIE | Unit Number:  M0202055 | Account Number: V023426141 |
| Admit Date:  05/12/21 | Discharge Date: | Patient Status: ADM IN |
| Date of Birth:  08/26/79  **Age/Sex:** 41/F | Attending/Admitting Physician: MADDOX,TRUETT MD | |

Patient Allergies:  Penicillins
Patient AdvReactions: [STAR FRUIT]

---

Start taking these medications
---

Risperidone  1 MG TAB
**2 MILLIGRAM ORALLY**
**BEDTIME, Qty = 14**
*Prescribed/Ordered By: MADDOX,TRUETT MD on 05/17/21 @ 10:26am*

Melatonin  3 MG TAB
**3 MILLIGRAM ORALLY**
**BEDTIME PRN As Needed for Sleep, Qty = 30**
*Prescribed/Ordered By: MADDOX,TRUETT MD on 05/17/21 @ 10:26am*

Gabapentin  600 MG TAB
**600 MILLIGRAM ORALLY**
**BEDTIME, Qty = 30**
*Prescribed/Ordered By: MADDOX,TRUETT MD on 05/17/21 @ 10:26am*

Last updated by: MADDOX,TRUETT                Date/Time: 05/17/21 @ 10:27am

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Valerie Espinoza
_____
Complainant/Petitioner(s),

Vs.

Misc. Tribal Court
_____
Respondent.

Enrollment No. _____

Address 159 Deer Tr.
Mesc NM 88340

Cause No. _____

I, Valerie Espinoza _____, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

I am requesting video footage from from May 16, 2021 from the outside parking lot I am requesting for my own case as well as my right. Video shows all threats made towards myself & my family while an active Restraining Order is in place by this family.

_____
Signature of Complainant/Petitioner

Date: 05 25 2021

Print Name VALERIE ESPINOZA
Enrollment No. 021662
Address 11 Goat Summit Dr
Mesc NM 88340



2021 MAY 25

# MESCALERO APACHE TRIBAL COURT
## Request for Records

Type of Case: (Please mark one)    ☑ Civil    ☐ Criminal    ☐ Children's

Docket or File #: _____

Client Name: Valerie Espinoza

Relationship to Case: ____ Petitioner  ✗ Defendant  ____ Spouse  ____ Other: _____

Address: 11 Good Summit    City: Mesc    State/Zip: NM 88340

Home Phone: 575-464-2727    Cell Phone: 5759773256

I am requesting a copy of the following:

____ Court Judgment / Order                    ✓ Audio Recording of Hearing

____ Civil Complaint / Petition                ____ Notice of Hearing / Summons

____ Criminal Complaint / Citation             ____ Notice of Appeal

____ Last Will / Testament

____ Other: Video footage from Parking lot  May 16, 2021

---

**NOTE:** A Court Clerk will review the court records for the document(s) requested. However, it may take up to five (5) days to process this request. A Clerk will contact you at the phone number listed when your request is completed.

There is a charge of **$1.00 per page**, which must be paid at the time of pick-up. Payment must be in the form of a *Money Order made payable to the Mescalero Tribal Court.*

_____    05-25-2021
Client Signature                          Date

---

## COURT USE ONLY

Date Researched: _____    Clerk: _____

Number of Pages: _____    Number of Copies: _____    Total Cost: $_____

✗ Records Not Available: OUTSIDE CAMERA FOOTAGE PURGES

____ Other: ITSELF EVERY 5 DAY. AVAILABLE TO LAW
DOES NOT HAVE AUDIO                                    Enforcement ONLY

☐ Request Granted    ✗ Request Denied    Judge: _____

## MESCALERO APACHE TRIBE
## MESCALERO, NEW MEXICO

### RESOLUTION <u>21-52</u>

**WHEREAS,** the Mescalero Apache Tribe, an Indian Tribe organized under the Indian Reorganization Act of June 18, 1934 (25 U.S.C. § 5123), and under its Revised Constitution has full power to act for the Tribe; and

**WHEREAS,** the Mescalero Apache Tribal Council has the power to act for the Tribe and to represent the Tribe in all matters under powers vested in it by Article XI, Section 1(i) of its Revised Constitution; and

**WHEREAS,** pursuant to Article XI, Section 1(p) of the Revised Constitution, the Mescalero Apache Tribal Council has the power to remove or exclude from the Reservation any non-member of the Mescalero Apache Tribe whose presence may be injurious to Tribal members or to the interests of the Tribe as determined by the Tribal Council; and

**WHEREAS,** PEDRO IVAN ESPINOZA is a non-Tribal member who has engaged in behaviors that are injurious to the Mescalero Apache Tribe and to its members; and

**WHEREAS,** the Mescalero Apache Tribal Council has determined that the continued presence of PEDRO IVAN ESPINOZA may be injurious to Tribal members or the interests of the Tribe.

**NOW THEREFORE BE IT RESOLVED,** that the Mescalero Apache Tribal Council does hereby and forever bar PEDRO IVAN ESPINOZA from the Mescalero Apache Reservation.

**RESOLUTION 21-52**            **CERTIFICATION**

The foregoing enactment of the Mescalero Apache Tribal Council is duly adopted and approved on the _____26[th]_____ day of ___May 2021___, at a legally called session of the Mescalero Apache Tribal Council, by a vote of ___6___ in favor, ___0___ opposed, ___0___ abstaining and _2_ absent at which a quorum was present and at which a majority of the members voted in favor thereof. This enactment is approved by the President of the Mescalero Apache Tribe under authority of Article XII, Section 1, of the Revised Constitution.


_____
Robert Gabe Aguilar, President


_____
Ardena Orosco, Secretary

# Incident details

U.S. Department of the Interior , Bureau of Indian Affairs

*Printed:* 05/09/2024 12:14

*Incident:* **BO21052301**

## Incident details:

| | |
|---|---|
| Report no.: | BO21090249 |
| Incident Type: | Order of Protection - Violation [999] |
| Incident time: | 06/24/2021 12:19 - |
| Reported time: | 06/24/2021 12:19 |
| Place of offence: | |
| Clearance status: | Open |
| Concluded: | No |
| Concluded date: | |
| Summary: | Complainant called for an Officer to take report on restraining order violation. Officer was advised. |
| Remarks: | |

## Associated occurrences:

## Involved persons:

- ESPINOZA, VALERIE VANAYA / Suspect / ▮▮▮▮▮▮▮ Gender: Female Tribal ▮▮▮▮ ( ▮▮▮▮▮▮ MESCALERO, OTERO NM USA 88340 (WHITE MOUNTAIN SUB DIVISION) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) ) DL:NM▮
  (Voice) (575) ▮▮▮
  (Voice) (575) ▮▮▮
- ▮▮▮▮▮▮▮ / Complainant / ▮▮▮▮▮▮▮▮▮

## Involved addresses:

## Involved comm addresses:

## Involved vehicles:

## Involved officers:

- Reporting officer / #▮▮ / BIAOJS / Police Officer / OJS DISTRICT IV - MESCALERO AGENCY (OTERO NM USA 88430 (BIA-OJS MESCALERO AGENCY) (Region: D4, State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE) (Voice) (575) 464-4511 ▮▮▮▮▮▮▮ 06/24/2021 / 20210624 --:--:--:---
- Public safety dispatcher / BIAOJS / Inactive employee / #▮▮▮▮▮▮ / 06/24/2021 / 20210624 --:--:--:---

## Involved property:

## Modus operandi:

## Reports:

### Investigation log:

| Type | Entry time | Event time | Author | Link | Log entry |
|---|---|---|---|---|---|

### General report:

| | |
|---|---|
| Incident: | BO21090249 Order of Protection - Violation [999] @06/24/2021 12:19 (Complainant called for an Officer to take report on restraining order violation. Officer was advised. ) |
| Task: | T210200116 [Init rpt - Closed] Due: 06/25/2021 12:44 ▮▮▮▮▮▮ ▮▮▮▮▮ ->#▮▮▮▮▮▮ [Low] BO21090249 Order of Protection - |

Violation [999] @06/24/2021 12:19 [Complainant called for an Officer to take report on restraining order violation. Off

Author: █████████████
Entered by: █████████████
Remarks:
Narrative:

Report time:    06/25/2021 07:52
Entered time:  06/25/2021 07:52

I was informed by dispatch ████████ from tribal administraton wished to speak to an officer about a restraining order violation.

I spoke to her and she informed me she has a restraining order against Valarie Espinoza stating she could not harass her on social media but Valarie posted a video on facebook saying various things about her and mentioning her by name the night before.

████████ told me in the video Valarie stated "she should not be there" "she is a crook along with others who run the inn" "things will change you will see" (quotes are from ████████ ████████ I did not view the video since it would require me using my personal facebook page to do so and BIA employees can not create a fake account to view videos per ████ and his supervisors.

████████ advised me Valarie did not directly contact her, come to her place or work or home and did not threaten her in the video.

████████ dropped off a copy of the restraining order which said Valarie is not to contact, abuse or harass her even on social media. Along with come to her residence, place of employment or contact her directly or indirectly via phone, text. Copy of order retained in dispatch with other orders.

It was discovered Valarie moved off the reservation to Ruidoso after her husband was banished from the reservation. I contact ████████ and informed her to also file a report with Ruidoso Police since the violation originated off the reservation.

COP ████████ advised me he will follow up with Chief prosecutor ████████ reference this case due to jurisdictional matters.

On 6/25/21 ████████ advised he is researching the jurisdictional issues and will advise us the outcome of his research. Chief ████████ informed me he had aquired a contact number for Valarie and would attempt to make contact with her via text since she did not answer his call and let me know if she would come in for an interview reference this case.

On 6/25/21 I was informed by ████ the Ruidoso Police would not take a report from her stating it was a civil matter.

On 6/25/21 I got in touch with Valarie via phone after she did not wish to come to the station to provide a statement, she informed me she did make a video and referenced ████ and stated she is aware of several restraining orders requested by ████ against different tribal members. She advised she was told by the court that there was a restraining order issued against her by ████ and she went to the court to retrieve the paperwork and they informed her it would be re-scheduled and she would be notified when the hearing is but she has not heard anything else since then. Valarie stated she has not been served a copy of the restraining order in this matter. Valarie stated she believes ████ can not obtain a retraining order against her since she is not a tribal member. Valarie believes ████ is the one in violation of the restraining order since she is the one who issues incentive and economic covid relief monies.

I asked her about the video, Valarie stated in the video she posted that "the white lady" when refering to the people issuing the checks and she is the only white lady who works there. Valarie stated she only mentioned ████ one other time in the video stating she should not be the one issuing checks if she has so many restraining orders issued against tribal members. Valarie informed me ████ has restraining orders against numerous other tribal members. Valarie informed me she no longer lives on the reservation. Valarie refused to give her address when asked. I informed Valarie I would get back in touch with her if I had further questions.

End of report.

# IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO, NEW MEXICO

**SHARON SCOTT,**                    CAUSE NO: **DV-2021-0044**

                PETITIONER

VS.

**VALERIE ESPINOZA,**

                RESPONDENT.

## PEACE BOND ORDER

**THIS MATTER** having come before the Court on July 08, 2021 by an affidavit for a Protection Order filed by the Petitioner SHARON SCOTT, a non-member of the Mescalero Apache Tribe. The Respondent VALERIE ESPINOZA is member of the Mescalero Apache Tribe. This matter was set for a hearing on July 8, 2021, @ 3:05 p.m. Both the Petitioner and Respondent were present for the proceedings and appearing pro se.

The Court has proper jurisdiction over this matter pursuant to the Mescalero Tribal Code 2-3-11 Restraining Order and Injunctions; it states the Court upon holding a hearing, may issue temporary restraining orders or permanent injunction upon receiving evidence that there is probable cause that irreparable harm will occur in absence of actions by the Court.

**THEREFORE,** it is the finding:

1. That that an EX PARTE Restraining Order was issued on May 13, 2021, and an affidavit was filed the day prior on May 12, 2021.
2. That the Petitioner: Sharon Scott requested a permanent RESTRAINING ORDER be issued against the respondent Valerie Esponoza.
3. That Petitioner: is in fear for her home, which was vandalized and an attempted break in occurred at her home in Tularosa, NM.
4. The Petitioner also testified she is in fear of her life due to the recent events on her home.
5. Most importantly, the Petitioner wanted the slander on FB to stop and her name and reputation be cleared.

6. That, the Respondent did acknowledge the FB post and did apologize to Ms. Scott and stated in was done out of frustration.

7. That, the Respondent did not wish to have a Restraining Order placed against her due to the fact it may hinder her employment search and employment.

8. That, the Respondent was informed this court hearing will recognize a traditional approach to the testimony heard today.

9. That, traditionally Native people are to respect their tribe and members (employees), this is to avoid conflict, mistrust, slander and instigating disorder within in our tribal community. This includes: bullying and hurtful comments without regard to the families and community members.

**IT IS THEREFORE ORDERED:**

1. That, a Peace Bond will be issued to cease all FB activities, slander and any harmful activities.

2. That, the Petitioner and Respondent are not to abuse, harass, threaten, or intimidate to commit any violence against each other at place of residence, in person, writing, e-mail, My Space, Facebook, or any social media/network and telephone, text of the telephone (home or cell). Petitioner and Respondent are to avoid each other at all times on or off the Mescalero Apache Indian Reservation. Failure to comply with this order will change this order to a Permanent Restraining Order.

3. It is with respect that this Judge will support both parties in their efforts to keep the peace.

**IT IS SO ORDERED THIS 8TH DAY OF JULY, 2021.**

(SEAL)

**Honorable Jennifer T. Byers**
Associate Judge, Mescalero Apache Tribe

xc:    Mescalero Police Department

BO21158955



# UNITED STATES DEPARTMENT OF THE INTERIOR
# BUREAU OF INDIAN AFFAIRS
## INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1.0

Officer:
Badge:

Report Author: APACHITO, JUSTIN

| Incident Number: BO21158955 | Incident Type: Assist to Citizen [999] | Incident Status: Closed | Source: Phone |
|---|---|---|---|

Incident Date and Time: 09/08/2021 15:12 | Incident Location: WHITE MOUNTAIN SUB DIVISION 31 GOAT SUMMIT DR, MESCALERO, OTERO NM USA 88340

Summary: caller wanted an officer for an incident that happen earlier. Officer responded and took report.

**SUSPECT/OFFENDER**

**OTHER INVOLVED PERSONS**

Involvement: PROPERTY OWNER: WITNESS
Name: DUFFY, ALAN JOSEPH    Date of Birth: ███    Sex: Male    Tribal id: ███    Deceased date: --
    Phone: --    Address: --    Driver's license: --    , --    Email: --

Involvement: COMPLAINANT
Name: ESPINOZA, VALERIE VANAYA    Date of Birth: 08/26/1979 Sex: Female    Tribal id: 02662  Deceased date: --
    Phone: --    Address: 11 GOAT SUMMIT, MESCALERO, OTERO NM USA 88340 (Region: D4,
State/Zone: NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)    Driver's license: 116109972, NM
Email: --

Involvement: WITNESS
Name: MANGAS, CARL DENNETT  Date of Birth: ███  Sex: Male    Tribal id: ███  Deceased date: --
    Phone: --    Address: 23 GOAT SUMMIT, MESCALERO, OTERO NM USA 88340 (Region: D4, State/Zone:
NM, Area: MESCALEROAGENCY, Site: MESCALEROAPACHETRIBE)  Driver's license: --    , --    Email: --

Involvement: WITNESS
Name: MANGAS, CRI CRI BRITON    Date of Birth: ███ Sex: Female    Tribal id: --    Deceased
date: --    Phone: --    Address: 23 WHITE MOUNTAIN SUB DIVISION, MESCALERO, OTERO NM USA
88340  Driver's license: ███    Email: --

**VEHICLE**

Involvement:
Make: --    Model: --    Year: --    Color: --    License: --
    State: --    VIN: --    Body style: --

Law Enforcement Sensitive
FOR OFFICIAL USE ONLY

B0211 58955

| | Involvement: | | | | |
|---|---|---|---|---|---|
| **PROPERTY** | Type: -- | Description: -- | Make: -- | Model: -- | Year: -- |
| | Color: -- | Serial #: -- | Picture: N | Remarks: -- | |

Narrative:Upon coming on duty on Sept 8th Chief Vepley informed me to follow up at 31 Goat summit on reports from Valarie Espinoza someone had driven through the yard at the residence earlier in the day.

I arrived and spoke to the resident Allen Duffy who is Valarie's father. He informed me he was not home when the incident occured but a neighbor had told him a white dodge pickup pulled into the driveway honking the horn before driving through the yard and departing.

I observed several tire tracks through the yard which Allen identified as the suspect's tires. Allen informed me he thinks the occupants were Shawnee Holmes and her husband Cameron but he could not say for sure.

Allen informed me if they did this again he would defend his property and family and was not affraid to go to prision to defend them. I informed him he needs to call us if anyone returned to the residence.

I went and spoke to a neighbor who did not wish to be identified or become involved who informed me they did not know who was driving the truck but did see it pull up to the house, honk its horn and then drive through the yard back to the street.

I Forwarded my findings to COP vepley.

| Officer Name: | Officer Signature: | Date: | Officer Unit: Region: D4 State/Zone: NM Area/Duty Station: MESCALEROAGENCY |
|---|---|---|---|
| Supervisor Name: ☑ JUSTIN APACHITO | Supervisor Signature: *[signature]* | Date: 10/8/21 | Site: MESCALEROAPACHETRIBE Place: Point: |



# MESCALERO APACHE TRIBAL COURT
## Request for Records

Type of Case: (Please mark one)    ☒ Civil    ☐ Criminal    ☒ Children's

Docket or File #: _____ 9/14/21

Client Name: Valerie Espinoza

Relationship to Case: _____ Petitioner  ✗ Defendant  _____ Spouse  _____ Other:

Address: 11 Goat Summit _____ City: Mesc  State/Zip: NM 88340

Home Phone: 464 2747 _____ Cell Phone: 973 3256

I am requesting a copy of the following:

✗ Court Judgment / Order                    ✗ Audio Recording of Hearing

_____ Civil Complaint / Petition            _____ Notice of Hearing / Summons

_____ Criminal Complaint / Citation         _____ Notice of Appeal

_____ Last Will / Testament

_____ Other: _____

**NOTE:** A Court Clerk will review the court records for the document(s) requested. However, it may take up to five (5) days to process this request. A Clerk will contact you at the phone number listed when your request is completed.

There is a charge of **$1.00 per page**, which must be paid at the time of pick-up. Payment must be in the form of a *Money Order made payable to the Mescalero Tribal Court.*

Client Signature _____     Date: 9.21.21

---

## COURT USE ONLY

Date Researched: _____     Clerk: _____

Number of Pages: _____     Number of Copies: _____     Total Cost: $ _____

_____ Records Not Available: _____

✗ Other: Judgement / Order Only. Audio-Denied due to other matters part of hearing

✗ Request Granted     ✗ Request Denied     Judge: _____

## Supplementary Incident Report

| | |
|---|---|
| **U.S. Department of the Interior , Bureau of Indian Affairs** | |
| *Printed:* | 10/08/2021 13:22 by 354 |
| *Incident:* | **BO21158955 Assist to Citizen [999] @09/08/2021 15:12** |

*Author:* #105 VEPLEY, J.
*Entered by:* #105 VEPLEY, J.

