**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VALERIE VANAYA ESPINOZA,

Petitioner,

v. No. 24-cv-0862-SMD-LF

MESCALERO APACHE TRIBE, *et al.*,

Respondents.

**ORDER GRANTING MOTIONS TO WITHDRAW AND FOR EXTENSION**

This matter is before the Court on the Motion for Extension (Doc. 10) and Motions to Withdraw (Docs. 13, 14). Attorney Nicholas Mendoza seeks to withdraw as Petitioner's counsel in this tribal habeas action, as he recently accepted a position with the State. Mr. Mendoza also seeks an extension of Petitioner's deadline to file an amended habeas petition. The Court will grant both requests. Counsel may withdraw, and the Court will coordinate with the Federal Public Defender's Office to find replacement counsel. The amended petition is due within thirty (30) days after replacement counsel is appointed via CM/ECF.

**IT IS ORDERED** that the Motions to Withdraw as Attorney (**Docs. 13, 14**) are **GRANTED**; the Motion for Extension (**Doc. 10**) is **GRANTED**; and the amended petition is due within thirty (30) days after replacement counsel is appointed via CM/ECF.

UNITED STATES MAGISTRATE JUDGE