**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VALERIE VANAYA ESPINOZA,

Petitioner,

v. No. 24-cv-0862 SMD-LF

MESCALERO APACHE TRIBE, *et al*,

Respondents.

**ORDER APPOINTING NEW COUNSEL AND DIRECTING AMENDMENT**

This matter is before the Court on the *pro se* Petition for Writ of Habeas Corpus (Doc. 1) (Petition). Petitioner challenges her banishment and disenrollment from the Mescalero Apache Tribe (Tribe) under 25 U.S.C. § 1303 and 28 U.S.C. § 2241. She alleges the Tribe deprived her of due process before imposing those penalties. Because the Petition raises complex legal issues and an attorney may be necessary for negotiations with the Tribe, the Court previously appointed Nicholas Mendoza as counsel for Petitioner. *See* Doc. 7.

Petitioner's first attorney withdrew before filing an amended petition. *See* Doc. 15. For the reasons in the first Order Appointing Habeas Counsel (Doc. 7), the Court will appoint Criminal Justice Act (CJA) panelist Gregory Acton (Counsel) as replacement counsel for Petitioner. Counsel shall file an amended petition within thirty (30) days of entry of this Order. By the same deadline, Counsel shall serve the amended petition and a copy of this Order on Respondents and file a certificate of service of record.

Counsel for Petitioner and the Tribal Authorities/Respondents shall meet and confer in good faith after the amended petition is served. The Tribal Authorities/Respondents named in the

amended petition must file an answer to the amended petition within sixty (60) days after the certificate of service is filed, unless the parties reach an agreement on the amended petition.

**IT IS ORDERED** that effective upon entry of this Order, and pursuant to 18 U.S.C. § 3006A and the CJA Guidelines/Plan, the Court appoints Gregory Acton as counsel for Petitioner Valerie Vanaya Espinoza.

**IT IS FURTHER ORDERED** that within thirty (30) days of entry of this Order, Counsel shall: (1) file an amended petition; (2) serve the amended petition and a copy of this Order on the Tribal Authorities/Respondents; and (3) file a certificate of service reflecting that service is complete.

**IT IS FINALLY ORDERED** that the parties must meet and confer in good faith after service is complete; and unless the parties reach an agreement that resolves the amended petition, the Tribal Authorities/Respondents named in the amended petition must file an answer within sixty (60) days after the certificate of service is filed in this case.

Laura Fashing

UNITED STATES MAGISTRATE JUDGE