*Report time:* 09/27/2021 11:42
*Entered time:* 09/27/2021 11:42

**Report:**

In summary, on 9/8/21 at about 1205 Hours, I (James Vepley, Chief of Police, Mescalero Agency, Bureau of Indian Affairs (BIA) Office of Justice Services (OJS) law enforcement, received a message from Dispatcher Hosetosavit that Valerie Espinoza called and wanted me to call her back at (575)973-3256. I called Valerie Espinoza back and when she answered, I identified myself and office. Valerie stated she has been trying to call Dispatch and the phone lines have not been working. I told Valerie that we were aware of the phone line issue and had phone technicians working on fixing the problem. I also stated that I provided a cell phone to Dispatch for the time being and BIA Mescalero Agency posted the cell phone number on the Mescalero Apache website. Mrs. Espinoza sounded upset and stated that she wants to file a police report and have photos taken of damage done to her property. I asked what had occurred and Mrs. Espinoza stated that a white Dodge truck drove into her yard this morning and honked the horn and drove through the grass causing damage. Mrs. Espinoza stated she was told there may've been multiple vehicles that did this, but she is not sure since she does not live on the Mescalero Apache Reservation. Mrs. Espoinoza stated the address is 11 Goat Summit but we have it in our system incorrectly as 31 Goat Summit.

I asked Mrs. Espinoza who lived in the home at 11 Goat Summit and she stated her children. I asked if there was an adult at this home and Valerie stated her adult son (22 y/o) Tobias Spitty lives there. I asked if the vehicle was still there and she said no. I asked for a phone number for Tobias Spitty and Mrs. Espinoza stated that Tobias does not like law enforcement. Mrs. Espinoza stated she wanted to press charges against whoever did this because her children were there when this happened and the people that did this asked where she (Valerie Espinoza) was at. I asked Mrs. Espinoza for Tobias' phone number. She provided a phone number of 575-464-2747. I told Mrs. Espinoza that I would call her right back.

I called (575)464-2747 and a male answered. I asked if it was Tobias Spitty and he said yes. I identified myself and office. I relayed to Tobias that his Mother called Law Enforcement to report an incident this morning. I asked Tobias if he wanted to make a police report of what happened and he said no. I told him that I would come to the house and Tobias said the people that came in the truck just asked for his Mother (Valerie) and he told them she was not there and they left. I asked Tobias if he called the Police and he said no. I asked Tobias if he wanted to press charges against them and he said no. I asked Tobias if he wanted extra police patrols at the home and he said no. I told Tobias if this happened again, please call 911.

I called (575)973-3256 again and a female voice answered and I asked if she was Valerie Espinoza and she said yes. I told her that I did call her son Tobias and he does not want to press charges or make a police report. Mrs. Espinoza stated that she owned the home and wanted a police report completed. I told her that I would send a Police Officer to take a police report. At about 1400 Hours, I met with Lt. Decker and asked him to go to 11 Goat Summit to take a police report. I told him a summary of Mrs. Espinoza's complaint and I told Lt. Decker that if he saw any damaged property to take photos. Nothing follows.

**LAW ENFORCEMENT SENSITIVE (FOUO)**

M Gmail

## RE: First Contact for Service Request # 31388000 [ ref:_00Dj0GyYH._500t0sWvDA:ref ]

5 messages

---

**uspscustomersupport@usps.gov** <uspscustomersupport@usps.gov>                    Sun, Oct 17, 2021 at 12:14 PM
To: hlc52808@gmail.com <hlc52808@gmail.com>

Ms. Espinoza,

Who did you speak with if i can ask? Also, could you give more detail on the mail issue you are referring to?

Thank you
Jennifer Montez

ref:_00Dj0GyYH._500t0sWvDA:ref

---

**Prove Me Wrong W/ Vanaya** <hlc52808@gmail.com>                    Sun, Oct 17, 2021 at 10:48 PM
To: uspscustomersupport@usps.gov <uspscustomersupport@usps.gov>

Good evening,
I have had recent issues with my Tribal Government starting back in November of 2020. During this time Mrs. Frizzell has taken it upon herself to hand deliver me a Restraining Order through mail for one of our Tribal Leaders to my front door. Never in all my 20 years at my residence, has she ever done that. After, serving me my RO, she turned around and filed through my Tribal Court a Restraining Order, stating I physically harmed. She said I threw her pen back at her and it caused bodily harm. I have since went to court and had this ridiculous RO Dismissed based on too many truthful facts! Since Mrs. Frizzell has served me my court documents, my mail along with my families mail has not been delivered. I have been calling and inquiring about our mail and was not able to find out until last week. I was told that she had returned my mail, stating wrong address, undeliverable. I have contacted the ISD office, the DMV, the BIA, all for important mail they had each sent. Each reported that my mail was returned for the reasons I mentioned. Never have I been notified that I am using an incorrect address or that my mail would've been returned for any reason.
Not only myself but all the Tribal members on her route have to wait until 1800-2000 for mail sometimes. Most days you can expect mail after 1800.  Yesterday, we actually had mail
In our box. If you go back a few months or so, you can see all the mail we would receive, and now we go days without anything and all the mail we get is junk. All the junk mail is address to the same address I have always used but those are not returned.
Not only has Mrs. Frizzell violated my Rights by serving me a Tribal RO, while on the clock. She has also tried filing in My Tribal Court against me. She is not a Tribal Member and was allowed to file against all Tribal Constitutions and Tribal Codes, violating my Tribal Rights! She is breaking her oath as a Federal Postal Employee and also breaking the law, by tampering with my mail Andy families mail!
I was not satisfied with Regina Dull's response when I spoke with her. She told me to go online and do a survey.  That was it!  Then finally, after many attempts to get a hold of Paul Pantoja, I spoke with him. He also, gave me no help and told me he was the highest person to speak to regarding this matter. He then said he would, deal with this issue and Mrs. Frizzell privately. That gave me no answers regarding all my mail and why she is allowed to work so harmful against me?  Please let me know who I may speak with in regards to this harmful, illegal against me and my family!
Thank you so much for you time!
[Quoted text hidden]

---

**Prove Me Wrong W/ Vanaya** <hlc52808@gmail.com>                    Mon, Oct 18, 2021 at 10:45 AM
To: uspscustomersupport@usps.gov <uspscustomersupport@usps.gov>

[Quoted text hidden]
This is Roberta Frizzell's petition as well as our court dismissal.
APACHE TRIBAL COURT.pdf

---

**uspscustomersupport@usps.gov** <uspscustomersupport@usps.gov>                    Wed, Nov 3, 2021 at 8:20 AM
To: hlc52808@gmail.com <hlc52808@gmail.com>

Dear Ms. Espinoza

We are truly sorry for any inconvenience to you. We are doing everything we can to rectify and we thank you for your continued business.

ref:_00Dj0GyYH._500t0sWvDA:ref

---

**Prove Me Wrong W/ Vanaya** <hlc52808@gmail.com>                    Wed, Nov 3, 2021 at 7:11 PM
To: uspscustomersupport@usps.gov <uspscustomersupport@usps.gov>

My daughter now has a bench warrant because her driver's license was sent back and now we cannot locate it. I have a fine because the Colorado State sent me a ticket and it was also sent back. After all my complaints I now have mail dated back to September from the tribal Court, from the state of Colorado, my lights were disconnected because there was a past due and my food stamp card got almost $2000.00 because she keeps
Sending my replacement card back.
This is so difficult and frustrating!
[Quoted text hidden]

**Mescalero Land Recordation Office**
264 Pine Street
P.O. Box 227
Mescalero, New Mexico 88340
Phone:  (575) 464-4711
Fax:      (575) 464-4735
landoffice@matisp.net

Mescalero Land Office
*Naikéé´ya´*

Land Office
264 Pine Street
Mescalero, New Mexico 88340

October 22, 2021

To Whom It May Concern:

This letter is to verify that **Valerie Espanoza** resides at the following address:

31 Goat Summit Drive
Mescalero, New Mexico 88340

Should further information be needed, please contact our office at (575) 464-4711 ext 129 or by email:  eslandoffice@matisp.net

'Ixéhe,

Eric D. Spitty,
Section Manager
Land Recordation Office

cc:  files



MESCALERO *Apache* TRIBAL COURT



P.O. Box 227
Mescalero, New Mexico 88340
TELEPHONE: (575) 464-0414
FAX (575) 464-4863



## OATH OF OFFICE

I, <u>Valerie Espinoza</u>, do solemnly swear:

I will support the Constitution of the United States and the Constitution, By-Laws, Ordinances and customs of the Mescalero Apache Tribe;

I will maintain the respect due to the Courts of Justice and the Judicial Officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust, nor any defense except those I believe to be honestly debatable under law;

I will keep confidences in a truthful and honest manner and will never seek to mislead the Judge or Jury by false statements or actions;

I will abstain from all offensive actions and advance no fact prejudicial to the honor or reputation of a party or witness unless required by the cause of justice with which I am charged;

I will never reject the cause of the defenseless or oppressed, or delay any person's cause for profit or malice.


SO HELP ME GOD.


*(Seal)*

Signature: _Valerie Espinoza_

Date: _11 17 2021_


Administered by MATC Judge: _____    Date: _11-17-2021_

# MESCALERO TRIBAL COURT

# MESCALERO, NEW MEXICO

I, _Valerie Espinoza_ have received the new Tribal Ordinance 12-03 for Legal Representation.

I have read and understand the Mescalero Tribal Code Ordinance 12-03 and will abide the ordinance.

_Valerie Espinoza (SSE)_
_____
**Signature**

_11 / 17 21_
_____
**Date**

_____
**Judge**

_11-17-21_
_____
**Date**

## MESCALERO APACHE TRIBE - MESCALERO, NEW MEXICO

### ORDINANCE NO. 12-03

**WHEREAS,** the Mescalero Apache Tribe is an Indian Tribe organized under the Indian Reorganization Act of June 18, 1934 (25 U.S.C. § 476) and under its Revised Constitution has the power to act for the Tribe; and

**WHEREAS,** the Mescalero Apache Tribal Council has the authority to enact ordinances establishing and governing the Tribal Court pursuant to Article XI, Section 1 (p) of the Revised Constitution; and

**WHEREAS,** the Mescalero Apache Tribal Council has the duty to act in all matters that concern the welfare of the Tribe pursuant to Article XI, Section 1 (i) of the Revised Constitution; and

**WHEREAS,** the Mescalero Apache Tribal Council believes, in order to protect the rights and interest of individual parties and to preserve the reputation and integrity of the Tribal Court, that there must be a means to regulate the practice of lay advocates and attorneys before the Tribal Court; and

**WHEREAS,** currently, Chapter 13, "Admission, Practice and Discipline of Attorneys," regulates the practice of lay advocates and attorneys before the Mescalero Apache Tribal Court; and

**WHEREAS,** Chapter 13 does not adequately prescribe rules of conduct or disciplinary procedure.

**NOW, THEREFORE, BE IT ORDAINED** that, the following revisions to Chapter 13 of the Mescalero Apache Tribal Code are hereby adopted.

**BE IT FINALLY ORDAINED** that all contrary provisions are hereby repealed.

### CHAPTER 13
### ADMISSION, PRACTICE AND DISCIPLINE OF ATTORNEYS
### SECTION 1. TRIBAL MEMBER REPRESENTATION.

**13-1-1. LAY ADVOCATES.** Except as provided herein, any enrolled member of the Mescalero Apache Tribe, over the age of eighteen (18), may represent any person in any criminal or civil matter before the Tribal Court as a lay advocate.

1

**13-1-2.    CRIMINAL CASES.    A lay advocate shall be permitted to represent a criminal defendant only where such defendant has knowingly and voluntarily waived his or her right to an attorney.**

## SECTION 2. ATTORNEYS AT LAW.

**13-2-1. ATTORNEYS.** Professional attorneys may practice before the Tribal Court in criminal cases only, and where otherwise specified providing that they qualify, under the following provisions: Each attorney who wishes to practice before the Tribal Court must submit an Application to Practice to the Tribal President. Said Application shall be accompanied by Certificates from the clerks of the supreme court of any state and any federal or tribal court, certifying that said attorney is duly admitted to practice in those Courts and is in good standing before those Courts. The application shall be made under oath and shall contain the following information:

A.    The name and address of the attorney.

B.    The date of his or her admission to each and every court before which he or she is admitted to practice law.

C.    A statement that the attorney will comply with the Code of Professional Responsibility of the American Bar Association, insofar as it applies to representation in the Tribal Court, in all his or her appearances and in practicing before the Tribal Court, and in his or her dealing with clients.

D.    The attorney shall also consent to the rules of procedure of the Tribal Court and consent to the jurisdiction of the Tribal Court regarding admission, practice and discipline of attorneys appearing before the Tribal Court, as set forth in this Code and all amendments, rules and regulations enacted thereunder.

E.    A statement that the attorney will notify the Tribal Court immediately if he or she is suspended or disbarred from practicing in any federal, state or tribal court.

F.    The applicant shall submit an annual fee of Two Hundred Fifty Dollars ($250.00) which will be refunded to the applicant if his Application is denied. Said fee shall be for the practice before the Tribal Court for the balance of the calendar year in which it is submitted. Thereafter annual fees shall be payable on January 1 of each ensuing year. In the event this fee is unpaid, the attorney shall not be considered in good standing and eligible to practice before the Tribal Court.

## SECTION 3.   CODE OF CONDUCT & DISCIPLINE

**13-3-1.    QUALIFICATIONS.**

A.    Persons currently serving in the following capacities shall be prohibited from representing any party before the Court as a lay advocate or attorney: Tribal President, Tribal Vice-President, Tribal Council Member, any other elected position, Tribal Administrator, Tribal Court Judge and employee of the Tribal Court.

B.    Any former Tribal Court Judge or Court employee shall be prohibited from acting as a lay advocate or attorney in any case where he or she:

1.    Previously presided over such case; or

2

2.    Has knowledge beyond that of the public of such case.

**13-3-2. OATH OF LAY ADVOCATE OR ATTORNEY.** Prior to being admitted to practice before the Tribal Court, each lay advocate or attorney will sign the following oath administered by a Tribal Judge:

I, _Valerie Espinoza_ , do solemnly swear:

I will support the Constitution of the United States and the Constitution, By-Laws, Ordinances and customs of the Mescalero Apache Tribe;

I will maintain the respect due to the Courts of Justice and to the Judicial Officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust, nor any defense except those I believe to be honestly debatable under law;

I will keep confidences in a truthful and honest manner and will never seek to mislead the Judge or Jury by false statements or actions;

I will abstain from all offensive actions and advance no fact prejudicial to the honor or reputation of a party or witness unless required by the cause of justice with which I am charged;

I will never reject the cause of the defenseless or oppressed, or delay any person's cause for profit or malice.

SO HELP ME.

11-17-21
Date

_Valerie Espinoza_
Signature

**13-3-3.  CAUSE FOR DISCIPLINARY ACTION.** Any lay advocate or attorney who commits or is subject to any of the following acts may be subject to disciplinary action:

A.    Conviction for any of the following offenses:

    1.    A felony; or

    2.    Any other offense which may impair his or her ability to adequately and diligently represent his or her client(s) before the Tribal Court;

B.    Knowingly making a false statement of material fact to the Court;

C.    Disbarment or suspension by any federal, state or tribal court in which he or she is admitted to practice law may be subject to disciplinary action;

D.    Failure to safeguard and protect confidential client information; or

E.    Failure to competently and diligently represent the interests of his or her client(s).

**13-3-4.    COURTROOM DECORUM.** In addition to those restrictions relating to courtroom decorum listed in Section 2-3-12 of the Tribal Code, each lay advocate and attorney shall:

A.    Be punctual;

B.    Attend each scheduled hearing or other proceeding;

C.    Not leave while Court is in session, unless the Court's permission to leave has been first obtained;

3

D.    Show respect for all individuals in the courtroom;

E.    Request permission before approaching the bench;

F.    Advise clients, witnesses and other interested persons concerning rules of decorum to be observed in Court; and

G.    Rise when addressing or being addressed by the Court.

Any violation of this sub-Section may constitute cause for disciplinary action.

13-3-5.    DISBARMENT OR SUSPENSION.    Each lay advocate or attorney admitted to practice law before the Tribal Court may be permanently disbarred or suspended from practice for a stated period of time, as determined by a panel composed of the Chief Judge and the Associate Judges for any violation of this Section.

13-3-6.    HEARING.    Each lay advocate or attorney whom may be subject to disbarment or suspension shall have the right to a hearing.

A.    The Tribal Court shall provide at least five (5) days' notice of such hearing.

B.    In cases where the rights of any party before the Court or the safety or integrity of the Court is in jeopardy, the Court may issue an immediate temporary suspension pending the hearing for disbarment or suspension.

13-3-7.    APPEAL OF DECISION TO DISBAR OR SUSPEND.    Any lay advocate or attorney who has been disbarred or suspended may appeal such decision to the Mescalero Apache Tribal Supreme Court by filing an appeal within ten (10) days thereof.

A.    The lay advocate or attorney has the right to a hearing before the Supreme Court.

B.    The Supreme Court shall provide at least five (5) days' notice of such hearing.

C.    The decision of the Supreme Court shall be final.

13-3-8.    ADDITIONAL DISCIPLINARY ACTIONS. Any individual Judge, at his or her discretion, shall have the authority to verbally censure, issue a written reprimand or hold any lay advocate or attorney in contempt of Court in addition to or in lieu of disbarment or suspension for any violation hereunder.

4

**ORDINANCE 12-03**

## CERTIFICATION

The foregoing enactment of the Mescalero Apache Tribal Council is duly adopted and approved on the 22nd day of May 2012, at legally called session of the Mescalero Apache Tribal Council, by a vote of _8_ for and _0_ against, with _0_ abstaining at which quorum was present and at which a majority of the members voted in favor thereof. This enactment is approved by the President of the Mescalero Apache Tribe under authority of Article XII, Section 1, of the Revised Constitution.


_____
Frederick Chino, Sr., President


_____
Alfred LaPaz, Secretary

**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

Your record number is: **380191-GVS**

## Save report

---

# What to expect

### ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

### ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit **www.americanbar.org/groups/legal_services/flh-home** or call **(800) 285-2221**
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit **www.lsc.gov/find-legal-aid**

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call **911** and contact the police.

---

# Your submission

## Contact

### Contact information

### Your name
Valerie Espinoza

### Email address
hlc52808@gmail.com

### Phone number
15759730436

### Address
104 Maple Dr, Ruidoso, NM, 88345
-
Ruidoso, New Mexico 88345

### Are you now or have ever been an active duty service member?

No

---

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

## Location

### Where did this happen?

**Organization name**
Mescalero BIA Office

**Address**
604 Lipan Ave
-
Mescalero, New Mexico

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

National origin (including ancestry and ethnicity)
Other reason

## Date

### When did this happen?

12/10/2021

## Personal description

### In your own words, describe what happened

On 12/10/2021, BIA Officer Chama-BO21238359, attempted to issue a false bench warrant for my arrest with no evidence or proof of legal violations or law-breaking activities. Officer Chama cited, 'I am requesting a bench warrant be issued for Valerie for violating her restraining order given by the court.' signed on 12/07/2021 at 1540. The RO that was in place between Chief Conservation Officer-Tyner Cervantes and me, was issued on 04/30/2021 for a period of six months at the request of Chief Conservation Officer-Tyner Cervantes.
On 01/10/2022, a hearing was held, proceeded over by Children's Court Judge, Janice Moreno. At which time she did close the case, since the RO that was in place expired after six months, on 10/30/2021. My charges were dismissed with prejudice.
Following the court hearing, I did submit an 'Allegation of Employee Misconduct,' to the Mescalero BIA office and have never heard nor have I received any response regarding my complaint or if it was ever being processed. When I asked about my report, Dispatch Martinez, informed me that the LEA's are the ones that process the reports and dispatch does not have anything to do with that. Chief Conservation Officer, Tyner Cervantes does have a younger sister that is one of the two LEA's, and I was told she (Kara Cervantes) will be the one to process the report since the other LEA was on leave.
This was an action that could have wrongfully taken me from my children's and families lives again. If Officer Chama would have asked Chief Conservation-Cervantes for a copy or even requested a copy from the Tribal Court, this could have been avoided, saving time, money and unnecessary stress and anxiety to my family and myself. Also, avoiding the violation of my rights and my families' rights, again.



BIA-OFFICE OF JUSTICE SERVICES
DISTRICT-V
## Allegation of Employee Misconduct*

Date/Time Reported: _____

Received By: _____ In Person ☐ By Telephone ☐ Other ☐

Date/Time Occurred: Dec 07, 2021   Connecting Case Report Number: _____

Location of Occurrence  Inn of Mountain Gods, Mescalero, NM 88340

Reporting Party's Name: Valerie V. Espinoza   Sex: F   D.O.B. 08·26·79

Home Address: W-31 Goat Summit, Mesc. NM 88340   Telephone: 5759733256

Business Address: _____   Telephone: _____

Specific Allegation (Category/Type) Bench Warrant w/no crime committed

Employee(s) Named Officer Bloomquist & Officer Chama (B021238359)

Witnesses (Use reverse of form if additional space is required):

1. Name Chief Tyner R. Cervantes   Sex M   D.O.B. _____

Home Address 242 Trout Lp, Mesc. NM 88340   Telephone 5759735601

Business Address 123 Deer Tr., Mesc. NM 88340   Telephone 5754649323

2. Name Officer Rueben Peralta   Sex M   D.O.B. _____

Home Address _____   Telephone _____

Business Address 123 Deer Tr, Mescalero, NM 88340   Telephone 5754649323

3. Name Officer Bloomquist   Sex M   D.O.B. _____

Home Address _____   Telephone _____

Business Address _____   Telephone _____

I

BIA - OFFICE OF JUSTICE SERVICES
DISTRICT-V
**\*Allegation of Employee Misconduct\***



Details of allegation and/or statement of reporting party:

That on 12-07-2021, I, Valerie Espinoza was driving behind two (2) Conservation Units and one (1) BIA unit. The Law Enforcement Units stopped, @ which time I stopped to watch what was going on. I am a Mescalero Tribal Member and I was @ a Public Resort/Casino, that belongs to the Mescalero Apache. After realizing they were going to eat, I drove off.

Days later, while doing work @ the Mescalero Tribal Court, I was served Arraignment Papers for a DLOC resulting in a Bench Warrant. The Criminal Summons was false and had no evidence of any sort attached. I could not understand why a BW was issued with no evidence. I requested a court date immediatley to deal with these false, damaging, harmful and inconvenient charges.

My hearing was held January 5, 2022. At this time, the Charges were dismissed w/Prejudice.

Officer Chama made a wrong, dangerous decision when issueing a BW for a DLOC, with no Order. I understand @ that moment he may not have had access to those docs. but should have reviewed the Order he was issueing a BW on. He had three (3) days from the time of incident to the time of his dated report. I feel that Officer Chama acted on the false statements of a fellow officer which resulted in some of my clients court hearings to be rescheduled do to the seriousness of my charges. I would like for B.I.A. Officer's to follow procedure/policy before making false, sworn Statements. Attached are all docs pertaining to this wrong incident!

II

MESCALERO APACHE TRIBAL COURT 2021 DEC 13 A 7:38
MESCALERO, NEW MEXICO

Mescalero Apache Tribe
        Plaintiff,
Vs.

Cause No: CZ 2021 0446

CRIMINAL COMPLAINT

Espinoza, Valerie V
Tribal Enrollment No: 02662
Date of Birth:        08/26/1979

---

I, the Complainant in this case state that the following is true to the best of my knowledge and belief:

The Defendant committed **DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT** in violation of the Mescalero Apache Tribal Code, **10-1-7**. To wit, Any person who shall willfully disobey any order, subpoena, warrant or command duly issued, made or given by the Court, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to community service or imprisonment for a period not to exceed one hundred eighty (180) days or a fine not to exceed Five Hundred Dollars ($500.00), or both.

The said Defendant did so on or about the 7th day of Dec 2021 at the hour of 1540 within the jurisdiction of this court.

---

The facts that support this offense are as follows:
I was assisting Conservation Officer Tyner Cervantes at the Inn of Mountain Gods when a car that followed us to the back of the security office. Tyner, Officer Bloomquist, Rueben Peralta, and myself were all able to positively identify the individual as Valerie Espinoza who Tyner had a restraining order on which states Valerie must be at least 100 yards away from him at all times. Valerie was approximately 30 feet away from Tyner. She stopped and took pictures of Tyner then drove off. Tyner informed me that she wasn't supposed to be within one hundred yards of him. Valerie also posted the pictures taken of Tyner on Facebook. I am requesting a warrant be issued for Valerie for violating her restraining order given by the court.

Witnesses for the prosecution:
Complainant: Officer Chama
BO21238359
Officer Bloomquist
Tyner Cervantes
Conservation Officer Rueben
Peralta

I certify, under penalty of perjury, that I have reasonable grounds to believe, and do believe, that the above-named Defendant committed the offense stated in this Criminal Complaint, contrary to Tribal law.

_____          12/10/21
Complainant Signature                             Date

MESCALERO APACHE TRIBAL COURT

MESCALERO APACHE RESERVATION, NEW MEXICO

Valerie Espinoza
_____
Complainant/Petitioner(s),

2021 DEC 15  A 9:40

Vs.

Mesc. Apache Tribe
_____

Enrollment No. _____

Address P O Box 227,
Mescalero, NM
_____
Respondent(s).

Cause No. CR-2021-0446

_____

I, Valerie Espinoza _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Request a Immediate hearing for these dangerous charges of 10-17 DLOC

These accusations are false and are damaging to my reputation.

Date: 12·15·21

Signature of Complainant/Petitioner

Print Name VALERIE ESPINOZA

Enrollment No. 026662

Address W31 Goat Summit
Mesc. NM 88340

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

Valerie Espinoza
_____
Complainant/Petitioner(s),

Vs.

Mesc. Apache Tribe
_____

Enrollment No. _____

Address 159 Deer Tr.
Mesc. NM 88340

Cause No. CR-2021-0146

Respondent(s).

1. Valerie Espinoza _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Would like for the audio to be played during the court of April 30, 2021 w/ Judge Kanesewah, Judge Doll, Tyner Cervantes & myself, hearing. The hearing from April 30, 2021 is very important to these false charges/allegations.

Date: 12·22·21

Signature of Complainant/Petitioner

Print Name VALERIE ESPINOZA
Enrollment No. 02662
Address 11 Goat Summit
Mesc, NM 88340

IN THE MESCALERO APACHE TRIBAL COURT

MESCALERO, NEW MEXICO

TYNER CERVANTES,

With Family Members,

PETITIONER,

V.                                    CAUSE NO: DV-2021-0033

                                      DR-2021-0039

VALERIE ESPINOZA,

RESPONDENT.

## RESTRAINING ORDER

**THIS MATTER** having come before the Mescalero Apache Tribal Court, on Friday, April 30, 2021; for an ex parte temporary restraining order, filed on April 21, 2021, by the Petitioner, against the Respondent. All parties were properly served by a notice of hearing as prescribed by law. The Petitioner, a Mescalero Apache Tribal member, was present for Court, and pro se. The Respondent, also a Mescalero Apache Tribal member was present for Court, and pro se. The Mescalero Apache Tribal Court, having jurisdiction over the matter pursuant to 2-1-1. JURISDICTION; and 2-3-11. RESTRAINING ORDERS AND INJUNCTIONS. Hereby, FINDS:

1. That the Petitioner, has continued concerns for his safety and the safety of his family, and request the temporary restraining order continue for 180 days.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. That a (6) Month Restraining Order is granted against: Valerie Espinoza.

2. That Valerie Espinoza, shall not have direct or indirect contact with the Petitioner and the family, in any manner whatsoever.

3. That Valerie Espinoza, shall not go within one-hundred yards (100) of the Petitioner, including but not limited to current place of residence located at **#242 Trout Loop**

Mescalero, New Mexico 88340; 805 White Mountain Drive Mescalero, New Mexico 88340; and the Mescalero Apache Conservation Offices at 123 Deer Trail Mescalero, New Mexico 88340.

4. That Valerie Espinoza, shall not add to debt, sell, remove, hide, destroy, or damage any property/vehicles owned the Petitioner.

5. That Valerie Espinoza, is not to abuse, threaten, or intimidate to commit any violence against the Petitioner, in person, writings, email, cell phone and any social media networks.

6. This Restraining Order will become effective immediately and for the duration of (6) Months or until the next Court hearing.

7. That Tyner Cervantes, must request by affidavit one month prior to the final date of expiration of this restraining order, whether to extend this restraining order or to dismiss this restraining order.

**IT IS FURTHER ORDERED:**

1. Violation of this Restraining Order by either party will result in the prosecutorial charge of 10-1-8. DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT. Any person who shall willfully disobey any Order, Subpoena, Warrant or Command duly issued, made or given by the Mescalero Apache Tribal Court, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to labor or imprisonment for a period not to exceed one hundred eighty (180) days or a fine not to exceed Five Hundred Dollars ($500.00), or both such imprisonment and fine with costs, in extreme or habitual cases.

2. **THIS RESTRAINING ORDER REMAINS IN FULL FORCE ON AND OFF THE MESCALERO APACHE INDIAN RESERVATION. FAILURE TO COMPLY MAY RESULT IN SANCTIONS, INCLUDING JAIL.**

**IT IS SO ORDERED ON THIS 30th DAY OF APRIL, 2021.**

(Seal)

Hon. Leonard Kahesewah III

Associate Judge, (Pro-tem)

Mescalero Apache Tribe


## CERTIFICATE OF SERVICE

I __ERMA ALLARD  PUEBO__, Clerk of the Court, do hereby certify that a true and correct copy of the forgoing ORDER was sent on the __30__ day of __APRIL__ 2021 via UPS and under CERTIFIED MAIL, to the last known address of the Parties to this case.

Clerk of the Mescalero Apache Tribal Court

      CC:   none.

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

FILED IN
THE MESCALERO APACHE
TRIBAL COURT
2022 JAN -5 P 2:31

CLERK

MESCALERO APACHE TRIBE,
                    **Plaintiff,**

v.

CAUSE NO: **CR-2021-0446**

**VALERIE VANAYA ESPINOZA,**
                    **Defendant.**

## JUDGMENT AND DISPOSITION ORDER - ARRAIGNMENT

THIS MATTER came before the court on a scheduled criminal arraignment and the Defendant appeared ☒Pro Se ☐ with counsel _____. The Tribe ☒did ☐did not appear by and through **MELISSA CHAVEZ**. The court on open record read the Defendant their rights ☒Y☐N. After they acknowledged that they understood their rights, the court found probable cause and asked the Defendant to enter a plea on the following charges:

|    | CHARGE | CODE | SENTENCE | PLEA |
|----|--------|------|----------|------|
| 1. | DISOBEDIENCE TO LAWFUL ORDERS OF THE COURT | 10-7-1 | 180/$500 | ☐G☐NG☐NC |
| 2. |  |  |  | ☐G☐NG☐NC |
| 3. |  |  |  | ☐G☐NG☐NC |
| 4. |  |  |  | ☐G☐NG☐NC |
| 5. |  |  |  | ☐G☐NG☐NC |
| 6. |  |  |  | ☐G☐NG☐NC |
| 7. |  |  |  | ☐G☐NG☐NC |
| 8. |  |  |  | ☐G☐NG☐NC |
| 9. |  |  |  | ☐G☐NG☐NC |
| 10.|  |  |  | ☐G☐NG☐NC |

The court satisfied that the Defendant understood the entry of their pleas then ordered the following:
☐ A. **Bail.** After entering pleas of not guilty, the court issued the following terms:
    1.  Bond in the amount of $_____; and/or
    2.  Conditions of Release; and/or
    3.  Pre-Trial Services; and/or
    4.  Defendant showed good cause that he will return to court and not be a danger to the tribe and is hereby release on their OWN RECOGNIZANCE.
The court informed the Defendant that any violation of the terms of bail may result in contempt of court or new criminal charges filed against the Defendant.
☐ B. **Pre-Sentencing Report.** The Defendant plead guilty or no contest and the court needs more information before issuing a sentence on the matter. The Prosecutor's Office will issue a report within a week's time to collect information needed and submit a recommendation to the court. The Defendant will be subject to the terms of bail pending their next hearing unless they are remanded back into the custody of jail.
☐ C. **Sentence.** The court accepted the plea of guilty / no contest issues the sentence of:
    1.  Jail Term: _____; and/or
    2.  Probation: _____; and/or
    3.  Fine: _____; and/or
    4.  Other: _____; and/or
☐ D. **Pre-Trial Hearing.** The Defendant's plea of Not Guilty entitles them to a pre-trial hearing. The Defendant agreed to appear on the following date of
☒ E. **Other:** **PROSECUTION REQUEST TO DISMISS WITHOUT PREJUDICE. THE COURT WILL MOVE FORWARD TO DISMISS WITH PREJUDICE.**

Form Approved by the Hon. H. Monteau, Chief Judge. August 2018

**MESCALERO APACHE TRIBE**
**IN THE CRIMINAL COURT**
**MESCALERO, NEW MEXICO**

IT IS SO ORDERED BY THIS COURT ON THIS <u>5TH</u> DAY OF ~~JANUARY~~ <u>2022</u>

_____    _____
                                    Judge, Mescalero Apache Tribal Court

Form Approved by the Hon. H. Monteau, Chief Judge. August 2018

( Ex. 11)

## IN THE MESCALERO APACHE TRIBAL COURT
## FOR THE MESCALERO APACHE TRIBE
## IN THE COUNTY OF OTERO, STATE OF NEW MEXICO

### ADVICE OF RIGHTS  V. ESPINOZA

Pursuant to the laws of the Mescalero Apache Tribe, Tribal Court and Tribal Code (MATC) and the Indian Civil Rights Act (25 USC §§1301-1341 (2010 / 2013).  YOU HAVE THE FOLLOWING RIGHTS:

1. You have the right to know the criminal charges filed against you and the maximum possible penalties for each charge.

2. **You have the right to remain silent.**  Anything you say can be used against you. All proceedings in this Court are being recorded.

3. **You have the right to an attorney or lay advocate,** at your own expense.  If you cannot afford an attorney or lay advocate, one will be appointed to you.

4. You have the right to bail OR released on your own recognizance (ROR), OR you may be held without Bail or ROR.  If placed on bail or ROR, you will be on Pre-Trial Conditions of Release (COR) that you must abide by.  Bail, ROR or no Bail are at the discretion of the Judge.

5. You have the right to plead GUILTY, NO CONTEST, or NOT GUILTY to each charge.

6. When you plead NOT GUILTY, to must request a Jury Trial within ten (10) days of arraignment.  IF YOU DO NOT, then you will be assigned to a Bench Trial.

7. You have the right to a speedy and public trial, pursuant to MATC § 2-2-10, which is within 180 days of arraignment.  However, Executive Orders 20-09, 20-14 and 20-16, the President enacted emergency ordinances regarding the Covid-19 Pandemic, for which trials have been put on hold, which allows the Court to ensure appropriate fairness of the criminal proceedings during a Pandemic and preserves the rights of the parties.  YOUR CASE MAY BE LONGER THAN 180 DAYS BECAUSE OF THE PANDEMIC.

8. You have the right at Trial and to confront any witnesses called against you.

9. You have the right to have the Court subpoena witnesses on your behalf and must submit your list of witnesses at least 21 days before trial.  If you do not, then you will not have any witnesses to testify on your behalf.

10. If you are convicted of Domestic Violence, Federal Law PROHIBITS you from owning and/or possessing a firearm and/or ammunition.

11. You have the Right to Appeal any decision made against you in accordance with MATC §2-4-1, et. seq., Appellate Courts.

I, ___Valerie Espinoza_____ (print name), do hereby acknowledge that my Rights have been read and explained to me, on the record OR by my Attorney or Lay Advocate and I UNDERSTAND MY RIGHTS AS STATED ABOVE.

___Valerie Espinoza_____ (Sign)     ___01-05-2022___ (Date)

[  ] Judge is signing for Defendant

IN THE MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

**ROBERTA FRIZZELL,**
　　　　Petitioner,

VS.

**VALERIE ESPINOZA,**
　　　　Respondent.

CAUSE NO: <u>**DV-2021-0043**</u>

CIVIL MATTER

NOTICE OF HEARING
REVIEW

TO: <u>**VALERIE ESPINOZA,**</u>
　　☐ **Petitioner** ☒ **Respondent** ☐ **Lay Advocate** ☐ **Other party**

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **<u>WEDNESDAY, FEBRUARY 16, 2022</u>** at the hour of **<u>9:00</u> AM** located at **159 Deer Trail, Mescalero, NM**, Mescalero Tribal Court House.

**FAILURE TO APPEAR COULD RESULT IN AN ORDER TO SHOW CAUSE ISSUED**

<u>INSTRUCTIONS TO PARTIES:</u>
1. **Arrive fifteen (15) minutes before your scheduled court hearing.**
2. **Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES**
3. **Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the courtroom.**
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**
6. **MUST PROVIDE A NEGATIVE COVID-19 TEST, DATED 5 DAYS PRIOR TO SCHEDULED HEARING OR A PHYSICIAN CLEARANCE.**
7. **CAN REQUEST A TELEPHONIC HEARING, MUST CONTACT TRIBAL COURT <u>TWO BUSINESS DAYS PRIOR</u> TO YOUR HEARING DATE. TRIBAL COURT PHONE NUMBER IS 575-464-0414.**

Dated this 1st day of **<u>FEBRUARY,</u>** 20**<u>22</u>**.

_____
Mescalero Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____    Date/Time: _____

Mailing Address: _____
**\*\*THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING\*\***
**\*\*MAKE SURE ADDRESS PROVIDED IS CURRENT\*\***

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Valerie Espinoza
_____
Complainant/Petitioner(s),

Vs.

Mescalero Apache Tribe
_____
Respondent.

Enrollment No. _____

Address  159 Deer Tr

Mesc. nm 88340

Cause No. DV-2021-0043

I, Valerie Espinoza _____, the complainant in this cause state that the following
statement(s) is/are true and correct to the best of my knowledge and belief:

Request a complete Review/Dismissal of this Peace Bond Order
issued by Judge Byers on July 8, 2021. This Order Violates my Rights as
a Mescalero Apache Tribal member. Based on Our Mescalero Apache Tribal Constit.,
Article IV - Membership, Article V - Bill of Rights (section 1), Article I - The
Mescalero Apache Tribe, Article II - Territory and Article III - Reservation.
There are also many of Our Tribal Codes that are not listed here but do
apply. I ask that for more help w/ this request you listen to the audio
from this Very Bias Court Hearing held by Judge Jennifer Byers. The Peace
Bond and hearing violate my Rights as a Mescalero Apache member & the
Other Party "IS NOT!"

Valerie Espinoza
_____
Signature of Complainant/Petitioner

Date: 01 07 2022

Print Name VALERIE ESPINOZA

Enrollment No. 026662

Address W 31 Goat Summit

Mesc. nm 88340

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

# IN THE MESCALERO APACHE TRIBAL COURT
## MESCALERO, NEW MEXICO

ROBERTA FRIZZELL,                                    CAUSE NO:  DV-2021-0043

               PETITIONER

VS.

VALERIE ESPINOZA,

               RESPONDENT.

## PEACE BOND ORDER

**THIS MATTER** having come before the Court on July 08, 2021 by an affidavit for a Protection Order filed by the Petitioner ROBERTA FRIZZELL, a non-member of the Mescalero Apache Tribe. The Respondent VALERIE ESPINOZA is member of the Mescalero Apache Tribe. This matter was set for a hearing on July 8, 2021, @ 16:00 p.m. Both the Petitioner and Respondent were present for the proceedings and appearing pro se.

The Court has proper jurisdiction over this matter pursuant to the Mescalero Tribal Code 2-3-11 Restraining Order and Injunctions; it states the Court upon holding a hearing, may issue temporary restraining orders or permanent injunction upon receiving evidence that there is probable cause that irreparable harm will occur in absence of actions by the Court.

**THEREFORE**, it is the finding:

1. That that an EX PARTE Restraining Order was issued and an affidavit was filed by the Petitioner.
2. That the Petitioner: Roberta Frizzell requested a RESTRAINING ORDER be issued against the respondent Valerie Esponoza.
3. That Petitioner: is in fear for her safety, which was brought on by a minor confrontation that occurred while Mrs. Frizzell was delivering USPS certified mail to Respondent.
4. That, the Petitioner wanted the slander and harassing on FB to stop, and the harassing at both places of employment.

5. That the Respondent was informed this court hearing will recognize a traditional approach to the testimony heard today.

6. That, traditionally Native people are to respect their tribe and members (employees), this is to avoid conflict, mistrust, slander and instigating disorder within in our tribal community. This includes: bullying and hurtful comments without regard to the families and community members.

**IT IS THEREFORE ORDERED:**

1. That, a Peace Bond will be issued to cease all FB activities, slander and any harmful activities.

2. That, the Petitioner and Respondent are not to abuse, harass, threaten, or intimidate to commit any violence against each other at place of residence, in person, writing, e-mail, My Space, Facebook, or any social media/network and telephone, text of the telephone (home or cell). Petitioner and Respondent are to avoid each other at all times on or off the Mescalero Apache Indian Reservation. Failure to comply with this order will change this order to a Permanent Restraining Order.

3. That, the mail carrier is not to deliver or go to the Respondents home. All mail and certified mail will be through the Mescalero Post Office delivery.

4. It is with respect that this Judge will support both parties in their efforts to keep the peace.

**IT IS SO ORDERED THIS 8TH DAY OF JULY, 2021.**

(SEAL)

_____
Honorable Jennifer T. Byers
Associate Judge, Mescalero Apache Tribe

xc:    Mescalero Police Department

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

**ROBERTA FRIZZELL,**
                    **Petitioner,**

CAUSE NO. DV-2021-0043

V.

**ANSWER TO CIVIL COMPLAINT**

**VALERIE ESINOZA,**
                    **Respondent.**

TO: MESCALERO APACHE TRIBAL COURT:

As petitioner in this matter to, I wish, ☐ to continue, ☐ ; to not continue in this matter. Please continue in Detail.

As, Legal Advocate in this Matter, my client, Valerie Espinoza wishes to have this case dismissed on the grounds that chapter 30, in the Domestic Code, section 2 et. al., does not provide for an Ex-parte Temporary Restraining Order concerning alleged civil infractions between non-domestically related individuals in the Mescalero Apache Tribal Code. Subsequently, these conditions cannot be met, especially, or with emphasis, concerning libel or slander. The Tribal Court cannot legislate or add adaptations to the domestic code within the Mescalero Apache Tribal Code. By doing so, the Court is taking on the duties and responsibilities of the Mescalero Apache Tribal Council. This is a violation of the Separation of responsibilities between the separate and unique branches of tribal government, and it reaches beyond the scope of the Mescalero Apache Tribal Court. Insomuch as, any prior cases or precedence where this code manipulation has occurred is unethical and unlawful. The Mescalero Apache Tribal Code provides remedies for libel/ slander. It is not prudent to seek civil remedies to bar constitutionally protected speech with a non-codified alleged infraction. The Ex-Parte Temporary Restraining Order is for domestic occurrences that may lead to physical abuse of a domestically related respondents. No physical harm concerning a defined relative has been put forth in the petitioner's affidavit. Only the assumption of libel or slander exists. Whereas these already reside in the Mescalero Apache Tribal Code, and they may stand by themselves, should any credence or probable cause exists. Therefore, on behalf of my client, I motion the Mescalero Apache Tribal Court to vacate this Ex-parte Temporary Restraining Order and dismiss DV-2021-0043 immediately.

_____ 5-24-2021
                    Signature

Mack Hicks
                    Printed Name

5 Snow Cyn. dr.
                    Physical Address

Mescalero, NM 88340
                    City, State, zip

575-937-7857
                    Phone number

# IN THE MESCALERO APACHE TRIBAL COURT
## FOR THE MESCALERO APACHE TRIBE
### MESCALERO, NEW MEXICO

TYNER CERVANTES,
**With Family Members,**
               PETITIONER,

VS.

VALERIE ESPINOZA,
               RESPONDENT.

CAUSE NO. DV-2021-0033
DR-2021-0039

**ORDER**

  THIS MATTER came before the Mescalero Apache Tribal Courts, initially on April 30, 2021, and a Restraining Order between the two parties was issued for six months.  That Restraining Order has now expired with no further requests to modify or extend the Restraining Order. The Mescalero Apache Tribal Court has jurisdiction over this matter pursuant to Mescalero Apache Tribal Code §2-1-1 and pursuant to §30-2-4.

THEREFORE, the Mescalero Apache Tribal Court FINDS and ORDERS:
1. THAT the Restraining Order between the two parties expired after six months on October 30, 2021; and
2. THAT the Mescalero Apache Tribal Court will **CLOSE** Cause Numbers; DV-2021-0033 and DR-2021-0039. No further action required.

**IT IS SO ORDERED ON THE 10th DAY OF JANUARY, 2022.**

(SEAL)

_____
Judge, Mescalero Apache Tribal Court

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

**Valerie Espinoza**

Complainant/Petitioner(s),

Vs.

Tyner R. Cervantes

Enrollment No. 02218

Address 242 Trout Loop

Mescalero, NM. 88340

Respondent(s).

I, Valerie Espinoza_____, the compla_____
statement(s) is/are true and correct to the best of my knowledge and beli_____

That Tyner R. Cervates has commited 10-2-1 Conspiracy:  If two or more people conspire, either to commit any offense enumerated in this Code, against the MAT or any other person, or to defraud the MAT, or any branch thereof, in any manner or for any purpose, and one or more of such persons do any act to effect the object of conspiracy, each shall be sentenced to labor or imprisonment for a period of one hundred eithy (180) days or a fine of three hundred sixty dollars ($360.00), or both such imprisonment and fine, with costs, in extreme or habitual cases.  10-2-2 Assualt: Any person who shall attempt or threaten bodily harm to another person through unlawful force or violence shall be deemed guilty or assualt and upon conviction thereof, shall be sent-enced to labor or imprisonment for a period of not to exceed twenty-five (25) days or to a fine not to exceed fift dollars ($50.00), or both such imprisonment and fine, with costs, and may be required to furnish satisfactory bond to keep peace.  10-11-1 Libel and Slander:  Any person who shall knowingly, falsey and maliciously communicate or spread any falsehood concerning another person either orally or in writing shall be deemed guilty of an offense and upon conviction thereof, shall be sentenced to labor orimprisonment not to exceed

Date: January 18, 2022

Signature of Complainant/Petitioner

Print Name Valerie Espinoza

Enrollment No. 02662

Address W-31 Goat Summit

Mescalero, NM. 88340

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

Valerie Espinoza

_____,

                Petitioner,

Vs.

Tyner R. Cervantes

_____,

                Respondent.

Cause No: _____

AFFIDAVIT (Continue)..........

ninety (90) days or a fine not to exceed one hundred eighty dollars ($180.00), or both such imprison-ment and fine in extreme or habitual cases. 10-16-1 Disturbing the Peace:  Any person who shall in a public or private place, disturb or annoy any lawful assembly, or who shall engage in any other act of public indecency or immorality, or shall commit any other acts to interfere with the peace of any other person or persons, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to labor or imprisonment for a period not to exceed one hundred eighty (180) days or a fine not to exceed three hundred sisty dollards ($360.00), or both.  10-22-1 Perjury and False Swearing:  Any person who shall willfully and deliberately, in any official Tribal proceeding or in the filing of Tribal applications or other documents, falsy swear or interpret, or shall make sworn statements or Affidavit, knowing same to be untrue, or shall aid, assist, induce or procure another to do so, shall be deemed guilty of an offense, and upon conviction thereof, shall be sentenced to labor or imprison-ment for a period not to exceed one hundred eighty (180) days or a fine not to exceed three hundred sixty dollars ($360.00), or both.  I also believe that Mr. Cervantes has infringed upon my Constitut-ional Rights, 24-11-2 A, B, most importantly, H:  Deny any person within its Jurisdiction the equal protection of its laws, and deprive any person the liberty without due process of the Law.  I have been dealing with harrassment from Mr. Cervantes since March 4, 2021 (exhibit 1), as proven by the  six (6) Criminal Complaints given to me by Mr. Cervantes' staff.  The Conservation staff have removed my three (3) canines from my residence at W-31 Goat Summit without any valid reason/notification. On April 21, 2021, Mr. Cervantes submitted a Petition for Protection Order, stating violation of MAT Code: 10-11-1 DEFAMATION, that to this day has not been Justifably proven. (exhibit 2)   On April 23, 2021 Judge Doll Signed and Granted the Illegal Ex-Parte Temporary Restraining Order (exhibit 3) against me.  On April 27, 2021, the same Judge that signed this illegal Ex-Parte RO, went before my council and advised them to act malicely against me, naming Mr. Cervantes as one of the main reasons to commit Violations to my Rights. (exhibit 4)  On April 30, 2021, a court hearing was held.  Judge Kanesewah with the guidance of Judge Doll, granted the unjustified Restraining Order. (exhibit 5)  Please request audio for review from hearing DV-21-0033 & DR-21-0039, Judge Kanesev

1.18.2022

_____

Signature

_Valerie Espinoza_ (signature)

Date

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Valerie Espinoza                          ,
                 Petitioner,

Vs.

Tyner R. Cervantes                        ,
                 Respondent.

Cause No: _____

AFFIDAVIT (Continue)..........

During this hearing on April 30, 2021, Mr. Cervantes was asked twice how long he wanted the RO to be in effect. Mr. Cervantes requested a six month period and no more. On May 4, 2021, Mr. Cervantes again tried to have the First Bench Warrant issued for me, signed by Officer Justin Apachito (exhibit 6) Which was dismissed on May 19, 2021 due to lack of Probable Cause. (exhibit 7 There has not been anything submitted on behalf of Mr. Cervantes requesting an extension of his Illegal RO. Therefore, the RO that Violated my Rights was no longer in effect as of October 30, 2021 However, again on Dec. 7, 2021, Mr. Cervantes made "False Sworn" statements to an Officer Chama requesting a BW be issued for my arrest. (exhibit 8) Mr. Cervantes stated to BIA Officer Chama, that I was in violation to his "Illegal, expired, RO." On or around December 15, 2021, Chief Judge LittleWind granted for an arraignment proceedings to take place for myself, to take care of the DLOC charges. I did submit asking for a court date as soon as possible, do to the seriousness of the allegation (exhibit 9) On Dec. 22, 2021, I also requested that the audio be heard from my April 30, 2021 court hearing. (exhibit 10) That on January 5, 2022, arraignment proceedings took place and all charges were dismissed with Prejudice. (exhibit 11)

It is clear that I am being harrassed by Mr. Cervantes and would like to ask that he answer to all the Codes that he has violated in regards to his actions towards me. I have NEVER had a Court Hearing with Mr. Cervantes proving his statements to be true enough to Justify a Restraining Order. The FALSE statements made against me have not only affected myself, but more importantly my Family, both emotionally & traumatically. As well as affecting the Tribal Members I help in our MAT Court. I have not been able to secure employment because of Mr. Cervantes' Unjustified Restraining Order. Mr. Cervantes is very aware of the Tribal Codes by which he is sworn to protect/uphold, yet he has abused the Tribal Courts, Prosecutions, Defense, SS, my Clients and my time, for his unsafe/unjust behavior towards myself, for almost a year now. I ask the Court to help Mr. Cervantes understand that he cannot harrass or commit such harmful/dangerous acts towards me. He is not allowed to continue and violate My Rights or abuse his role with Our MescaleroApache Tribe and Violate my Rights in any manner, as a Mescalero Apache Tribal Member.

01·18·2022
**Signature**

*Valerie Espinoza*
Date

# IN THE MESCALERO APACHE TRIBAL COURT

## FOR THE MESCALERO APACHE TRIBE

### MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| **ROBERTA FRIZZELL,**<br>Petitioner, | ) ) ) | **CAUSE NO. DV-2021-0043** |
| **VS.** | ) ) | **DISMISSAL ORDER** |
| **VALERIE ESPINOZA,**<br>Respondent. | ) ) ) | |

**THIS MATTER** having come before the Mescalero Apache Tribal Courts initially on May 11, 2021, by a request for an Emergency Protection Order filed by Roberta Frizzell, against Valerie Espinoza. An Ex-Parte Temporary Restraining Order was issued on May 17, 2021, and a Peace Bond Order was issued on July 8, 2021, between the two parties. A Review Hearing was scheduled for February 16, 2022. The Petitioner, Roberta Frizzell, and the Respondent, Valerie Espinoza, were properly served as prescribed in Mescalero Apache Tribe Code. Both parties were present and pro se in Court.

**THEREFORE**, the Mescalero Apache Tribal Court **FINDS** and **ORDERS**:

1. THAT, after review of the case, The Mescalero Apache Tribal Court will grant Valerie Espinoza's request for Review/Dismissal of the Peace Bond Order; and
2. THAT the Peace Bond Order was issued under a Domestic Violence code, cause number DV-2021-0043, which is found to be an error of the Court; and
3. THEREFORE, Cause No. DV-2021-0043 is hereby **DISMISSED** and **CLOSED.** No further action is required.

**IT IS SO ORDERED ON THE 16ᵗʰ DAY OF FEBRUARY, 2022.**

**( SEAL )** 

_____
Judge Mescalero Apache Tribal Court

# IN THE MESCALERO APACHE TRIBAL COURT
## FOR THE MESCALERO APACHE TRIBE
### MESCALERO, NEW MEXICO

ROBERTA FRIZZELL,         )        <u>CAUSE NO. DR-2022-0007</u>
        **Petitioner,**     )
                      )
**VS**                )        **CEASE AND DESIST ORDER**
                      )
**VALERIE ESPINOZA,**    )
        **Respondent.**    )
_____)

    THIS MATTER for a Review Hearing came before the Mescalero Apache Tribal Courts, on February 16, 2022, by an affidavit filed by Valerie Espinoza, against the Mescalero Apache Tribe, concerning a Peace Bond Order issued by Judge Byers on July 8, 2021, stating it violated her rights as a Mescalero Apache Tribal Member. Above Petitioner, Roberta Frizzell, and Respondent, Valerie Espinoza, the parties involved in the Peace Bond Order, were present and pro se for the Review Hearing.

THEREFORE, the Mescalero Apache Tribal Court FINDS:

1.  The Mescalero Apache Tribal Court has jurisdiction over this matter pursuant to Chapter 2 Section 2-1-1 (B and C) of the Mescalero Apache Tribal Code;

    a.  *B. Civil Jurisdiction. The jurisdiction of the Tribal Court over civil matters shall extend: 1. To all members of the Mescalero Apache Tribe and all other persons who reside on the Mescalero Apache Reservation; and 2. Over all matters of controversy which arise on the Mescalero Apache Reservation, regardless of the residency of the parties.*

    b.  *C. No suit or action by a tribal member shall be brought against the Mescalero Apache Tribe, a Constitutional Entity, organized under 25 U.S.C. §476, without its consent.*

2.  Valerie Espinoza requested a complete review/dismissal of this Peace Bond Order, but petitioned against the Mescalero Apache Tribe; and

3.  After review of the affidavit, it was noted that Mrs. Espinoza directed her petition against the Mescalero Apache Tribe. Court resumed and focused on the request of the review/dismissal of the Peace Bond order; and

4. Both parties accused one another of breaking the Peace Bond Order issued on July 8, 2021, no new admissible evidence was presented to the court, and no witnesses were called; and

5. The Peace Bond Order is issued under a Domestic Violence code, cause number DV-2021-0043, which is found to be an error of the Court. Case will be dismissed and closed; and

6. There remains obvious contention between the two parties and a Court order is necessary to keep the peace and prevent further defamation of each person.

IT IS THEREFORE ORDERED:

1. THAT a Cease and Desist Order is placed against the two parties, Valerie Espinoza and Roberta Frizzell, because of the continued accusations between the parties.

2. THAT Valerie Espinoza shall immediately cease from mentioning Roberta Frizzell on any and all social media platforms, and cease from continuous complaints directed at Mrs. Frizzell through her place of employment when addressing concerns to USPS. And shall cease all aggression towards Mrs. Frizzell online and in person.

3. THAT Roberta Frizzell shall cease from driving by Mrs. Espinoza's property when not performing work duties of delivering mail in the area. Mrs. Frizzell will not personally deliver mail to Mrs. Espinoza's physical address. And Mrs. Frizzell shall cease from intentionally following Mrs. Espinoza in her vehicle.

4. THIS CEASE AND DESIST ORDER will remain in full effect from this day, for six months, until **August 16, 2022**, where a review hearing may be heard. Noncompliance with this Order may result in additional charges.


IT IS SO ORDERED ON THE 16th DAY OF FEBRUARY, 2022.


(SEAL)

_____

Judge Mescalero Apache Tribal Court

# CAD Calls By Call Number

/D22002005                          Incident ID: S22000260

Agency  PD                    **Type**  FIGHT IN PROGRESS

## Times

| | | | |
|---|---|---|---|
| Received | 03/20/2022 16:56:33 | Create User | Debra Neal |
| Dispatched | 03/20/2022 17:01:37 | | |
| Arrived | 03/20/2022 17:01:40 | | |
| Cleared | 03/22/2022 09:18:16 | Primary Unit | 622 |

## Addresses                                                           Phone

Response Landmark:  ALBERTSONS
Response Address:  721 MECHEM DR RUIDOSO NM 88345
Intersection:  RUIDOSO NM 88345
Lat. / Long.:
Location #:

Caller Address:  RUIDOSO NM 88345                              (575) 937-1161
Intersection:  RUIDOSO NM 88345                    Cell

Report Address:  RUIDOSO NM 88345
Intersection:  RUIDOSO NM 88345

How Received     911              MutualAid                 Disposition     REPORT

## Notes

FIGHT IN PROGRESS 4 PEOPLE / ONE POSSIBLY STABBED/ SILVER DODGE

## Caller                              Additional Info

| | Race | Birth Date | Sex |
|---|---|---|---|
| | **OLN** | | |
| (575) 937-1161 | | | State OLN |

## User Log

| Event Time | Term# | Column | Value Old | Value New | User |
|---|---|---|---|---|---|
| 03/20/2022 17:00:15 | 2 | Call Created | New | 03/20/2022 17:00:15 | DNEAL |
| 03/20/2022 17:01:37 | 2 | Auto - Dispatched Time Updated | | 03/20/2022 17:01:37 | DNEAL |
| 03/20/2022 17:01:40 | 2 | Auto - Arrived Time Updated | | 03/20/2022 17:01:40 | DNEAL |
| 03/20/2022 17:05:10 | 2 | CadCall | Copy | Copy to Agency RUIDOSO DOWNS POLICE | DNEAL |
| 03/20/2022 18:20:54 | 2 | Incident Number | User Generated | S22000260 | DNEAL |
| 03/20/2022 18:20:56 | 2 | Export | Export Incident to RMS | S22000260 | DNEAL |
| 03/20/2022 19:32:01 | 2 | Close | CloseCall | PD22002005 | DNEAL |
| 03/22/2022 09:09:30 | 2 | ClearedDateTime | 03/20/2022 19:32:01 | 01/01/1999 00:00:00 | HCOOPER |
| 03/22/2022 09:18:16 | 2 | Close | CloseCall | PD22002005 | HCOOPER |

# CAD Calls By Call Number

PD22002005

Incident ID: S22000260

Agency  PD

Type  FIGHT IN PROGRESS

## Messages

| Unit | Code | Description | Memo | Date/Time | UserID |
|---|---|---|---|---|---|
| 622 | D | Dispatched | | 03/20/2022 17:01:37 | DNEAL |
| 622 | 97 | Arrived | 721 MECHEM DR | 03/20/2022 17:01:40 | DNEAL |
| 619 | D | Dispatched | | 03/20/2022 17:59:52 | QPATTERSON |
| 619 | 97 | Arrived | 721 MECHEM DR | 03/20/2022 17:59:57 | QPATTERSON |
| 619 | T6 | BUSY | 81 | 03/20/2022 18:27:39 | DNEAL |
| 619 | 98 | Cleared In-Service | 721 MECHEM DR | 03/20/2022 19:27:03 | QPATTERSON |
| 622 | 98 | Cleared In-Service | 721 MECHEM DR | 03/20/2022 19:32:01 | DNEAL |
| 622 | D | Dispatched | | 03/22/2022 09:09:35 | HCOOPER |
| 622 | 97 | Arrived | 721 MECHEM DR | 03/22/2022 09:09:36 | HCOOPER |
| 622 | 98 | Cleared In-Service | 721 MECHEM DR | 03/22/2022 09:18:16 | HCOOPER |

## Narratives

| User | Date / Time | Notes |
|---|---|---|
| DNEAL | 03/20/2022 17:01:13 | 622: HAS GOLD DURANGO IN TRAFFIC AUTOMOTIVE PLACE ON MECHEM |
| DNEAL | 03/20/2022 17:03:19 | 622: ALL THE WAY DOWN SUDDERTH NEG 25 WITH SILVER DODGE DURANGO |
| DNEAL | 03/20/2022 17:03:59 | 622: SUBJECT IN SILVER DODGE IS BLACK MALE |
| QPATTERSON | 03/20/2022 17:04:05 | 619- OUT WITH 622 AT AUTO CENTER |
| DNEAL | 03/20/2022 17:04:58 | 622 28  BAZA80 NM |
| | | OTHER SUBJECT IN SILVER DODGE IS HOLMES,CAMERON POSSIBLY HEADED TOWARD MESCALERO |
| QPATTERSON | 03/20/2022 17:06:51 | BIA ADVISED |
| QPATTERSON | 03/20/2022 17:13:27 | BIA UPDATED AND GIVEN MALE SUBJ ADDRESS CAMERON TERRELL HOLMES 511008719 139 VALLEY VIEW DR IN MESCALERO |
| DNEAL | 03/20/2022 17:14:24 | 622: NOTIFY LCMC THAT IF A BLACK MALE WITH A STAB WOUND COMES IN TO CALL PD |
| DNEAL | 03/20/2022 17:14:37 | LCMC NOTIFIED |
| QPATTERSON | 03/20/2022 17:15:56 | BIA HOSPITAL ADVISED |
| DNEAL | 03/20/2022 17:17:44 | 619: 923 NM 116109972 |
| DNEAL | 03/20/2022 17:27:44 | 622: UNSURE WHO THE AGGRESSOR IS /CAMERON POSS T80 |
| DNEAL | 03/20/2022 17:53:38 | 619: T46/WILL BE GOING TO BAY 3 FOR SEARCH WARRANT |
| QPATTERSON | 03/20/2022 17:56:13 | ARROW TOWING ENRT |
| QPATTERSON | 03/20/2022 18:08:31 | 622- 46 97 |
| QPATTERSON | 03/20/2022 18:17:07 | 619- 10-14 ARROW TOWING 81 |
| DNEAL | 03/20/2022 18:25:30 | 923 NM 108454407 ESPINOZA,IVAN |
| QPATTERSON | 03/20/2022 19:18:50 | 622- 10-19 |
| QPATTERSON | 03/20/2022 19:28:19 | 622- CALL GERALD CHAMPION |
| QPATTERSON | 03/20/2022 19:29:24 | SUBJ IS NOT AT GERALD CHAMPION |
| DNEAL | 03/20/2022 19:31:53 | 622: 925 |
| HCOOPER | 03/22/2022 09:03:53 | 622: SEARCH WARRANTWAS APPROVED// WILL BE EXECUTED |
| HCOOPER | 03/22/2022 09:09:49 | 622: SEARCH WARRANT IN PROGRESS |
| HCOOPER | 03/22/2022 09:17:32 | 622: search warrant completed |
| KSIMPSON | 03/22/2022 12:24:35 | VALERIE ESPINOZA CALLED IN FROM 575-973-3256 ADVSD SHAWNEE AND CAMERON HOLMES ARE IN MESCALERO AT W15 GOAT SUMMIT DR AT LISA SCHLUCKER |
| KSIMPSON | 03/22/2022 12:28:27 | 622 REQ NOTIFY BIA TO HAVE OFFICER CALL HIM WHEN THEY ARE ABLE TO RESPOND CO2 CALLED BIA/ THEY WILL HAVE THEIR OFFICER CALL 622 BEFORE GOING TO LOCATION |
| TMARSHALL | 03/22/2022 12:30:21 | ARROW TOWING WAS ADVISED TO PICK UP VEHICLE SHORTLY AFTER SEARCH WARRANT WAS COMPLETE |

# CAD Calls By Call Number

*PD22002005*                 Incident ID: S22000260

**Agency**   PD              **Type**   FIGHT IN PROGRESS

| KSIMPSON | 03/22/2022 12:50:17 | ARROW AT PD GETTING VEHICLE |
|---|---|---|

## *Event Trail*

| CAD Number | Cascaded From | Description | Date/Time | User |
|---|---|---|---|---|
| PD22002005 | | FIGHT IN PROGRESS | 03/20/2022 17:00:15 | DNEAL |
| P22000930 | PD22002005 | ASSIST RUIDOSO PD | 03/20/2022 17:05:10 | DNEAL |

# IN THE MESCALERO APACHE TRIBAL COURT
# FOR THE MESCALERO APACHE TRIBE
## MESCALERO, NEW MEXICO

MESCALERO APACHE TRIBE, )
          Petitioner/Plaintiff, )
VS. )
  )
  )
VALERIE ESPINOZA, )
       Defendant/Respondent. )

CASE No. CC-2021-0047

**ORDER FOR
CIVIL CONTEMPT**

**THIS MATTER** having come before the Court on July 6, 2022, with Tribal Lay Advocate Valerie Espinoza present for the Defendants, Sidonia and David Maillelle in cause no. CC-2021-0047. Mrs. Espinoza was ordered to take a urinalysis drug test and stated that she would fail the test.

Court does hereby **FIND**:

The Court has subject matter and personal jurisdiction over the parties in the above entitled case, pursuant to Mescalero Apache Tribal Code (MATC) §2-1-1, Jurisdiction, and §2-1-11, A. (2), In determining cases, the Judge shall rely on the applicable laws in the following Order of precedence: 1. Tribal Constitution, ordinances, traditions and custom; 2. Federal laws not in conflict with tribal laws and customs.

Whereas, the MATC does not address Civil Contempt, the Federal laws are specific and concise pursuant to Title 18 U.S. Code §401 (3) – Power of Court, "A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as; (3) Disobedience or resistance to its lawful writ, process, order, rule, decree or command.

That Tribal Lay advocate VALERIE ESPINOZA, is in violation of direct Contempt under 18 U.S. Code §401 (3). Mrs. Espinoza was ordered to do a drug test and stated that she was not able to pass the test. Mrs. Espinoza was advised that by her statement made she was not allowed to represent in this case or any other case until she is able to adhere and passes the urinalysis drug testing.

**NOW THEREFORE BE IT ADJUDGED, DECREED AND ORDERED:**

1. THAT, VALERIE ESPINOZA is held in sanction and is not allowed to represent in the Mescalero Apache Tribal Courts until she adheres and passes the urinalysis drug test.

2. THE Court does hereby impose a Direct Civil Contempt, pursuant to and in accordance with Federal Law.

**SO ORDERED THIS THE 6th DAY OF JULY 2022.**

_P. morgan_

Pamela Morgan
Judge, Mescalero Apache Tribal Court

cc:    Mescalero Apache Tribal Council
Melissa Chavez, Tribal Prosecutor, Prosecutor's Office
Keriana Barcus, Tribal Lay Advocate, Public Defender's Office
Valerie Espinoza, Defendant/Respondent

IN THE MESCALERO APACHE TRIBAL COURT

FOR THE MESCALERO APACHE TRIBE

MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| HERMAN AND MARIA SAENZ, | ) | |
| Petitioners, | ) | |
| | ) | |
| VS. | ) | Cause No: DR-2022-0117 |
| | ) | |
| VALERIE ESPINOZA, | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

## EX-PARTE TEMPORARY RESTRAINING ORDER

**THIS MATTER** having come before the Mescalero Apache Tribal Court on July 12, 2022 by the Petitioners' filed Complaint requesting the Respondent to keep her distance and discontinue the harassment, stalking, slander, and libel, including mentioning the Petitioner's wife, daughter and grandchildren, in Facebook postings and videos, concerning the Respondent. The Petitioner, Herman Saenz, also stated that the Respondent's constant slander and libel of his name has impacted him professionally and personally, and her distortion of facts and lies about him personally are impacting his family. The Court being duly advised and having reviewed the file, does hereby FIND:

1. The Mescalero Apache Court does have personal and subject matter jurisdiction over this parties, pursuant to Mescalero Apache Tribal Code §2-2-1, and §2-3-11; and

2. Having considered the Complaint, the Court finds probable cause to believe that there is a need to assure the Petitioners and their family must be free from harassment, including social media defamation from the Respondent.

3. There is good cause to issue an Ex-Parte Temporary Restraining Order until this matter is heard with both parties present and having the opportunity to testify.

4. Under MATC §2-3-11, which clearly states, "...the court may issue temporary restraining orders or permanent injunctions upon receiving evidence that there is *probable cause* that irreparable harm will occur in the absence of action by the Court." This covers slander, libel and defamation, including harassment, physical and mental abuse, and complements MATC Chapter 30, which covers more of the actual physical harm to a person.

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** an immediate *Temporary Restraining Order* is issued by the Court and the following shall be enforced:

1.  Respondent shall not and must not have ANY direct or indirect contact with the Petitioners or their family members, in any manner whatsoever; and

2.  Respondent shall not harass, threaten, or commit any further abuse against the Petitioners; and

3.  Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the Petitioners or their family,* including, but not limited to:

    a.  Petitioners' home, located at *2833 NM HWY 244, Mescalero, New Mexico 88340*; or

    b.  Petitioner's place of employment, located at *Mescalero Big Game Hunts, Carrizo Canyon Road, Mescalero, New Mexico 88340*; or

    c.  Any public event, including anywhere on or off the Mescalero Apache Reservation, in the State of New Mexico.

    d.  Respondent shall not and must not contact the Petitioners or their family, in person, by telephone, text or third party.

4.  **Respondent will cease all Facebook postings and videos, including Tictoc and all social media platforms against the Petitioners and their Family, AND must stop using any language that is aggressive or inflammatory.**

   **THIS TEMPORARY RESTRAINING ORDER <u>REMAINS IN FULL FORCE AND EFFECT</u> PENDING A HEARING ON THE MATTER. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.**

   **SO ORDERED THIS 12th DAY of JULY, 2022.**

Judge Mescalero Apache Tribal Court
Mescalero Apache Tribe

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Herman & Maria Saenz
_____
Complainant/Petitioner(s),

Cause No. DR-2022-0117

Vs.

Valarie Vanaya Espinoza
_____
Respondent.

Enrollment No. _____

Address _____

_____

_____

I, Herman & Maria Saenz _____, the complainant in this cause state that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Ms. Espinoza has made continuous Facebook postings and videos in regard to my whereabouts and actions she believes to be true. The constant slander and libel of my name has impacted me professionally and personally. She posted photos of me, which were taken at close proximity to my person. In addition, she has made comments that she receives calls about me all day as to my daily interactions. For example, when I'm outside of the building and what I'm doing. Finally, she commented on July 10, "Herman you need to show up AND work! HAHAHAHA" Obviously she's tracking the days I'm not physically at work. This harassment and stalking has been going on since her first posting on September 3, 2019. She has started including my wife, daughter and grandchildren in her posts. Her distortion of facts and lies about me personally are impacting my family and I want Ms. Espinoza to keep her distance and discontinue the harassment, stalking, slander, and libel.

_____

_____
Signature of Complainant/Petitioner

Date: 7/12/2022 _____

Print Name _Herman & Maria Saenz_

Enrollment No. _01412/01072_

Address _2833 NM HWY 244_

Mescalero, NM 88340

# MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

Herman & Maria Saenz
_____,
              Petitioner,

Cause No. DR-2022-0117

Vs.

Valarie Vanaya Espinoza
_____,
              Respondent.

## Petition for
## Protection Order

I, Herman & Maria Saenz _____, am an enrolled member of the Mescalero Apache _____ Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ☐ my spouse ☐ ex-spouse ☐ boy/girlfriend ☑ family member ☐ other:_____

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available):
   Harassment and stalking started on September 3, 2019 and has been ongoing for the past three years. There is a recent number of videos and Facebook posts (7/6/22) that have shown pictures and comments about my whereabouts(7/10/22).

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you:
   The picture taken on July 6, 2022 of me, Herman Saenz, was taken at close proximity and she continues to monitor my work attendance. I feel this has now become a stalking situation.

4. Respondent and I have been involved in the following Court cases:
   None

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child)
   N/A

6. The Respondent ☐ has or ☑ has not abused the children.

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

[✔]    I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

[ ] I intend to file Criminal Charges.    [ ] Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

[✔]    That the Respondent not harass me, threaten me or commit any further abuse against me;

[ ]    That the Respondent leave my place of residence located at:

_____ ;

[✔]    That the Respondent stay 100 yards away from the following:

Place of residence located at: 2833 NM HWY 244 Mescalero ;

Place of employment locate at: Mescalero Big Game Hunts, Carrizo Canyon Road, Mescalero .

School:_____ ;

Childcare (if applicable): _____ ;

Other: Any public events _____ ;

[✔]    Order the Respondent not contact me in person, by telephone and/or third party;

[ ]    That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

[ ]    That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
*(This applies ONLY if the Petitioner chooses to vacate the residence)*

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

[✔] AND any other such relief necessary: (Give description)

Discontinue any Facebook postings and videos, to include Tictoc and other
social media platforms.

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

7-12-22
_____
Date

_____
Petitioner

Herman & Maria Saenz
_____
Print Name

01412/01072
_____
Enrollment No.

2833 NM HWY 244  Mescalero
_____
Address

**NOTE:** If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.

**MESCALERO APACHE TRIBAL COURT**
**MESCALERO APACHE RESERVATION, NEW MEXICO**

**HERMAN & MARIA SAENZ**
        Petitioner,

**CAUSE NO. <u>DR-2022-0117</u>**

**VS.**

**ANSWER TO CIVIL COMPLAINT**

**VALERIE ESPINOZA,**
        Respondent.

TO: **VALERIE ESPINOZA**

The amount of damages and/or personal property claimed by Plaintiff/Petitioner ☐is ☐is not owed and/or ☐should ☐ should not be returned because:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
                                    Signature

_____
                                    Printed Name

_____
                                    Physical Address

_____
                                    City, State, Zip

_____
                                    Phone Number

IN THE MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

**HERMAN & MARIA SAENZ,**
        Petitioner,

VS.

**VALERIE ESPINOZA,**
        Respondent.

CAUSE NO: <u>DR-2022-0117</u>

CIVIL MATTER

NOTICE OF HEARING

TO: <u>**VALERIE ESPINOZA,**</u>
    ☐ **Petitioner**  ☒ **Respondent**  ☐ **Lay Advocate**  ☐ **Other party**

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **MONDAY, JULY 25, 2022** at the hour of **11:00** AM located at **159 Deer Trail, Mescalero, NM**, Mescalero Tribal Court House.

## FAILURE TO APPEAR COULD RESULT IN AN ORDER TO SHOW CAUSE ISSUED

<u>INSTRUCTIONS TO PARTIES:</u>

1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES
3. Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the courtroom.
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**
6. **MUST PROVIDE A NEGATIVE COVID-19 TEST, DATED 5 DAYS PRIOR TO SCHEDULED HEARING OR A PHYSICIAN CLEARANCE.**
7. **CAN REQUEST A TELEPHONIC HEARING, MUST CONTACT TRIBAL COURT <u>TWO BUISNESS DAYS PRIOR</u> TO YOUR HEARING DATE. TRIBAL COURT PHONE NUMBER IS 575-464-0414.**

Dated this **15th** day of <u>**JULY,**</u> 20**22**.

_____
Mescalero Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____    Date/Time: _____

Mailing Address: _____

**\*\*THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING\*\***
**\*\*MAKE SURE ADDRESS PROVIDED IS CURRENT\*\***

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

2022 AUG 10 P 2: 21

Valerie Espinoza
_____
Complainant/Petitioner(s),

Vs.

MAT
_____

Enrollment No. _____

Address _____

_____

Cause No. BR-2022-0103

Respondent(s).

I, Valerie Espinoza _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

See attached
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Date: 08·10·22
_____

Signature of Complainant/Petitioner

Print Name Valerie Espinoza

Enrollment No. 021662

Address W31 Goat Summit
Mex, NM. 88340

Mescalero Tribal Court (2018)        PO Box 227 / 159 Deer Trail        Mescalero, NM 88340

The Mescalero Apache Tribal Court has not demonstrated "probable cause" to solicit a drug test according to Mescalero Apache Tribal Code (MATC) 10-10-4. The code reads, *"It shall be unlawful to possess and/or use a controlled substance unless such a substance was obtained directly or pursuant to a valid prescription or order from a practitioner while acting in the course of his or her professional practice…"*

Emphasis is placed on *"unlawful to possess and/ or use of a controlled substance…"* There is no legal probable cause to infer or charge myself, Valerie Espinoza with the possession or use of a controlled substance, marijuana, on the Mescalero Apache Reservation. Social Media posts of possible use outside the boundaries of the Mescalero Apache Reservation, where marijuana use is legal, and legal as prescribed, *"unless such a substance was obtained directly or pursuant to a valid prescription or order from a practitioner while acting in the course of his or her professional practice…,"* outside the Mescalero Apache Reservation.

In fact, probable cause needs to exist that I, Valerie Espinoza violated 10-10-4 within the boundaries of the Mescalero Apache Reservation. For this to exist, I would have had to demonstrate behavior that I was under the influence of a controlled substance, marijuana, at the Mescalero Apache Tribal Court to warrant such a drug test. This is the basis for probable cause for testing individuals conducting business of the Court. The exception is individuals on probation, pretrial probation, or on bond, and these individuals are already within the Mescalero Apache Court system.

As far as a violation of My Lay advocate's oath of office concerning MAT 10-10-4. There again, is no proof that I violated the code within the exterior boundaries of the Mescalero Apache Reservation. The Mescalero Apache Tribal Court cannot jurisdictionally dictate the actions of individuals off the Reservation. It does have exclusive jurisdiction over tribal members, but the Court is crossing jurisdictional lines by implying a violation of the Mescalero Apache Code where the jurisdiction stops at the boundaries of the Reservation. The location of the alleged violation is the foundation and basis for MATC 10-10-4 enforcement.

Therefore, I, Valeie Espinoza, am not violating my oath of Legal Advocacy if I am not violating the "Tribal Constitution, Ordinances, Traditions and Custom; Federal laws not in conflict with tribal laws and customs and…" Again, these must be violated within the exterior boundaries of

DR-2022-0103

the Mescalero Apache Reservation; especially, for tribal criminal jurisdiction to occur concerning MATC 10-10-4.

1. Probable cause for marijuana intoxication is normally associated with the physical behaviors and appearance of the alleged offender. For example, in driving while intoxicated cases the officer uses the evidence of how erratically the alleged perpetrator is driving and criteria listed below:

   - The defendant's driving pattern;
   - The defendant's statements to the police officer;
   - The defendant's performance on Field Sobriety Tests (FSTs);
   - The presence of marijuana or drug paraphernalia in the defendant's car or on the defendant's person;
   - Dilated pupils,
   - Rapid heart rate,
   - Rapid breathing,
   - The odor of marijuana coming from the defendant's body,
   - Red eyes,
   - Dry "cotton" mouth, and/or
   - Slowed reaction time

Officers cannot utilize discriminating probable cause standards arising solely from Facebook or social media. Legal Advocates work on behalf of their clients within the tribal court system; however, they are not tribal employees or tribal court employees. They do abide by the court decorum standards set forth by most courts, but this is associated with activities within the courtroom.

Many employers citing work hazards employ contractual standards for employees in their employee handbooks which includes drug testing. The employer employee contractual agreement is not the same as the non-employee relationship between legal advocates and tribal judges and administrators. The Indian Civil Rights Act adopted into our Mescalero Apache Tribal Code provides defendants the "right" to legal counsel upon the defendants own hiring. The legal advocate contracts with the defendant for a fee or non-fee to work for their defense concerning criminal or civil charges. This relationship is not the same as a court appointed public defender. The obvious difference is that the public defender is a Court or tribal employee subject to employer employee contractual standards. These standards cannot be forced upon a non-tribal, non-court employee.

By forcing employee contractual standards on legal advocates, the Court is overreaching their authority, and thus depriving the defendant due process by denying them proper representation of their choice. Nonetheless, it has been held that drug and alcohol testing in the workplace is legal if it is administered fairly, however, it is not enforceable by law; you can refuse to partake in a drug or alcohol test. Accordingly, the Court is violating the legal advocate's civil rights by forcing the legal advocate to comply with a standard reserved for employees. This again is devoid of any probable cause of being under the influence of an illegal substance.

Refusing a drug test when lacking proper probable cause, and not being bound by tribal employment or Tribal Court employment basically lacks any grounds for contempt of Court. Instead, the Court is overextending its authority by insisting upon the drug test, and again, infringing upon the legal counsel's civil rights.

Marijuana can show up on a urine analysis for 30-60 days dependent upon the use. CBD is also a free radical that can/will show up as THC. The fact that the drug test may test positive does not constitute an individual being under the influence. The only standard for assuming an individual is under the influence was already covered in a prior paragraph. (See footnote 1.)

The allegations I, Valerie Espinoza are repeatedly broadcasting negative and false statements over my personal social media account about judicial officers compels us to define who judicial officers really are. Below is a definition of judicial officers:

> 18 USC § 3156(a)(1) defines the term "judicial officer" as any person or court authorized pursuant to section 3041 of this title, or the Federal Rules of Criminal Procedure, to detain or release a person before trial or sentencing or pending appeal in a court of the United States, and the term also includes any judge of the Superior Court of the District of Columbia. The Bail Reform Act's definition of 'judicial officer' includes any federal judge or magistrate.

This brings to question which judicial officers did I allegedly broadcast negative and false statements about? The allegations and the individuals both need to be identified, so it may truly determine if the individuals fit the definition of judicial officers and if the accusations about them are false? Once this identification takes place, and if it is decided certain accusations are false, it should be pertinent to discover if I knew the alleged statements were, in fact, false? Utilizing a blanket allegation that my statements were false and attempting to discipline me for them is not compatible with proper adjudication and due process.

The allegations of negative statements are subjective to who are perceiving them as such. Mrs. Espinoza and some of her followers may perceive the statements as positive because the statements are bringing attention to many issues and concerns concerning the Court as well as individuals involved with the Court. Mrs. Espinoza and others may simply view the statements as political speech and or relevant news. Given the lack of transparency surrounding the Mescalero Apache Tribal Court as compared to surrounding communities and beyond, many may find her commentaries very positive, for opening communication for a very non-transparent branch of tribal government. The fact that there is a shortfall in the Court's public broadcasting of relevant news may even go far to create the alleged misinformation about it.

It should be noted that the Court is a public institution, and political speech or commentary regarding it is protected speech. The first amendment does not dissipate at the exterior boundaries of the Mescalero Apache Reservation. Our very own constitution and tribal code contains a bill of rights, and civil rights are supposed to be promoted by our Court system, not oppressed. Speech should not be suspended for personal or political reasons. I, Valerie Espinoza need to be afforded proper due process, or the entire system needs to be evaluated through federal entities, which will be a next step after exhaustion of all tribal remedies. This should be serious food for thought.

What are your rights? Drug and alcohol testing in the workplace is legal as long as it is administered fairly, however, it is not enforceable by law; you can refuse to partake in a drug or alcohol test. Your employee should not single out individual employees for drug or alcohol testing unless this is justified by the nature of their job.

IN THE MESCALERO APACHE TRIBAL COURT
MESCALERO, NEW MEXICO

VALERIE ESPINOZA,                                    CAUSE NO: **DR-2022-0103**
          Petitioner,

VS.                                                  CIVIL MATTER

MESCALERO APACHE TRIBE,
          Respondent.

## NOTICE OF HEARING
### DISBARMENT

TO: **VALERIE ESPINOZA,**
    ☒ **Petitioner** ☐ **Respondent** ☐ **Lay Advocate** ☐ **Other party**

YOU ARE HEREBY NOTIFIED to appear before the MESCALERO TRIBAL COURT on **WEDNESDAY, SEPTEMBER 28, 2022** at the hour of **10:00 AM** located at **159 Deer Trail, Mescalero, NM**, Mescalero Tribal Court House.

### FAILURE TO APPEAR COULD RESULT IN AN ORDER TO SHOW CAUSE ISSUED

INSTRUCTIONS TO PARTIES:
1. Arrive fifteen (15) minutes before your scheduled court hearing.
2. Cell phones, bags and/or purses are not allowed. NO POCKET KNIVES
3. Dress appropriately. Shorts, Tank tops, spaghetti straps, short skirts or t-shirts that contain vulgar language will NOT be allowed in the courtroom.
4. **Do not bring children to court.**
5. **Witnesses, Legal Advocacy or Change in Scheduling Request must be received no later than FIVE (5) DAYS before the HEARING DATE.**

Dated this **16th** day of **SEPTEMBER,** 20**22**.

                                *Zandra Smith*
                                Mescalero Court Clerk

*VERIFICATION OF SERVICE:*

Served to: _____  Date/Time: _____

Mailing Address: _____

**\*\*THIS WILL SERVE AS YOUR ONLY NOTICE OF HEARING\*\***
**\*\*MAKE SURE ADDRESS PROVIDED IS CURRENT\*\***

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

| | |
|---|---|
| **MESCALERO APACHE TRIBE,** | **CAUSE NO. <u>DR-2022-0118</u>** |
| **VS.** | |
| **VALERIE ESPINOZA** | **ORDER TO SHOW CAUSE** |
| **Respondent** | |

TO: **VALERIE ESPINOZA**
      Employed: UNKNOWN
      Mescalero, New Mexico

You are hereby ordered to appear before the Mescalero Apache Tribal Court on **Tuesday, October 25, 2022** at **10:30 A.M**. You must arrive fifteen (15) minutes early.

To Show Cause as to why you should not be held in Contempt of Court for failure to appear for Cause No. DR-2022-0118 scheduled on September 27, 2022 at 11:00 a.m.

Failure to return to the Mescalero Apache Tribal Court on the above set date and time will result in a Warrant for Arrest pursuant to Mescalero Apache Tribal Code §2-2-2; WARRANTS TO APPREHEND.

So ordered this 27<u>th</u> day of <u>SEPTEMBER, 2022</u>.

_____
Judge, Mescalero Apache Tribal Court

[ S e a l ]

---

**RETURN OF SERVICE:**

A copy of this document was served to the Respondent on this _____ day of
_____ 20_____.

_____        _____
Respondent Signature                                          Process Server

Mescalero Tribal Court (2018)          PO Box 227 / 159 Deer Trail          Mescalero, NM 88340

# IN THE MESCALERO APACHE TRIBAL COURT
# FOR THE MESCALERO APACHE TRIBE
# MESCALERO, NEW MEXICO

HERMAN AND MARIA SAENZ,      )
                    Petitioners,   )
                                  )

VS.                             )        <u>Cause No: DR-2022-0117</u>
                                  )

VALERIE ESPINOZA,           )
                    Respondent.   )
————————————————————)

## PERMANENT INJUNCTION (RESTRAINING ORDER)

      **THIS MATTER** having come before the Mescalero Apache Tribal Court on July 12, 2022 by the Petitioners' filed Complaint requesting the Respondent to keep her distance and discontinue the harassment, stalking, slander, and libel, including mentioning the Petitioner's wife, daughter and grandchildren, in Facebook postings and videos, concerning the Respondent. The Petitioner, Herman Saenz, also stated that the Respondent's constant slander and libel of his name has impacted him professionally and personally, and her distortion of facts and lies about him personally are impacting his family.

      A hearing was held on September 27 2022, regarding the Ex Parte Temporary Restraining Order, with both Petitioners present and pro se. The Respondent did not appear for the scheduled hearing.

    The Court being duly advised and having reviewed the file, does hereby FIND:

1. The Mescalero Apache Court does have personal and subject matter jurisdiction over these parties, pursuant to Mescalero Apache Tribal Code §2-2-1, and §2-3-11; and

2. Having considered the Complaint, the Court finds probable cause to believe that there is a need to assure the Petitioners and their family must be free from harassment, including social media defamation from the Respondent; and

3. There is good cause to issue a Permanent Injunction (Restraining Order); and

4. Under MATC §2-3-11, which clearly states, "…the court may issue temporary restraining orders or permanent injunctions upon receiving evidence that there is *probable cause* that irreparable harm will occur in the absence of action by the Court." This covers slander, libel and defamation, including harassment, physical and mental abuse, and complements MATC Chapter 30, which covers more of the actual physical harm to a person,

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** a *Permanent Injunction (Restraining Order)* is issued by the Court and the following shall be enforced:

1. Respondent shall not and must not have ANY direct or indirect contact with the Petitioners or their family members, in any manner whatsoever; and

2. Respondent shall not harass, threaten, or commit any further abuse against the Petitioners; and

3. Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the Petitioners or their family*, including, but not limited to:

    a. Petitioners' home, located at *2833 NM HWY 244, Mescalero, New Mexico 88340*; or

    b. Petitioner's place of employment, located at *Mescalero Big Game Hunts, Carrizo Canyon Road, Mescalero, New Mexico 88340*; or

    c. Any public event, including anywhere on or off the Mescalero Apache Reservation, in the State of New Mexico.

    d. Respondent shall not and must not contact the Petitioners or their family, in person, by telephone, text or third party.

4. **Respondent will cease all Facebook postings and videos, including Tic-toc and all social media platforms against the Petitioners and their family, AND must stop using any language that is aggressive or inflammatory.**

**THIS PERMANANT INJUNCTION ORDER <u>REMAINS IN FULL FORCE AND EFFECT FOR ONE (1) YEAR,</u> SUBSEQUENTLY A REVIEW HEARING WILL BE HELD ON THIS MATTER. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.**

**SO ORDERED THIS 28th DAY of SEPTEMBER, 2022.**

Judge, Mescalero Apache Tribal Court
Mescalero Apache Tribe

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## APPEAL FORM

Type of Case: (Please mark one)  ☒ Civil    ☐ Criminal    ☐ Children's

Docket or File #: __DR-2022-0117__

Client Name: __Valerie Espinoza__    Contact #: __5759733256__

Address: __W11 Goat Summit Dr.__

Rep. Name: _____    Contact #: _____

Address: _____

Reason for Appeal: **(Circle the Letter)**
Please explain each Item on pg. 2

- (A) <u>No evidence</u> or <u>insufficient</u> evidence is the in the record to support the Trial Court's Order of judgment;
- (B) The Trial Court made a legal error in <u>interpreting</u> or <u>applying the law;</u>
- (C) There is <u>no basis</u> in the laws, customs, or traditions of the Tribe for the Trial Court's decision;
- D. In criminal case, the evidence presented at trial did not show that the defendant was guilty of the charged beyond a reasonable doubt;
- (E) The Trial Court erred in admitting illegally-seized evidence or <u>inadmissible</u> <u>testimony. the decision of the Court was based upon this evidence or testimony.</u> and the Court's decision could not be supported on the legally-admitted evidence alone;
- (F) The Trial Court erred in denying or granting an objection or motion which fundamentally effected the fairness of the trial;
- G. The court had no jurisdiction to hear the controversy or no jurisdiction over the parties;
- OR
- (H) The Trial Court legally erred in its decision.

***According to*** **Tribal Code Ordinance 2-4-3,** *all Appeal Forms need be submitted within twenty (20) days after court hearing.*

Client Signature: _____    Date: __9 28 22__

Rep. Signature: _____    Date: _____

*Appeal fee: $25.00 in Money Order form.*

---

## COURT USE ONLY

☐    Request Granted
☐    Request Denied
☐    Other: _____

Mescalero Tribal Court (2018)    PO Box 227 / 159 Deer Trail    Mescalero, NM 88340

**Please explain your grounds for appeal:**

I, Valerie Espinoza wish to have this case dismissed on the grounds of Ex-Parte RO does not provide civil infractions between non-domestically related individuals in the MAT Code. Subsequently, these conditions cannot be met, especially, or w/emphasis, concerning libel & slander. The Tribal Court cannot legislate or add adaptations to the civil code within the MAT Code. By doing so the court is taking on the duties and responsibilities of the MAT Council. This is a Violation of the Seperation of responsibilities between the seperate and unique branches of Tribal government, and reaches beyond the scope of the MAT Court. Such as, any prior cases or precedence where this code manipulation has occured is unethical & unlawful. The MAT code provides remedies for libel/slander. It is not prudent to seek civil remedies to bar Constitutionally protected speech w/a non-codified alleged infraction. The Ex-Parte TRO is for Domestic occurences that may lead to physical abuse of a Domestically related respondents. No physical harm concerning a defined relative has been put forth in the petitioner's affidavit. Only the assumption of libel/slander exists. Whereas, these already reside in the MAT code, and they may stand by themselves, should any credence or probable cause exi to. Therefore, I ask the MAT Court to vacate this Ex-Parte TRO and dismiss DR-2022-0117. That after reviewing the Order DR-2022-0117 is a Prior Restraint. The 1st Amendment law Prior Restraint is government action that prohibits speech and other expressions before the speech happens. Prior Restraint usually happens

_____
Signature

Date: 9.29.22

VALERIE ESPINOZA
Printed Name

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

_Valerie Espinoza_,
                    Petitioner,

Vs.

_MAT_____,
                    Respondent.

Cause No: _DR-2022-0117 MA_

AFFIDAVIT (Continue)..........

in the following ways, it may be a Statude or regulation
that requires a speaker to acquire a permit or
license before Speaking or more appropriate for
this case Prior Restraint maybe a court injunction
that prohibits certain speech.
- Prior Restraints are illegal.

Appeal of Permanent Injunction.

Signature                              9·29·22
                                        Date

Mescalero Tribal Court (2018)    PO Box 227 / 159 Deer Trail    Mescalero, NM 88340

IN THE MESCALERO APACHE TRIBAL COURT

FOR THE MESCALERO APACHE TRIBE

MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| HERMAN AND MARIA SAENZ,<br>                    Petitioners, | )<br>) | |
| | ) | |
| VS. | ) | Cause No: DR-2022-0117 |
| | ) | |
| VALERIE ESPINOZA, | ) | |
|                    Respondent. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## PERMANENT INJUNCTION (RESTRAINING ORDER)

**THIS MATTER** having come before the Mescalero Apache Tribal Court on July 12, 2022 by the Petitioners' filed Complaint requesting the Respondent to keep her distance and discontinue the harassment, stalking, slander, and libel, including mentioning the Petitioner's wife, daughter and grandchildren, in Facebook postings and videos, concerning the Respondent. The Petitioner, Herman Saenz, also stated that the Respondent's constant slander and libel of his name has impacted him professionally and personally, and her distortion of facts and lies about him personally are impacting his family.

A hearing was held on September 27 2022, regarding the Ex Parte Temporary Restraining Order, with both Petitioners present and pro se. The Respondent did not appear for the scheduled hearing.

The Court being duly advised and having reviewed the file, does hereby FIND:

1. The Mescalero Apache Court does have personal and subject matter jurisdiction over these parties, pursuant to Mescalero Apache Tribal Code §2-2-1, and §2-3-11; and

2. Having considered the Complaint, the Court finds probable cause to believe that there is a need to assure the Petitioners and their family must be free from harassment, including social media defamation from the Respondent; and

3. There is good cause to issue a Permanent Injunction (Restraining Order); and

4. Under MATC §2-3-11, which clearly states, "…the court may issue temporary restraining orders or permanent injunctions upon receiving evidence that there is *probable cause* that irreparable harm will occur in the absence of action by the Court." This covers slander, libel and defamation, including harassment, physical and mental abuse, and complements MATC Chapter 30, which covers more of the actual physical harm to a person,

**NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED that** a *Permanent Injunction (Restraining Order)* is issued by the Court and the following shall be enforced:

1. Respondent shall not and must not have ANY direct or indirect contact with the Petitioners or their family members, in any manner whatsoever; and

2. Respondent shall not harass, threaten, or commit any further abuse against the Petitioners; and

3. Respondent *shall not and must not be within, or go within, one-hundred (100) yards of the Petitioners or their family*, including, but not limited to:

   a. Petitioners' home, located at *2833 NM HWY 244, Mescalero, New Mexico 88340*; or

   b. Petitioner's place of employment, located at *Mescalero Big Game Hunts, Carrizo Canyon Road, Mescalero, New Mexico 88340*; or

   c. Any public event, including anywhere on or off the Mescalero Apache Reservation, in the State of New Mexico.

   d. Respondent shall not and must not contact the Petitioners or their family, in person, by telephone, text or third party.

4. **Respondent will cease all Facebook postings and videos, including Tic-toc and all social media platforms against the Petitioners and their family, AND must stop using any language that is aggressive or inflammatory.**

**THIS PERMANANT INJUNCTION ORDER <u>REMAINS IN FULL FORCE AND EFFECT FOR ONE (1) YEAR,</u> SUBSEQUENTLY A REVIEW HEARING WILL BE HELD ON THIS MATTER. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTEMPT OF COURT CHARGES AND POTENTIAL OTHER SANCTIONS, INCLUDING JAIL.**

**SO ORDERED THIS 28th DAY of SEPTEMBER, 2022.**

Judge, Mescalero Apache Tribal Court
Mescalero Apache Tribe

# IN THE MESCALERO APACHE TRIBAL COURT
## FOR THE MESCALERO APACHE TRIBE
### MESCALERO, NEW MEXICO

| | | |
|---|---|---|
| MIRALENE BLAYLOCK,<br>**Plaintiff, Petitioner,**<br><br>VS.<br><br>VALERIE ESPINOZA,<br>**Respondent, Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Cause No: DR-2022-0158**<br><br>**PEACE BOND ORDER** |

**THIS MATTER** having come before the Court on October 7, 2022, by a petition filed from the Plaintiff, Miralene Blaylock, requesting a Protection Order against the Respondent, Valerie Espinoza, both members of the Mescalero Apache Tribe. The Petitioner attested that the Respondent posted false information about the Petitioner and her family on the public platform Facebook, and other social media sites. The petition continued by outlining posted material, citing that the Respondent created a harassing, "cyberbullying," and "intimidating...," environment for the above named Petitioner and her family. A hearing was held on October 27, 2022, concerning this matter pursuant to Mescalero Apache Tribal Code (MATC) §2-3-11. The Court reviewed the affidavit filed with supporting documents, and listened to testimony from both parties, each appearing Pro Se.

THE Court received information regarding texts/social media contact and allegations of harassment to the Petitioner and family members by the Respondent and third party individuals. The Respondent pointed out the testimony from the Petitioner included a statement that if the social media harassment did not stop, someone was going to get hurt. The Respondent felt this comment was a direct threat toward her and her family. The Petitioner said the statement was regarding third party actions that Mrs. Blaylock was not in control over.

THE Plaintiff's chief complaints are verbal and liable threats against her character, name calling, spreading rumors and alleged lies about her and her family. This is causing emotional distress, with feelings of being cyberbullied. The Respondent indicated any

comments she makes on her internet program or the media sources are covered under the First Amendment, Freedom of Speech Rights. The Court affirmed the First Amendment Rights for Valerie Espinoza as long as it did not violate MATC §10-11-1. Defamation. "Any person who shall knowingly falsely and maliciously communicate or spread any falsehood concerning another person either orally or in writing shall be deemed guilty of an offense…"

THE Court ruled that some the postings from the Respondent, toward Miralene Blaylock did violate the Defamation definition and standard in the MATC. The Court advised Valarie Espinoza, she could direct any concerns she had with the Plaintiff as an elected council member and the Tribal Council as a whole, but she could not communicate anything against Miralene Blaylock's character, name calling, spreading rumors and alleged lies about her and her family.

THE Court being duly advised and having reviewed the file, does hereby **FIND**:

The Court has jurisdiction over this matter pursuant to the MATC §2-1-1 JURISDICTION and § 2-1-11 LAW APPLICABLE. The Court does find that some of the content of Valerie Espinoza's communications directed toward the Plaintiff does violate MATC §10-11-1, however the Court does feel Mrs. Espinoza does have a right to express her trepidations with any elected officials and their official duties. We hope that any discourse presented will be in a positive and productive manner. The Court will utilize Tribal laws and customs, pursuant to MATC §2-1-11 and issue a Peace Bond regarding this matter.

## NOW THEREFORE BE IT ADJUDGED, ORDERED AND DECREED:

1. THAT a **PEACE BOND** will be issued to cease all name calling, arguing, harassment, bullying, and acts of disrespect, slander, liable, defaming both the Plaintiff and family and Respondent and family from any harmful activities; and

2. THAT each party will maintain mutual respect, avoid conflict, and refrain from hurtful comments; and

3. THAT all of the parties, including relatives/associates and friends, are not to abuse, threaten, or intimidate, bully, defame or to commit violence against each other at their place of residence, in person, in writing, social media, telephone, or text; and

4.  THAT Petitioners and Respondents are to avoid each other in their neighborhoods, and on or off the Mescalero Apache Indian Reservation. Petitioners and Respondents are to be civil to one another and if possibly avoid each other at their places of employment, including public places; and

5.  IT is with respect that this Court will support all parties in their efforts to keep the peace.

6.  THIS **PEACE BOND** Order will be in full effect, from **October 27, 2022**, for one (1) year, expiring on **October 27, 2023**, or until a written directive from this Court; and

7.  THAT failure to comply with this **Peace Bond** shall result in Indirect Criminal Contempt of Court, with a fine of $300.00 or up to 45 days in jail, pursuant to Title 18 U.S. Code §401 – Power of Court, "A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as; (3) Disobedience or resistance to its lawful writ, process, order, rule, decree, or command" and Title 42 U.S. Code §1995 – Criminal Contempt proceedings.

**IT IS SO ORDERED ON THIS 31st OF OCTOBER, 2022.**

Honorable David M LittleWind, Chief Judge

Mescalero Apache Tribal Court

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

2022 OCT -7 P 3:05

Miralene Blaylock                ,         Cause No. DR-2022-0158      ___
_____                                                CLERK
Complainant/Petitioner(s),

Vs.

Valerie Espinoza                 ,
_____
Respondent.

Enrollment No. _____

Address  11 Goat Summit Dr.
_____

Mescalero, NM
_____

I, M. Blaylock                  , the complainant in this cause state that the following
statement(s) is/are true and correct to the best of my knowledge and belief:

Im requesting a restraining order against Valerie
Espinoza, for the following reasons.
- Continuous online harassment & Cyberbullying
- False information of my character.
- Intimidating behavior.
- requesting emergency order to avoid her online bullying

_____
Signature of Complainant/Petitioner

Date: Oct 7, 2022
_____

Print Name  Miralene Blaylock
_____

Enrollment No. _____

Address PO Box 785
_____

Mescalero, New Mex. 88340
_____

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

_Miralene Blaylock_,
                Petitioner,

Cause No. _DR-2022-0158_

Vs.
_Valerie Espinoza_,
                Respondent.

**Petition for
Protection Order**

I, _M. Blaylock_, am an enrolled member of the _Mes. Apache_ Tribe, and reside within the territorial jurisdiction of the Mescalero Apache Tribal Court. I am requesting a Protection/Restraining Order based on the following:

1. The Respondent is ☐ my spouse ☐ ex-spouse ☐ boy/girlfriend ☐ family member
☑ other:_____.

2. The Respondent has committed other acts of abuse. (Give a description to include the date, time, place, and type of abuse you suffered. Attach a police report and physician's statement, if available):
_Cyberbullying & harassment_

3. Describe any threats, if any, by the Respondent that may cause fear that he/she will cause harm to you:
_Intimidating behavior_

4. Respondent and I have been involved in the following Court cases:
_∅_

5. The Respondent and I are parents to the following children: (Include full name and date of birth for each child)
_∅_

6. The Respondent ☐ has or ☐ has not abused the children.

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

## MOTION FOR EMERGENCY PROTECTION ORDER

NOTE: Mark this section ONLY if an Emergency Protection Order is necessary.

☑    I am requesting an Emergency Protection Order for the protection of myself and my children/family, until this case is heard in the Mescalero Apache Tribal Court. The Respondent could become violent when he/she is made aware of this Petition.

☐ I intend to file Criminal Charges.    ☐ Criminal Charges have been filed.

## REQUEST(s) FOR RELIEF

I am requesting that the Protection/Restraining Order be issued per the following:

☑    That the Respondent not harass me, threaten me or commit any further abuse against me;

☐    That the Respondent leave my place of residence located at:

_____ ;

☑    That the Respondent stay 100 yards away from the following:

Place of residence located at: _____ ;

Place of employment locate at: _____ ;

School:_____ ;

Childcare (if applicable): _____ ;

Other: *to include my immediate family* _____ ;

☑    Order the Respondent not contact me in person, by telephone and/or third party;

☑    That the Respondent not sell, remove, hide, destroy or damage any property either owned by me OR owned jointly; and

☐    That the B.I.A. Law Enforcement Officer accompany me to collect my personal belongings and/or remove my children/family from the residence.
*(This applies ONLY if the Petitioner chooses to vacate the residence)*

## MESCALERO APACHE TRIBAL COURT
## MESCALERO APACHE RESERVATION, NEW MEXICO

☐    AND any other such relief necessary: (Give description)

_____

_____

_____

_____

I hereby submit this Petition, in its entirety, as a true statement. I ask the Mescalero Apache Tribal Court to issue a Protection/Restraining Order based on the facts stated herein.

_Oct. 7, 2022_
Date

_MBlaylock_
Petitioner

_Miralene Blaylock_
Print Name

_____
Enrollment No.

_Po Box 785, Mes. Nm 88340_
Address

**NOTE**: If available, a copy of the police report and/or physician's statement is to be attached. If an Emergency Protection Order is requested, the Petitioner is to remain on the premises of the Mescalero Apache Tribal Court for further instructions.



31    10 29

# MESCALERO APACHE TRIBAL COURT
## Request for Records

Type of Case: (Please mark one)    ☑ Civil    ☐ Criminal    ☐ Children's    ☐ Other: _____

Docket or File #: _____    Children's Names: _____

Client Name: Valerie Espinoza    Other Party to Case: MAT

Relationship to Case: _____ Petitioner    ☑ Defendant    _____ Spouse    _____ Other: _____

_____ Lay Counsel    ☐ Representation form has been filed

Address: 11 Goat Summit    City: Mesc    State/Zip: NM 88340

Home Phone: _____    Cell Phone: 5759733256

I am requesting a copy of the following:

_____ Court Judgment / Order              ☑ Audio Recording of Hearing* **$5.00 fee**

_____ Civil Complaint / Petition          _____ Notice of Hearing / Summons

_____ Criminal Complaint / Citation       _____ Notice of Appeal

_____ Last Will / Testament

_____ Other: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE:** A Court Clerk will review the court records for the document(s) requested. However, it may take up to five (5) days to process this request. A Clerk will contact you at the phone number listed when your request is completed.    *You will need to provide a USB Flash Drive 32GB or larger.*

There is a charge of **$1.00 per page**, which must be paid at the time of pick-up. Payment must be in the form of a *Money Order* made payable to the *Mescalero Tribal Court.*

_____    10·31 22
Client Signature                     Date

═══════════════════════════════════════════════════════════

## COURT USE ONLY

Date Researched: 11·1·22    Clerk: _____

Number of Pages: _____    Number of Copies: _____    Total Cost: $_____

_____ Records Not Available: _____

_____ Other: _____

☐ Request Granted    ☑ Request Denied    Judge: _____

Mescalero Tribal Court (2018)    PO Box 227 / 159 Deer Trail    Mescalero, NM 88340



**PHONE CALL**

FOR: Zandra

M Valerie Espinoza

DATE 11.23.22  TIME 10:26 am

OF

PHONE

CELL

MESSAGE: Called inquiring about M.O. to Appeal. M.O. did not have a cause # to ask for it saying it back out if saving so young mailed back File Exist w/Clerk- No Orders X

284 7 789 40 7 21"

| | |
|---|---|
| ✓ | TELEPHONED |
| | RETURNED YOUR CALL |
| | PLEASE CALL |
| | WILL CALL AGAIN |
| | CAME TO SEE YOU |
| | WANTS TO SEE YOU |

Valerie Espinoza
Goat Summit
Mesc. NM 88340

SIGNED:

⑆00000800 2⑈

ORDER

$5.00

*********

Clerk   03

• SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

---

**Mescalero Tribal Court**
PO Box 227
Mescalero, NM 88340
(575) 464-0414

CAB 119-2

**CASH RECEIPT**

013139

Date 10-31-22

Received From VALERIE ESPINOZA

Address 11 GOAT SUMMIT DR MESC.

TWENTY FIVE DOLLARS AND NO CENTS Dollars $ 25.00

For APPEAL

MO# 2847789407L

| | ACCOUNT | | HOW PAID | |
|---|---|---|---|---|
| AMT OF ACCOUNT | 25 | 00 | CASH | |
| AMT PAID | 25 | 00 | CHECK | |
| BALANCE DUE | | | MONEY ORDER/ CREDIT CARD | 25 00 |

By VW



**CASH RECEIPT**

Date 10-31-22

Received From VALERIE ESPINOZA

Address 11 GOAT SUMMIT DR.

Dollars $ 5.00

Five Dollars and No Cents

For PEACE BOND HEARING (MiBLANLOR) REQUEST OF RECORDS

013127

| | | HOW PAID | |
|---|---|---|---|
| ACCOUNT | | CASH | |
| AMT OF ACCOUNT | 5 00 | CHECK | |
| AMT PAID | 5 00 | MONEY ORDER/ CREDIT CARD | 5 00 |
| BALANCE DUE | | | |

MO # 28477894083

By W

Mescalero Tribal Court
PO Box 227
Mescalero, NM 88340
(575) 464-0414

---

**UNITED STATES POSTAL SERVICE®**

**POSTAL MONEY ORDER**

Serial Number 28477894083

$5.00

U.S. Dollars and Cents

Five Dollars and 00/100 ***********************

Clerk 03

From Valerie Espinoza
Address 11 Goat Summit
Mesc. NM 88340

Pay to Mescalero Tribal Court
Address 159 Deer Tr.
Mesc NM 88340

Memo Blaylock PeaceBondHearing

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

28477894083

1:00000800 2:

# MESCALERO APACHE TRIBAL COURT

## Request for Records

Type of Case: (Please mark one)  ☑ Civil  ☐ Criminal  ☐ Children's  ☐ Other:

Docket or File #: _____  Children's Names: _____

Client Name: Valerie Espinoza  Other Party to Case: Gailee Blaylock

Relationship to Case: _____ Petitioner  ☑ Defendant _____ Spouse _____ Other: _____

_____ Lay Counsel  ☐ Representation form has been filed

Address: 11 Crest Summit  City: Mesc  State/Zip: Nm 88340

Home Phone: _____  Cell Phone: 5759733256

I am requesting a copy of the following:

_____ Court Judgment / Order

_____ Civil Complaint / Petition

_____ Criminal Complaint / Citation

_____ Last Will / Testament

_____ Other: _____

☑ Audio Recording of Hearing*  **$5.00 fee**

_____ Notice of Hearing / Summons

_____ Notice of Appeal

**NOTE:** A Court Clerk will review the court records for the document(s) requested. However, it may take up to five (5) days to process this request. A Clerk will contact you at the phone number listed when your request is completed.    *You will need to provide a USB Flash Drive 32GB or larger.*

There is a charge of **$1.00 per page**, which must be paid at the time of pick-up. Payment must be in the form of a *Money Order* made payable to the *Mescalero Tribal Court*.



Client Signature    10-31-22    Date

# MESCALERO APACHE TRIBAL COURT

## COVER SHEET

Type of Case: _____

**NAME OF PETITIONER(S):** VALERIE ESPINOZA

Social Security Number or Tribal Census Number: 02662

Telephone Number or Message Number: 5759733256

MAILING ADDRESS: 104 MAPLE DR, RUIDOSO, NM. 88345

RESIDENTIAL ADDRESS: 31 GOAT SUMMIT, MESCALERO, NM. 88340

PLACE OF EMPLOYMENT: SE

**NAME OF RESPONDENT(S):** FRIZZELL FRIZZELL JR

Social Security Number or Tribal Census Number: _____

Telephone Number or Message Number: 575.937.2137 / 5759738234
email: ffrizzellJr05@gmail.com

MAILING ADDRESS: 141 Meadow Dr. Ruidoso NM 88345

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

2023 MAY -5 P 4: 21

VALERIE ESPINOZA

_____
Complainant/Petitioner(s),

Vs.

FRIZZELL FRIZZELL JR.

Enrollment No. _____

Address 141 Meadow Dr.
Ruidoso NM 88345

_____
Respondent(s).

Cause No. _____

I, VALERIE ESPINOZA _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

That on May 03, 2023, I, Valerie Espinoza, was sitting in the IMG Resort and Casino Lobby when Francis Cochise and Houston Geronimo approached me and handed me a Notice of Banishment. (Exhibit 1) This Notice of Banishment states; 1) Disturbing the Peace/Nuisance; 2) Other Behavior that Compromises the Safety of Patrons/Team Members. Please read carefully the attached Notice of Banishment. By having issued this Illegal Banishment and having me escorted off the Mescalero Apache Tribal Property, he Violated many of my Rights, as an Enrolled member of the Mescalero Apache Tribe. According to Constitution of the Mescalero Apache Tribe, pg. 4, Article V- BILL OF RIGHTS, Section 1: Subject to the limitations prescribed by this Constitution, all members of the Mescalero Apache Tribe shall have equal political rights and equal opertunities to participate in the economic resources and Tribal assets, and No Member shall be Denied Freedom of Conscience, Speech, Religion, Association or Assembly, nor shall he be denied the Right to petition the Tribal Council for their redress of grivance against the Tribe. 10-16-7: Interference w/members of staff, public officials or GENERAL PUBLIC, Trespass, Damage to Property, Misdemeanors, Penalties,

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

VALERIE ESPINOZA,                          Cause No: _____
              Petitioner,

Vs.

FRIZZELL FRIZZELL JR.                       AFFIDAVIT (Continue)...........
              Respondent.

A-D. 10-16-8: FALSE REPORTING. 10-23-2: CONSPIRACY. 10-14-3: FORGERY and

10-14-4: FRAUD. All of the listed Violations are what lead to the Harmful Violation to my Rights.

10-11-1: DEFAMATION. Frizzell did not provide Proof, that I am Disturbing the Peace/Nuisance.

Frizzell made an assumption and by doing so, he kept me from My Tribal Right as explained in

Article V, Constitution of the Mescalero Apache Tribe. Frizzell gave a Felon a six (6) month

Banishment for hitting a Minor in the face. This minor is an Enrolled Member of the Mescalero

Apache Tribe. That is a Legal INDEFINATE Banishment but he was only given six months?

Frizzell himself is a Felon and has failed to provide proof that he was Granted an Expungment of

his 4th Degree Felony for Cocain. (exhibit 2) As a Mescalero Tribal member, I fear for my

Peoples Safety as well as my own. Frizzell states that he was trained for two (2) weeks by Warner (exhibit)

Gaming and he definately knows the job. The Bare Minimum Requirements for a CHIEF

OPERATING OFFICER are at Minimum a Bachelors Degree, even a Master's in Business Admin.

(MBA) degrees and other Certificates. The fact that Frizzell Frizzell Jr. has committed so many

Violations by Issuing AND Signing the Notice of Banishment, shows that he is not Capable of being

fair to Our People while working in Our Entity.

I am asking the Mescalero Tribal Court have Frizzell Jr. show or prove that he is not guilty of these

Violations to My Rights as an Enrolled Mescalero Apache Member. I am also asking that Frizzell

Jr. provide proof of his Expungment, as stated in Mescalero Apache Tribal Code, 29-7-6:

QUALIFICATIONS OF COMMISSIONERS, A-D. Also, 29-9-2: LICENSE APPLICATION, B-E/

7-8. 24-11-2: CONSTITUTIONAL RIGHTS, A, F, H, I am asking for punative damages to be paid



# INN OF THE MOUNTAIN GODS
## RESORT & CASINO

## Notice of Banishment

DATE: _____ May 02, 2023

TIME: _____ 1100

ID#: _____

PHONE: _____

**NAME:** Valerie Espinoza

**ADDRESS:** _____

**CITY:** _____

**STATE:** NM     **ZIP:** _____

**Officer Issuing Ban:** Frizzell Frizzell Jr.

It has been determined that the presence of the above named individual poses a threat to the public and casino's interest or to the effective regulation of gaming or creates or enhances the danger of unsuitable, unfair or illegal practices or activities in the conduct of gaming or has engaged in conduct which adversely affects the safety, security and welfare or the Casino's assets/property or its patrons or employees. Therefore, the Inn of the Mountain Gods Casino/Casino Apache hereby advises that you are banned from entering the premises and/or property of Casino Apache and Inn of the Mountain God's Casino for the following reason(s):

1.) Disturbing The Peace/Nuisance          2.) Other Behavior That Compromises The Safety Of Patrons/Team Members

3.) _____          4.) _____

Should you enter said premises and/or property without permission from the IMGR&C Director of Security or the Chief Operating Officer, you may be subject to Arrest and Prosecution on charges of Criminal Trespass. Any person that is banned (voluntary or involuntary) shall forfeit any and all cash or cash equivalents found in a Gaming Machine or on a Gaming Table when found gambling to the Responsible Gaming Program. This includes the forfeiture of a jackpot if won during banned period.

*Authority: Code of Federal Regulations, Title 25, Part 11 - Law and Order on Indian Reservations, § 11.411 Criminal Trespass and the Mescalero Apache Tribal Code Section 11, 10-11-2 (B).*

This will be in effect for the period of:

☐ 72 Hrs.     ☐ 30 Days     ☐ 180 Days     ☒ Indefinite

FILED
12th JUDICIAL DISTRICT COURT
Lincoln County
9/21/2020 9:08 AM
KATINA WATSON
CLERK OF THE COURT
Gloria Lamay

STATE OF NEW MEXICO
TWELFTH JUDICIAL DISTRICT
COUNTY OF LINCOLN

D-1226-EX-2020-00003
CAUSE NO.  D-1226-EX-2020-_____
HONORABLE DANIEL A. BRYANT

IN THE MATTER OF THE PETITION
FOR EXPUNGEMENT BY FRIZZELL FRIZZELL, JR.,

Petitioner.

## PETITION TO EXPUNGE ARREST RECORDS AND PUBLIC RECORDS PURSUANT TO THE CRIMINAL RECORD EXPUNGEMENT ACT

COMES NOW the Petitioner, FRIZZELL FRIZZELL, JR., by and through his undersigned

attorney, TODD A. HOLMES, and would show the Court the following:

1. This Court has jurisdiction over the parties and the subject matter herein.

2. On December 14, 2001, the Petitioner plead no contest to Count 1: Possession of a

Controlled Substance, to-wit: Cocaine, a 4th degree felony, in State of New Mexico v. Frizzell

Frizzell, Jr., Cause No. D-1226-CR-2001-00104.

3. On February 8, 2002, this Court entered its Conditional Discharge withholding

judgment pursuant to §31-20-13 NMSA 1978. The Petitioner was placed on supervised probation

for a period of eighteen (18) months.  A copy of said Conditional Discharge is attached hereto as

Exhibit "A" and incorporated herein by this reference.

5.      On May 12, 2004, this Court entered an *Order of Dismissal on Deferred Sentence*. A copy of said order is attached hereto as Exhibit "C" and incorporated herein by this reference.

6.      The Petitioner has paid all of the fines and fees owed to the State of New Mexico for the conviction.

7.      This petition shall be served on the following entities entitled to notice:

        A.      The 12th Judicial District Attorney's Office;
        B.      New Mexico Department of Public Safety;
        C.      Ruidoso Police Department; and,
        D.      Ruidoso Downs Police Department

8.      There is no other charge or proceeding that is pending against the Petitioner.

9.      Justice will be served by this Court's entry of an order to expunge. In order to aid the Court in this determination, the Petitioner respectfully submits his letter to the Court which is attached hereto as Exhibit "D" and incorporated herein by this reference.

10.     No other criminal conviction of the Petitioner has occurred for a period of at least four (4) years.

11.     The Petitioner is currently 38 years of age. The Petitioner has no other convictions for any crimes, felony or misdemeanor. Additionally, the Petitioner has worked very hard to become a contributing member of society and is attaching his current resume which is attached hereto as Exhibit "E" and incorporated herein by this reference.

12.     The length of time that has passed since the date of the offense is a little more than seventeen (17) years.

**WHEREFORE** the Petitioner respectfully prays this Court enter an order to expunge the arrest records and public records in State of New Mexico v. Frizzell Frizzell, Jr., Lincoln County Cause No. D-1226-CR-2001-00104; and, for such other and further relief as the Court deems just and proper.

HOLMES LAW FIRM, LLC

BY: _____

TODD A. HOLMES
P.O. Box 4065
Alamogordo, NM 88311-4065
(575) 437-2801 ph.
(575) 439-8333 fax
toddholmes@zianet.com
ATTORNEY FOR PETITIONER



# DEPARTMENT OF HUMAN RESOURCES

Investigation Report-09/2018

- Human Resource related issues have become part of daily duties. We had a great Human Resources Director. The current Human Resources Director is not at the level of the former Human Resources Director.

- Unifocus, each director/department handles their own complaints. I do follow-up, we want to coach, fix the problem.

- I do meet with directors weekly for about an hour.

- Walk through – several times a day, mainly here at the resort.
  - o Weekly at Casino Apache.
  - o I am in constant contact with Ski Apache Director.

- I adjust my hours to be present for all events. I require the front of the house director to be there as well.

- Departments are required to have supervisors throughout shifts.

- I am in contact with Warner Gaming on a daily basis by email. A lot of our business/marketing strategy comes from this and we implement it.

- We are thriving and we pay the bills.

- We have tribal members in management positions. We went from 32% tribal team members to 60% tribal team members.
  - o Tribal member management does have problems within itself.

05/30/2023  16:11:47

Page:  1

# CAD Calls By Call Number

**PD23003729**                    Incident ID:

**Agency**  PD          **Type**  ASSIST BIA

## Times

| | | **Create User** | Debra Neal |
|---|---|---|---|
| **Received** | 05/29/2023  13:20:35 | | |
| **Dispatched** | 05/29/2023  13:22:49 | | |
| **Arrived** | 05/29/2023  13:29:58 | | |
| **Cleared** | 05/29/2023  13:57:18 | **Primary Unit** | 630 |

## Addresses

**Phone**

**Response Landmark:**  RUIDOSO POLICE DEPARTMENT
**Response Address:**  1085 MECHEM DR RUIDOSO NM 88345
**Intersection:**  RUIDOSO NM 88345
**Lat. / Long.:**
**Location #:**

**Caller Address:**  RUIDOSO NM 88345
**Intersection:**  RUIDOSO NM 88345          **Cell**          (575) 973-5097

**Report Address:**  RUIDOSO NM 88345
**Intersection:**  RUIDOSO NM 88345

**How Received**    TELEPHONE          **MutualAid**          **Disposition**    NO REPORT

## Notes

SERVING TRESPASS NOTICE TO VALERIE ESPINOZA AT 104 MAPLE

**Caller**                              **Additional Info**
VAZQUEZ, LEONARD
(575) 973-5097          **Race**        **Birth Date**        **Sex**
                       OLN                               **State OLN**

## User Log

| Event Time | Term# | Column | Value Old | Value New | User |
|---|---|---|---|---|---|
| 05/29/2023 13:22:10 | 2 | Call Created | New | 05/29/2023 13:22:10 | DNEAL |

05/30/2023  16:11:47

Page: 2

# CAD Calls By Call Number

**PD23003729**

Incident ID:

**Agency**  PD

**Type**  ASSIST BIA

| 630 | 22 | Cancel | | 05/29/2023 | 13:29:49 | DNEAL |
|-----|-----|--------|---|-----------|---------|-------|
| 630 | D | Dispatched | | 05/29/2023 | 13:29:55 | DNEAL |
| 630 | 97 | Arrived | 1085 MECHEM DR | 05/29/2023 | 13:29:58 | DNEAL |
| 630 | 98 | Cleared In-Service | 1085 MECHEM DR | 05/29/2023 | 13:57:18 | DNEAL |

## Narratives

| User | Date / Time | Notes |
|------|-------------|-------|
| KSIMPSON | 05/29/2023  13:37:20 | 630 ADVSD OUT AT ADDRESS ON MAPLE |
| DNEAL | 05/29/2023  13:40:42 | 630: T28 NM KGL870 |
| DNEAL | 05/29/2023  13:41:30 | 630: T28 NM NJG731 |
| DNEAL | 05/29/2023  13:45:49 | 630: T28 NM LZA077 |
| KSIMPSON | 05/29/2023  13:52:48 | 630 REQ (NM) 795RPZ |
| DNEAL | 05/29/2023  13:57:12 | 630: NEG 25 |

← Gabe Aguilar

This morning I received so many messages about our leader's daughter making videos and post tearing down our tribal members, depts and employees. Many of you expressed your concern to me and don't know where to go because of who her dad is. I just want you to know as one of your leaders also, I will take a stand for you, as no deserves to be bullied or talked about on our reservation. I know you all said you don't trust the courts as she says she can beat anyone and has an advantage because of her dad. I want to encourage you all to trust the judicial system and if there is any wrong doings, you have the right to report it. I also want to encourage you to reach out to your other leaders and share your concerns as this is a huge first step. As leaders we sworn to uphold the constitution and protect all tribal members, not the one that just speak the loudest, but we are supposed to help the ones that can't speak up for themselves and the ones that no one thinks matters as we are all tribal members. All I can say after

**MESCALERO APACHE TRIBE**
**MESCALERO, NEW MEXICO**

RESOLUTION <u>23-113</u>

**WHEREAS,** the Mescalero Apache Tribe, an Indian tribe organized under the Indian Reorganization Act of June 18, 1934, (25 U.S.C. § 5123) and under its Revised Constitution, has full power to act for the Tribe; and

**WHEREAS,** pursuant to Article XI, Section 1(i), the Mescalero Apache Tribal Council has the power to represent the Tribe, and to act in all matters that concern the welfare of the Tribe and to make decisions not inconsistent with, or contrary to, the Revised Constitution; and

**WHEREAS,** the Mescalero Apache Tribal Council, pursuant to Article XI, Section 1(q), has the power to issue to each of its members a non-transferable certificate of membership; and

**WHEREAS,** pursuant to Article XI, Section 1 (v), the Mescalero Apache Tribal Council has the authority to exercise other inherent powers not heretofore exercised or included in the Revised Constitution; and

**WHEREAS,** VALERIE ESPINOZA is an enrolled Tribal member who has engaged in behaviors that are injurious to the Mescalero Apache Tribe and to its members; and

**WHEREAS,** VALERIE ESPINOZA has repeatedly made verbal and written statements on social media and in other forums that are harassing, bullying, defamatory, slanderous, and libelous against hundreds of Tribal members; and

**WHEREAS,** VALERIE ESPINOZA failed to provide sufficient evidence to prove that her statements were not harassing, bullying, defamatory, and libelous despite being given the opportunity to do so; and

**WHEREAS,** the Mescalero Apache Tribal Council has determined that the continued enrollment of VALERIE ESPINOZA may be injurious to Tribal members or the interests of the Tribe.

**NOW THEREFORE BE IT RESOLVED,** that VALERIE ESPINOZA be and hereby is disenrolled from the Mescalero Apache Tribe effective this 27th day of June, 2023.

**RESOLUTION 23-113**          **CERTIFICATION**

The foregoing enactment of the Mescalero Apache Tribal Council is duly adopted and approved on the \_\_\_\_27th\_\_\_ day of \_\_June 2023\_\_, at a legally called session of the Mescalero Apache Tribal Council, by a vote of \_\_\_7\_\_\_ in favor, \_\_0\_\_ opposed, \_\_1\_\_ abstaining and \_0\_ absent at which a quorum was present and at which a majority of the members voted in favor thereof. This enactment is approved by the President of the Mescalero Apache Tribe under authority of Article XII, Section 1, of the Revised Constitution.

_Bernalyn R Via-Vice President_
**Bernalyn "Gina" Via, Vice-President**

_Duane Duffy_
**Duane Duffy, Secretary**

**MESCALERO APACHE TRIBE**
**MESCALERO, NEW MEXICO**

**RESOLUTION 23-114**

**WHEREAS,** the Mescalero Apache Tribe, an Indian Tribe organized under the Indian Reorganization Act of June 18, 1934 (25 U.S.C. § 5123), and under its Revised Constitution has full power to act for the Tribe; and

**WHEREAS,** the Mescalero Apache Tribal Council has the power to act for the Tribe and to represent the Tribe in all matters under powers vested in it by Article XI, Section I(i) of its Revised Constitution; and

**WHEREAS,** pursuant to Article XI, Section 1 (v), the Mescalero Apache Tribal Council has the authority to exercise other inherent powers not heretofore exercised or included in the Revised Constitution; and

**WHEREAS,** VALERIE ESPINOZA has engaged in behaviors that are injurious to the Mescalero Apache Tribe and to its members; and

**WHEREAS,** VALERIE ESPINOZA has repeatedly made verbal and written statements on social media and in other forums that are harassing, bullying, defamatory, slanderous, and libelous against hundreds of Tribal members; and

**WHEREAS,** VALERIE ESPINOZA failed to provide sufficient evidence to prove that her statements were not harassing, bullying, defamatory, and libelous despite being given the opportunity to do so; and

**WHEREAS,** the Mescalero Apache Tribal Council has determined that the continued presence of VALERIE ESPINOZA may be injurious to Tribal members or the interests of the Tribe.

**NOW THEREFORE BE IT RESOLVED,** that the Mescalero Apache Tribal Council does hereby and forever bar VALERIE ESPINOZA from the Mescalero Apache Reservation.

**RESOLUTION 23-114**          **CERTIFICATION**

The foregoing enactment of the Mescalero Apache Tribal Council is duly adopted and approved on the ___27th___ day of ___June 2023___, at a legally called session of the Mescalero Apache Tribal Council, by a vote of ___7___ in favor, ___0___ opposed, ___1___ abstaining and ___0___ absent at which a quorum was present and at which a majority of the members voted in favor thereof. This enactment is approved by the President of the Mescalero Apache Tribe under authority of Article XII, Section 1, of the Revised Constitution.

_Bernalyn R Via -Vice President_
Bernalyn "Gina" Via, Vice-President

_Duane Duffy, Secretary_
Duane Duffy, Secretary

IN THE MESCALERO APACHE TRIBAL COURT

FOR THE MESCALERO APACHE TRIBE

MESCALERO, NEW MEXICO

**MIRALENE BLAYLOCK,**
    Plaintiff / Petitioner,

    )
    )
    )   **Cause No: DR-2022-0158**

VS.
    )
    )

**VALERIE ESPINOSA,**
    Defendant/Respondent.

    )   **ORDER TO EXTEND PEACE BOND**
    )

    THIS MATTER came before the Mescalero Apache Tribal Courts, initially on October 31, 2022, where a Peace Bond between the two parties was ordered for one year, until October 27, 2023. Miralene Blaylock requests for the Mescalero Apache Tribal Court to extend the Peace Bond for another year. The Mescalero Apache Tribal Court has jurisdiction over this matter pursuant to Mescalero Apache Tribal Code §2-1-1 and pursuant to §30-2-4.

THEREFORE, the Mescalero Apache Tribal Court FINDS and ORDERS:

1. THAT the Peace Bond, dated October 31, 2022 will be extended for one year, ending on October 26, 2024, and remain in full force and effect.

**IT IS SO ORDERED ON THE 26th DAY OF OCTOBER, 2023.**

_____
Judge, Mescalero Apache Tribal Court

(SEAL)



An official website of the United States government
Here's how you know

# ● FOIA.gov

MENU

˅  UNITED STATES DEPARTMENT OF JUSTICE

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 971376

# Success!

# Your FOIA request has been created and is being sent to the Civil Division.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-2319

Stephanie Logan, FOIA Public Liaison

202-514-2319

# Request summary

Request submitted on **December 5, 2023**.

The confirmation ID for your request is **971376.**

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Valerie Espinoza

**Mailing address**
104 Maple Dr, Ruidoso, NM, 88345
Ruidoso, New Mexico 88345
United States

**Phone number**
15759730436

**Company/organization**
VV'S

**Email**
hlc52808@gmail.com



FOIA.GOV

## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St. NW, 6th Floor

Washington, DC 20530

E-mail Watch at FOIAPostal@usdoj.gov

HOOImage Credit: FOIA

FREQUENTLY ASKED QUESTIONS

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV

Conservation staff, including Mescalero Court staff, Chief Judge Debra Doll., Judge David Little-Wind, Pamela Morgan and Judge Janice Moreno, and all other court personnel.

The dates requesting from January 2021-present day.

## Additional information

### Case Files

I am requesting any and all records and communication between Mescalero BIA, Acting Chief-Dean Owens, all BIA Officers and staff and Mescalero Tribal Officials, all Mescalero Council members, Nelva Cervantes-GC, Chief Conservation-Tyner Cervantes, Conservation staff, including Mescalero Court staff, Chief Judge Debra Doll, Judge David Little-Wind, Pamela Morgan and Judge Janice Moreno, and all other court personnel. The dates requesting from January 2021-present day.

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
$5.00

## Request expedited processing

Expedited processing